

**HAI Group**

189 Commerce Court
PO Box 189
Cheshire, CT 06410-0189

203-272-8220 or 800-873-0242
fax 203-271-2265
www.housingcenter.com

I hereby certify that the attached policies are true and exact copies of the policies HEICP-205802-163575-2016 & HEICL-205802-163574-2016 as they appear on the records of Housing Enterprise Insurance Company, Inc.

By: Rocco Palmieri
Title: Commercial Lines Rater
Company: Housing Enterprise Insurance Company, Inc.

One South Place LP

On this day of May 31, 2017,
Swears and deposes that I am employed and works in Cheshire Connecticut as a Commercial Lines Rater for Housing Enterprise Insurance Company Inc. That I prepared the attached true and exact copy of a contract issued by said company and that I authorized by said company to so.

State of Connecticut

County of New Haven                    ss. Cheshire

On this 31st day of May 2017 before me, Rolanda Baw the undersigned office, personally appeared Before me , known to me (or satisfactorily proven) to be the person(s) whose name(s) Rocco Palmie subscribed to the within instrument and acknowledged that Rolanda Baw executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand.

Signature of Notary Public

Date Commission Expires: 3/31/2021

_____,

Printed Name of Notary

**EXHIBIT**

tabbies'

A

Policy Change No. 20-Cancl-01-2016-13

| | |
|---|---|
| Named Insured: | One South Place LP |
| Policy Number: | HEICP-205802-163575-2016 |
| Policy Effective Date: | 09/20/2016 - 09/20/2017 |
| Issue Date: | 05/19/2017 |

Effective From: 09/30/2016 at the time of day the policy becomes effective.

**The Insurance is Amended as follows:**
  In consideration of a return premium of $-18,679, this policy is terminated at 12:01 AM on September 30, 2016.

NAME AND ADDRESS OF AGENT OR BROKER:          COUNTERSIGNED BY:

  Housing Insurance Services, Inc.
  189 Commerce Court
  Cheshire, CT 06410-

*Authorized Representative*

Date: 05/19/2017

Certified Copy

HACP 07 09 06

PHA ID: 205802

 **HAI Group**

189 Commerce Court
PO Box 189
Cheshire, CT 06410-0189

203-272-8220 or 800-873-0242
fax 203-271-2265
www.housingcenter.com

May 19, 2017

Mr. Michael Kane
Agent
One South Place LP
Wells Fargo Insurance Services of USA, Inc.
10 S. Wacker, 17th Floor
Chicago, IL 60606-

Re:    Policy Change - HEIC - Property Direct Policy # HEICP-20580-163875-2016

Dear Mr. Kane,

Enclosed please find Endorsement #20-Canc-01-20-2613 amending the policy as described.

If you have any questions or concerns please contact me at (800) 873-0242 extension 436.

Sincerely,

*Laura Masella*

Laura Masella
Underwriter

Enclosures

HAI Group® |189 Commerce Court, Cheshire, CT 06410 | HAI Group is a registered trademark for a family of companies which includes Housing Authority Risk Retention Group, Inc.; Housing Authority Property Insurance, A Mutual Company; Housing Enterprise Insurance Company, Inc.; and Housing Insurance Services, Inc. (DBA Housing Insurance Agency Services in NY and MI).

# Certified Copy



**189 Commerce Court**
**PO Box 189**
**Cheshire, CT 06410-0189**
**800-873-0242**

HAI Group® | 189 Commerce Court, Cheshire, CT 06410 | HAI Group is a registered trademark for a family of companies which includes Housing Authority Risk Retention Group, Inc.; Housing Authority Property Insurance, A Mutual Company; Housing Enterprise Insurance Company, Inc.; Housing Insurance Services, Inc. (DBA Housing Insurance Agency Services in NY and MI); Housing Specialty Insurance Company, Inc.

HAJA 1004 01 14

# Certified Copy

## COMMERCIAL OUTPUT PROGRAM DECLARATIONS



**Issue Date:** Sep 26, 2016    **Policy Number:** HEICP-205802-163575-2016

| COMPANY: | AGENT or BROKER: |
|---|---|
| Housing Enterprise Insurance Company, Inc.<br>189 Commerce Court, Cheshire, Connecticut 06410-0189 | Housing Insurance Services, Inc.<br>189 Commerce Court, Cheshire, Connecticut 06410-0189 |

| NAMED INSURED: | One South Place LP | | |
|---|---|---|---|
| MAILING ADDRESS: | 221 Young High Pike<br>Knoxville | TN | 37920-7920 |

| POLICY PERIOD: | FROM | 09/20/2016 | TO | 09/20/2017 | 12:01 A.M. Standard Time<br>at Your Mailing Address |
|---|---|---|---|---|---|

**IN RETURN FOR YOUR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE THE COMMERCIAL OUTPUT PROGRAM INSURANCE AS DESCRIBED IN THIS POLICY.**

**BUSINESS DESCRIPTION:** Habitational

| FORMS APPLICABLE TO ALL COVERAGES: See Attached Schedule of Forms |
|---|

| PREMIUM: | |
|---|---|
| Commercial Property | $19,197 |
| Annual Premium | $19,197 |

Certified True Copy
Housing Enterprise Insurance
Company, Inc.
Underwriter:
Manager:
Date:

_[signature]_ 5/31/17

This company has caused this policy to be signed by its authorized representative.

| Authorized Signature: _Jerry Williams_ | Date:<br>09/26/2016 |
|---|---|

Case 3:17-cv-00241-JRG-HBG    Document 1-2    Filed 06/06/17    Page 5 of 97
PageID #: 18

Certified Copy

# SCHEDULE OF FORMS

| Form Number | Form Title |
| --- | --- |
| HAJA 1004 01 14 | Policy Jacket |
| HACP 2001 09 15 | Commercial Output Program Declaration |
| HACP 1052 04 15 | Location Schedule |
| HACP 1051 04 15 | Schedule of Coverages |
| HACP 2003 01 08 | Premium Breakdown Schedule |
| CL 0100 03 99 | Common Policy Conditions |
| CL 0700 10 06 | Virus or Bacteria Exclusion |
| CO 1220 10 07 | Windstorm or Hail Deductible |
| CL 0610 01 15 | Certified Act of Terrorism Exclusion |
| CO 1000 10 02 | Commercial Output Program - Property Coverage Part |
| CO 1227 05 02 | Scheduled Locations Endorsement |
| CO 1293 11 03 | Limited Fungus and Related Perils Coverage |
| CO 1080 11 03 | Limited Fungus and Related Perils - Blanket Limit |
| HACP 2006 09 13 | Housing Plus |
| CO 1232 04 02 | Loss Payable Options |
| CO 1072 04 02 | Loss Payable Schedule |
| CO 1001 04 02 | Commercial Output Program - Income Coverage Part |
| CO 1281 04 02 | Waiting Period - Income Coverage |
| HACP 2045 09 13 | Flood Endorsement |
| HACP 2044 11 13 | Flood Definition |
| CO 1221 04 02 | Earthquake Endorsement |
| HACP 2050 09 14 | Earthquake Endorsement |
| CO 1005 04 02 | Spoilage Coverage Part - Blanket Coverage |
| CL 0118 01 01 | Amendatory Endorsement - Tennessee |
| HACP 2023 11 10 | Mortgagee Schedule |

Case 3:17-cv-00241-JRG-HBG    Document 1-2    Filed 06/06/17    Page 6 of 97
PageID #: 19

Certified Copy

SCHEDULE OF FORMS

## POLICYHOLDER NOTICES

### *** PLEASE READ THE ENCLOSED IMPORTANT NOTICES ***

| | |
|---|---|
| HAPN 0012 01 15 | Notice to Policyholders - Terrorism Insurance Excluded |
| HAPN 4030 12 14 | Important Notice to Policyholders Producers Compensation Disclosure |

# Certified Copy

 HAI Group

| | |
|---|---|
| Insured Name: | One South Place LP |
| Policy Number: | HEICP-205802-163575-2016 |
| Endorsement Effective Date: | 09/20/2016 |

## LOCATION SCHEDULE

With respect to each covered location, the sum of the Business Personal Property limits for each building at such covered location applies on a blanket basis on any one such building.

Coverage provided by the Commercial Output Program applies only to "covered locations" described below. Refer to the Schedule of Coverages endorsement for applicable "limits" for types of covered property, coverage extensions and supplemental coverages.

Earthquake coverage applies at "covered locations" shown with an "X."

| Covered Locations<br><br>Name of Property<br>AMP Number and HUD Number | Commercial Property | Limit | Valuation | Coinsurance | Exclusions | Wind and Hail Restrictions | Earthquake |
|---|---|---|---|---|---|---|---|
| One South Place<br>1311 Bertie Rand  St<br>Knoxville, TN 37920 | B | $2,031,785 | RC | N/A | | 2% | X |
| | BPP | $15,000 | RC | N/A | | 2% | X |
| | IN | $149,760 | | 100% | | 2% | |
| One South Place<br>1311 Bertie Rand  St<br>Knoxville, TN 37920 | B | $2,031,785 | RC | N/A | | 2% | X |
| | BPP | $0 | RC | N/A | | 2% | |
| | IN | $149,760 | | 100% | | 2% | |

ACV=Actual Cash Value; B=Building; BPP=Business Personal Property; E=Wind Exclusion;
FRC=Functional Replacement Cost; IN=Earnings, Rents and Extra Expense; RC=Replacement Cost;
S=Named Storm Exclusion; T=Theft; WD=Water Damage;'X'%=Wind Deductible (percent); $'X'=Wind
Deductible (dollar); ACV-R =  Actual Cash Valuation -Roofs; CD-R = Cosmetic Damage -Roofs"

Case 3:17-cv-00241-JRG-HBG     Document 1-2     Filed 06/06/17     Page 8 of 97
PageID #: 21

# Certified Copy

| Covered Locations<br>Name of Property<br>AMP Number and HUD Number | Commercial Property | Limit | Valuation | Coinsurance | Exclusions | Wind and Hail Restrictions | Earthquake |
|---|---|---|---|---|---|---|---|
| One South Place<br>1311 Bertie Rand  St<br>Knoxville, TN 37920 | B | $2,031,785 | RC | N/A | | 2% | X |
| | BPP | $0 | RC | N/A | | 2% | |
| | IN | $149,760 | | 100% | | 2% | |

ACV=Actual Cash Value; B=Building; BPP=Business Personal Property; E=Wind Exclusion;
FRC=Functional Replacement Cost; IN=Earnings, Rents and Extra Expense; RC=Replacement Cost;
S=Named Storm Exclusion; T=Theft; WD=Water Damage;'X'%=Wind Deductible (percent); $'X'=Wind
Deductible (dollar); ACV-R =  Actual Cash Valuation -Roofs; CD-R = Cosmetic Damage -Roofs"

# Certified Copy

 **HAI** Group

**Insured Name:** One South Place LP
**Policy Number:** HEICP-205802-163575-2016
**Endorsement Effective Date:** 09/20/2016

## SCHEDULE OF COVERAGES
## COMMERCIAL OUTPUT POLICY

| | Limit |
|---|---|
| Catastrophe Limit - Unless otherwise specified, the most "we" pay for any combination of or total of losses arising under one or more coverages in any one occurrence is: | Not Applicable |
| Windstorm or Hail Catastrophe Limit - The most "we" pay for loss arising from any one occurrence of Windstorm or Hail is: | Not Purchased |

## PROPERTY COVERAGE PART

| Property Covered: | Limit |
|---|---|
| Buildings at Scheduled Locations | Refer to Location Schedule |
| Business Personal Property at Scheduled Locations | Refer to Location Schedule |
| Newly Built or Acquired Buildings (120 days) | $2,000,000. |
| Business Personal Property (BPP) - Acquired Locations (120 days) | $250,000. |
| Locations "You" Elect Not To Describe | $100,000. |

| Coverage Extensions: | Limit |
|---|---|
| Debris Removal, Additional Expense | $250,000. |
| Emergency Removal (365 days) | Included in Covered Property "limits" |
| Emergency Removal Expense | $5,000. |
| Fraud and Deceit | $5,000. |
| Off Premises Utility Service Interruption [Overhead Transmission Lines Excluded] | $50,000. |

Case 3:17-cv-00241-JRG-HBG    Document 1-2    Filed 06/06/17    Page 10 of 97
PageID #: 23

# Certified Copy

| Supplemental Coverages: | Limit |
|---|---|
| Brands or Labels Expense | $50,000. |
| Expediting Expenses | $50,000. |
| Fire Department Service Charges | $25,000. |
| Inventory and Appraisal Expense | $50,000. |
| Ordinance or Law (Undamaged Parts of Buildings) | Included in Building "limits" |
| Ordinance or Law (Increased Cost to Repair/Cost to Demolish and Clear Site) | $250,000. |
| Personal Effects | $25,000. |
| Pollutant Cleanup and Removal | $50,000. |
| Recharge of Fire Extinguishing Equipment | $50,000. |
| Sewer Backup and Water Below the Surface | $25,000. |
| Trees, Shrubs, and Plants | $50,000. |
| Underground Pipes, Pilings, Bridges, Roadways | $250,000. |

| Supplemental Marine Coverages: | Limit |
|---|---|
| Accounts Receivable | $100,000. |
| Electrical or Magnetic Disturbance of Computers | Included in Business Personal Property "limits" |
| Power Supply Disturbance of Computers | Included in Business Personal Property "limits" |
| Virus and Hacking Coverage: Limit any one occurrence Limit any 12 month period | $25,000. $50,000. |
| Fine Arts | $100,000. |

# Certified Copy

| | |
|---|---|
| Off Premises Computers | $25,000. |
| Property On Exhibition | $50,000. |
| Property In Transit | $50,000. |
| Sales Representative Samples | $50,000. |
| Software Storage | $50,000. |
| Valuable Papers | $100,000. |

Additional Property Subject to Limitations:

| | |
|---|---|
| Stamps, Tickets, Letters of Credit | $5,000. |

| Deductible | Amount |
|---|---|
| Policy Deductible:<br>This deductible applies to all covered perils and all "covered locations", except as otherwise specified in the policy. | $10,000. |

**Mobile Equipment Deductible:**
If a value is provided for Mobile Equipment Deductible, this deductible applies to claims arising from covered perils and all "mobile equipment". If no value is provided, the Policy Deductible applies to all covered perils and all "mobile equipment."

**Computers Deductible:**
If a value is provided for Computers Deductible, this deductible applies to claims arising from covered perils and all "computers". If no value is provided, the Policy Deductible applies to all covered perils and all "computers."

| Automatic Increase | |
|---|---|
| Annual Percentage | Not Purchased |

Case 3:17-cv-00241-JRG-HBG    Document 1-2    Filed 06/06/17    Page 12 of 97
PageID #: 25

# Certified Copy

## INCOME COVERAGE PART

| Income Coverage - At "Covered Locations" | Limit |
|---|---|
| Earnings, "Rents", or Extra Expense at Scheduled Locations | Refer to Location Schedule. |
| Newly Built or Acquired Locations (120 days) | $250,000. |
| Waiting Period - 72 hours | |

| Coverage Extensions | Limit |
|---|---|
| Interruption By Civil Authority (30 days) | Included in Earnings and Extra Expense "limits" |
| Period of Loss Extension (90 days) | Included in Earnings "limits" |

| Supplemental Coverages | Limit |
|---|---|
| Computer Virus and Hacking | |
| Limit any one occurrence: | $25,000. |
| Limit any 12 month period: | $75,000. |
| Waiting Period - 12 hours | |
| Dependent Locations | $100,000. |
| | |
| Off Premises Utility Service Interruption | |
| Limit | $50,000. |
| Waiting Period - 12 hours | |
| Overhead Transmission Lines Excluded | |
| Contract Penalty | |
| Limit any one occurrence | $25,000. |
| Limit any 12 month period | $100,000. |
| Pollutants Cleanup and Removal | $25,000. |
| | |
| Property In Transit, On Exhibition, or Custody of Sales Representatives | $10,000. |

Case 3:17-cv-00241-JRG-HBG    Document 1-2    Filed 06/06/17    Page 13 of 97
PageID #: 26

# Certified Copy

## EARTHQUAKE COVERAGE

| | Limit |
|---|---|
| Blanket Earthquake Coverage<br>    Earthquake coverage applies at "covered locations" shown for Earthquake<br>    Coverage in the Location Schedule. | |
| "Occurrence Limit" | $70,000. |
| "Aggregate Limit" | $70,000. |
| "Catastrophe Limit" | $70,000. |
| **Earthquake Deductible** | **Deductible Amount** |
| Any one occurrence. | $10,000. |

Case 3:17-cv-00241-JRG-HBG     Document 1-2     Filed 06/06/17     Page 14 of 97<br>PageID #: 27

# Certified Copy

## FLOOD COVERAGE

| Blanket Flood Coverage | Limit |
|---|---:|
| Excluded Locations:<br>Flood coverage applies at "covered locations," except for any location wholly or partially located in a Special Flood Hazard Area as defined by FEMA on the date of the direct physical loss or damage.<br><br>Excess of Any Insurance Policy<br>This coverage is excess of any other insurance policy.<br>This coverage will not pay for that part of any deductible in any other insurance policy. | |
| "Occurrence Limit" | $70,000. |
| "Aggregate Limit" | $70,000. |
| "Catastrophe Limit" | $70,000. |

| Flood Deductible | Deductible Amount |
|---|---:|
| Any one occurrence. | $10,000. |

Case 3:17-cv-00241-JRG-HBG    Document 1-2    Filed 06/06/17    Page 15 of 97
PageID #: 28

# Certified Copy

## EQUIPMENT BREAKDOWN COVERAGE PART

| Equipment Breakdown Coverage | Limit |
|---|---|
| Property Damage and Income Coverages for "One Accident" | Not Covered |

| Coverage Extensions | Limit |
|---|---|
| Expediting Expenses | Not Covered |
| Pollutants | Not Covered |
| Ordinance or Law (Undamaged Parts of Buildings) | Included in Building "limits" under the Property Coverage Part |
| Ordinance or Law (Increased Cost to Repair / Cost to Demolish and Clear Site) | Not Covered |
| Off Premises Utility Service Interruption | Not Covered |
| **Equipment Breakdown Deductible** | **Deductible Amount** |
| Property Damage and Income Coverages Combined | Not Covered |

# Certified Copy

## SPOILAGE COVERAGE PART

| Blanket Spoilage Coverage | |
|---|---|
| **Spoilage Limits** | **Limit** |
| Location Limit - The most "we" pay for loss at any one "covered location" is: | $25,000. |
| Catastrophe Limit - The most "we" pay in any one occurence is: | $25,000. |
| **Spoilage Deductible** | $1,000. |

Case 3:17-cv-00241-JRG-HBG    Document 1-2    Filed 06/06/17    Page 17 of 97
PageID #: 30

# Certified Copy

**CRIME COVERAGE PART**

| Crime Coverage | Limit |
|---|---|
| Employee Fraud and Dishonesty Coverage | Not Covered |
| Coverage also applies to welfare or pension benefit plans subject to the Employee Retirement Income Security Act (ERISA). ERISA requires that the selected limit be equal to the sum of all plan requirements, if you have more then one plan. | |
| Deductible Amount: | |
| Coverage Extension: Outside the Coverage Territory: $5,000 Limit | |
| Money and Securities  - at "covered locations" | Not Covered |
| Deductible Amount: | |
| Money and Securities  - away from "covered locations" including conveyance by armored vehicle. | Not Covered |
| Deductible Amount: | |
| Computer & Telecommunications Fraud Coverage | Not Covered |
| Deductible Amount: | |
| Counterfeit Money Coverage | Not Covered |
| Deductible Amount: | |
| Forged Credit Card Written Instruments Coverage | Not Covered |
| Deductible Amount: | |
| Coverage Extension: Personal Accounts Extension ($5,000) | |
| Forged Checks Coverage | Not Covered |
| Deductible Amount: | |
| Coverage Extension: Personal Accounts Extension ($5,000) | |

**FORMS AND ENDORSEMENTS**

See Schedule of Forms.

# Certified Copy

 **HAI Group**

189 Commerce Court
PO Box 189
Cheshire, CT 06410-0189

203-272-8220 or 800-873-0242
fax 203-271-2265
www.housingcenter.com

## PREMIUM BREAKDOWN
### One South Place LP

| Loc. No. | Project Number | Name of Property | Building and Your Business Personal Property Premium | Business Income 'Rental Value' Premium | Annual Premium |
|---|---|---|---|---|---|
| 143347 | Loc 1-01 | One South Place | $6,022 | $411 | $6,433 |
| 143348 | Loc 1-02 | One South Place | $5,971 | $411 | $6,382 |
| 143349 | Loc 1-03 | One South Place | $5,971 | $411 | $6,382 |
| | | | $17,964 | $1,233 | $19,197 |

HAI Group - 189 Commerce Court, Cheshire, CT 06410 | HAI Group is a registered trademark for a family of companies which includes Housing Authority Risk Retention Group, Inc., Housing Authority Property Insurance, A Mutual Company, Housing Enterprise Insurance Company, Inc. and Housing Insurance Services, Inc. (DBA Housing Insurance Agency Services in NY and MI).

# Certified Copy

AAIS
CL 0100 03 99
Page 1 of 1

## COMMON POLICY CONDITIONS

1. **Assignment** -- This policy may not be assigned without "our" written consent.

2. **Cancellation** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us". If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms** -- A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4. **Inspections** -- "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5. **Examination of Books and Records** -- "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

CL 0100 03 99
Copyright, American Association of Insurance Services,
1998

# Certified Copy

AAIS
CL 0700 10 06
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended --**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1.  The following exclusion is added under Perils Excluded, item 1.:

    **Virus or Bacteria --**

    "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

a.  any contamination by any virus, bacterium, or other microorganism; or

b.  any denial of access to property because of any virus, bacterium, or other microorganism.

2.  **Superseded Exclusions --** The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect --**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

**CL 0700 10 06**

Copyright, American Association of Insurance Services, Inc., 2006

# Certified Copy

**AAIS**
CO 1220 10 07
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## WINDSTORM OR HAIL DEDUCTIBLE

The "terms" of this endorsement apply to property for which entries have been made on the Windstorm Or Hail Schedule or on the "schedule of coverages" to show a Windstorm Or Hail Deductible.

All other "terms" of this policy apply.

### HOW MUCH WE PAY

**Deductible** -- The deductible provision under How Much We Pay is replaced by the provisions for Flat Deductible or Percentage Deductible when loss to covered property identified on the Windstorm Or Hail Schedule is caused by or results from windstorm or hail.

1. **Applicable Deductible** -- The Windstorm Or Hail Deductible indicated on the Windstorm Or Hail Schedule is applicable to loss or damage to covered property caused directly or indirectly by the perils of windstorm or hail.

2. **Weather Condition Other Than Windstorm Or Hail** -- Loss or damage resulting from a covered weather condition, other than windstorm or hail, will be considered to be caused by windstorm or hail and will be considered part of the windstorm or hail occurrence if that loss or damage would not have occurred without the weather conditions of windstorm or hail.

3. **Flat Deductible** -- When a flat dollar deductible is indicated on the Windstorm Or Hail Schedule, "we" pay only that part of "your" loss over the deductible amount in any one occurrence.

4. **Percentage Deductible** --

   a. **Percentage** -- When a 1%, 2%, or 5% deductible is indicated on the Windstorm Or Hail Schedule, "we" pay only that part of "your" loss over the deductible amount in any one occurrence. The deductible amount is determined by applying the percentage indicated on the schedule to the value of the covered property that is involved in the loss.

   b. **Value Determined At Time Of Loss** -- Only as regards the determination of the Percentage Deductible, the value of covered property is determined at the time of loss or damage and in accordance with the provisions described under the Valuation section of the policy.

   c. **Deductible Applies Separately** -- The windstorm or hail percentage deductible applies separately to:

      1) each building or structure, including business personal property within each building or structure;
      2) business personal property in each building or structure that is not covered by this policy; and
      3) business personal property in the open or in a vehicle.

CO 1220 10 07

Copyright, American Association of Insurance Services, Inc., 2007

# Certified Copy

AAIS
CL 0610 01 15
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## CERTIFIED ACT OF TERRORISM EXCLUSION

1. The following definition is added.

   "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

   a. to be an act of terrorism;

   b. to be a violent act or an act that is dangerous to human life, property, or infrastructure;

   c. to have resulted in damage:

      1) within the United States; or
      2) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

   d. to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

   e. to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

2. The following exclusion is added.

   **CERTIFIED ACT OF TERRORISM EXCLUSION**

   "We" will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

3. The following provisions are added.

   a. Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to this Coverage Part provide coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion; and

   b. the absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion.

CL 0610 01 15

Copyright, American Association of Insurance Services, Inc., 2015

# Certified Copy

## COMMERCIAL OUTPUT PROGRAM
## PROPERTY COVERAGE PART

### AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Commercial Output Program. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

### DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Accident" means direct physical loss as follows:

   a. mechanical breakdown;

   b. rupturing or bursting of moving parts of machinery caused by centrifugal force;

   c. loss caused by arcing or electrical currents other than lightning;

   d. explosion of steam boilers, steam pipes, steam turbines, or steam engines that "you" own or lease or that are operated under "your" control;

   e. loss to steam boilers, steam pipes, steam turbines, or steam engines caused by any condition or occurrence within such equipment; or

   f. loss to hot water boilers or heaters caused by any condition or occurrence within such equipment.

4. "Business" means the usual business operations occurring at "covered locations" including the tenantability of "covered locations" when the selected coverage option includes "rents".

5. "Computers" means:

   a. "hardware" owned by "you" or in "your" care, custody, or control; or

   b. "software".

6. "Computer hacking" means an unauthorized intrusion by an individual or group of individuals, whether employed by "you" or not, into a "computer", a Web site, or a "computer" network and that results in but is not limited to:

   a. deletion, destruction, generation, or modification of "software";

   b. alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

   c. observation, scanning, or copying of "data records", "programs and applications", and "proprietary programs";

Copyright, American Association of Insurance Services, Inc., 2002

d. damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

e. denial of access to or denial of services from "computers", "computer" network, or Web site including related "software".

7. "Computer virus" means the introduction into a "computer", "computer" network, or Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to:

a. deletion, destruction, generation, or modification of "software";

b. alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

c. damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

d. denial of access to or denial of services from "computers", "computer" network, or Web site including related "software".

8. "Covered equipment", unless otherwise specified in a schedule, means equipment:

a. that generates, transmits, or utilizes energy; or

b. which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

Such equipment must be covered property, except as specifically provided for under Utility Service Interruption coverage and the Spoilage Coverage Part.

"Covered equipment" does not mean:

a. equipment manufactured by "you" for sale;

b. buildings, structures, or compartments that cover or house "covered equipment";

c. foundations that support "covered equipment";

d. sewage and other underground piping and vessels, water piping, or sprinkler system piping. However, "we" cover:

1) boiler feedwater and condensate return piping; and
2) water piping for heating, air conditioning, or refrigeration systems;

e. "mobile equipment", including but not limited to draglines or other excavation equipment;

f. aircraft or watercraft and their motors, equipment, and accessories;

g. automobiles, motor trucks, tractors, trailers, and similar conveyances and their motors, equipment, and accessories. However, any property that is stationary, permanently installed at a "covered location", and receives electrical power from an external power supplier will not be considered an automobile, motor truck, tractor, or trailer; or

h. "computers".

9. "Covered location" means any location or premises where "you" have buildings, structures, or business personal property covered under this coverage.

However, if the Scheduled Locations Endorsement is added to this policy, "covered location" means a location that is described on the Location Schedule.

"Covered location" does not mean vehicles containing covered property, except vehicles on or within 1,000 feet of the premises of any covered building or structure.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

10. "Data records" means files, documents, and information in an electronic format and that are stored on "media".

11. "Dependent locations" means locations that are operated by others and that "your" "business" depends on, as described below. Dependent locations includes but is not limited to:

    a. contributing locations, these are "your" suppliers' locations or locations of suppliers that deliver services or materials to others for "your" account. Contributing locations do not include suppliers of:

       1) water;
       2) telecommunications, including but not limited to Internet service providers; or
       3) power;

    b. recipient locations, these are locations that receive "your" products;

    c. leader locations, these are locations that attract customers to "your" "business"; or

    d. manufacturing locations, these are locations that make products for delivery to "your" customers under contract of sale.

12. "Fine arts" means bona fide works of art of rarity, historical value, or artistic merit, including but not limited to paintings, etchings, pictures, tapestries, and art glass windows.

13. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from any of these whether driven by wind or not.

14. "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results. "Hardware" includes but not limited to:

    a. mainframe and mid-range computers and servers;

    b. personal computers and workstations;

    c. laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

    d. peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

15. "Limit" means the amount of coverage that applies.

16. "Media" means an instrument that is used with "hardware" and on which "data records", "programs and applications", and proprietary programs can be recorded or stored. "Media" includes, but is not limited to, films, tapes, cards, discs, drums, cartridges, cells, DVDs, or CD-ROMs.

17. "Mobile equipment" means:

    a. contractors' equipment or similar equipment of a mobile or floating nature;

    b. self-propelled vehicles designed and used primarily to carry mounted equipment; or

    c. vehicles designed for highway use that are unlicensed and not operated on public roads.

18. "Money" means currency, bullion, coins, bank notes in current use, and traveler's checks, register checks, and money orders held for sale to the public.

19. "Off-site server" means a server for "your" Web site that is being maintained or operated by and that is located at the premises of:

    a. an independent contractor acting as "your" Web host; or

    b. "your" Internet service provider that is acting as "your" Web host.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

20. "One accident" means:

When an initial "accident" causes or results in other "accidents", all of the "accidents" will be considered "one accident". All "accidents" that are the result of the same occurrence will be considered "one accident".

21. "Perishable stock" means personal property preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

22. "Pollutant" means:

a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

23. "Programs and applications" means operating programs and applications that "you" purchase and that are:

a. stored on "media"; or

b. pre-installed and stored in "hardware".

Applications includes, but is not limited to, programs for word processing, spreadsheet calculations, and graphic design.

24. "Proprietary programs" means proprietary operating programs and applications that "you" developed or that "you" had developed specifically for "you" and that are:

a. stored on "media"; or

b. installed and stored in "hardware".

25. "Rents" means "your" actual loss of:

a. rental income from a "covered location" as furnished or equipped by "you", less any expenses that do not continue;

b. the fair rental value of any part of a "covered location" that "you" occupy, less any expenses that do not continue; and

c. other charges for which a tenant is legally obligated and which "you" would otherwise be obligated.

26. "Restoration period" means:

a. The time it should reasonably take to resume "your" "business" to a similar level of service starting from the date of a physical loss of or damage to property at a "covered location" that is caused by a covered peril and ending on the date:

   1) the property should be rebuilt, repaired, or replaced; or
   2) business is resumed at a new permanent location.

   This is not limited by the expiration date of the policy.

b. The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

   1) regulates the construction, use, or repair of any property; or
   2) requires the demolition of any property, in part or in whole, not damaged by a covered peril.

   However, except as provided under Supplemental Income Coverage, Pollutant Cleanup and Removal, "we" do not cover the costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

   The ordinance, law, or decree must be in force at the time of loss.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

c. Only as regards coverage described under Dependent Locations in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage to a "dependent location" caused by a covered peril, and ending on the date:

1) the property at the "dependent location" should be rebuilt, repaired, or replaced; or
2) business is resumed at a new, permanent location.

This is not limited by the expiration date of the policy.

d. Only as regards coverage described under Off Premises Utility Service Interruption; and Property In Transit, On Exhibition, or In the Custody Of Sales Representatives in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage caused by a covered peril to:

1) property not located at a "covered location" and that is owned by a utility, a landlord, or another utility supplier;
2) the "off-site server" for "your" Web site or the location that houses the "off-site server" for "your" Web site; or
3) property in transit, on exhibition, or in the custody of sales representatives;

and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

27. "Schedule of coverages" means:

a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

b. declarations or supplemental declarations which pertain to this coverage.

28. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property. This includes, but is not limited to, stock certificates; tokens, tickets, revenue, or stamps (whether represented by actual stamps or unused value in a meter) in current use; and evidences of debt used in connection with charge, credit, or debit cards that are not issued by "you", but does not include "money".

29. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

30. "Software" means:

a. "media";

b. "data records";

c. "programs and applications"; and

d. "proprietary programs".

31. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a. business personal property in the open; or

b. to the interior of buildings or structures, or business personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

32. "Spoilage" means any detrimental change in physical state of "perishable stock". Detrimental change includes, but is not limited to, thawing of frozen goods, warming of refrigerated goods, solidification of liquid or molten material, chemical reactions to material in process, and reduction in value of time sensitive materials.

33. "Terms" are all provisions, limitations, exclusions, conditions, and definitions that apply.

34. "Theft" means any act of stealing, including burglary or robbery.

35. "Valuable papers" means documents, manuscripts, or records that are inscribed, printed, or written. This includes, but is not limited to, abstracts, books, deeds, drawings, films, maps, or mortgages.

36. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

"We" cover direct physical loss to covered property at a "covered location" caused by a covered peril.

### BUILDING PROPERTY

1. **Covered Building Property -- Covered Building Property means buildings and structures and:

a. completed additions;

b. fixtures, machinery, and equipment which are a permanent part of a covered building or structure;

c. outdoor fixtures;

d. personal property owned by "you" and used to maintain or service a covered building or structure or its premises. This includes air-conditioning equipment; fire extinguishing apparatus; floor coverings; and appliances for refrigerating, cooking, dish washing, and laundering;

e. if not covered by other insurance, buildings and additions to buildings under construction, alteration, and repair including:

   1) materials, equipment, supplies, and temporary structures, on or within 1,000 feet of a "covered location", intended and designated for use in the construction, alteration, and repair of buildings or additions to buildings; and

   2) "your" contractual liability for the interest of contractors and sub-contractors in buildings and additions to buildings under construction, alteration, and repair such as materials, equipment, supplies, and temporary structures, on or within 1,000 feet of a "covered location", intended and designated for use in the construction, alteration, and repair of buildings or additions to buildings;

f. building glass;

g. the following property if it is located on or within 1,000 feet of a covered building or structure:

   1) radio and television towers, antennas, satellite dishes, masts, lead-in wiring, and guy wires. This includes foundations and any other property that is permanently attached to any of these types of property;

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

2) awnings or canopies; and
3) fences;

h. signs, whether or not they are attached to covered buildings, or structures; or

i. foundations of buildings, structures, machinery, or boilers.

2. **Building Property That Is Not Covered** -- Except as provided under Supplemental Coverages - Underground Pipes, Pilings, Bridges and Roadways, Covered Building Property does not include:

a. pilings, piers, wharves, docks, or retaining walls;

b. underground pipes, flues, or drains; and

c. bridges, walkways, roadways, and other paved surfaces.

## BUSINESS PERSONAL PROPERTY

1. **Covered Business Personal Property** -- Covered business personal property means "your" business personal property in buildings or structures at a "covered location" or in the open (or in vehicles) on or within 1,000 feet of a "covered location". This includes:

a. "your" use interest as a tenant in improvements to the buildings or structures. Improvements are fixtures, alterations, installations, or additions:

1) to a building or structure "you" occupy but do not own; and
2) made or acquired at "your" expense and which cannot be legally removed by "you".

"We" also cover "your" interest as a tenant in undamaged improvements that "you" lose because "your" lease has been canceled by the lessor as a result of damage to the building or structure "you" occupy but do not own. The damage to the building must be caused by a covered peril;

b. leased personal property which "you" have a contractual responsibility to insure;

c. "your" interest in personal property of others to the extent of "your" labor, material, and services;

d. "computers", if not covered by other insurance;

e. personal property which will become a part of "your" installation, fabrication, or erection project while:

1) at the site of installation, fabrication, or erection; or
2) while in temporary storage awaiting installation, fabrication, or erection.

Coverage under this provision is not restricted to buildings or structures at a "covered location" or within 1,000 feet of a "covered location";

f. "mobile equipment", if not covered by other insurance. Coverage under this provision is not restricted to buildings or structures at a "covered location" or within 1,000 feet of a "covered location"; and

g. personal property of others. This means personal property of others that is in "your" care, custody, or control.

Personal property of others includes property that is sold under an installation agreement where "your" responsibility continues until the property is accepted by the buyer.

"Our" payment for loss to personal property of others will only be for the benefit of the owners of the personal property.

2. **Business Personal Property That Is Not Covered** -- Covered business personal property does not include:

a. "off-site server"; and

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

b. except as provided under Supplemental Marine Coverages;

1) personal property in transit as described under Property In Transit;
2) "fine arts" as described under Fine Arts;
3) "computers" while away from a "covered location" as described under Off Premises Computers;
4) property while temporarily on display or exhibit as described under Property On Exhibition;
5) samples of "your" stock as described under Sales Representative Samples; and
6) duplicate or back-up "software" as described under Software Storage.

## PROPERTY NOT COVERED

1. **Airborne or Waterborne Property** -- "We" do not cover airborne or waterborne personal property unless the property is being transported by regularly scheduled airlines or ferry service.

2. **Aircraft or Watercraft** -- "We" do not cover aircraft or watercraft (and their motors, equipment, and accessories) that are operated principally away from a "covered location". However, "we" do cover:

   a. aircraft or watercraft (and their motors, equipment, and accessories) that "you" manufacture, process, warehouse, or hold for sale; and

   b. rowboats or canoes out of water at a "covered location".

3. **Animals** -- "We" do not cover animals, including but not limited to birds and fish, unless owned by others and boarded by "you". "We" do cover animals "you" own and hold for sale while inside of buildings.

4. **Automobiles and Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed and used for over-the-road transportation of people or cargo.

   "We" do cover:

   a. "mobile equipment" described under Business Personal Property; and

   b. automobiles and vehicles that "you" manufacture, process, or warehouse. However, "we" do not cover automobiles or vehicles held for sale, lease, loan or rental.

5. **Checked Luggage** -- "We" do not cover loss resulting from "theft" or disappearance of a laptop, palmtop, notebook PC, or any portable "computer" while in transit as checked luggage.

6. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

7. **Cost of Excavation** -- "We" do not cover the cost of excavations, grading, filling, or backfilling. However, if a covered loss occurs to covered property below the surface of the ground, "we" cover costs that are a necessary part of the repairing, rebuilding, or replacement of the property.

8. **Crops While Outside of Buildings** -- "We" do not cover grain, hay, straw, or other crops while outside of buildings.

9. **Exports and Imports** -- "We" do not cover exported or imported property that is covered under any ocean marine cargo insurance policy or any similar policy that anyone has obtained covering exports and imports.

10. **Land, Water, and Growing Crops** -- "We" do not cover:

    a. land, including but not limited to land on which the covered property is located;

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

b. underground or surface water; or

c. growing crops.

11. **Money, Securities, Accounts, and Valuable Papers** -- Except as provided elsewhere in this policy, "we" do not cover "money", "securities", accounts, bills, and the cost to reproduce, replace, or restore "valuable papers" and lost information.

12. **Outdoor Trees, Shrubs, Plants, or Lawns** -- Except as provided under Supplemental Coverages - Trees, Shrubs, and Plants, "we" do not cover trees, shrubs, plants, or lawns (other than stock).

13. **Property More Specifically Insured** -- "We" do not cover property which is more specifically insured in whole or in part by any other insurance. "We" do cover the amount in excess of the amount due from the more specific insurance whether "you" can collect on it or not.

14. **Property of Others** -- "We" do not cover property of others for which "you" are responsible as:

a. a carrier for hire; or

b. an arranger of transportation. This includes carloaders, consolidators, brokers, freight forwarders, or shipping associations.

15. **Property You Have Sold** -- "We" do not cover property that "you" have sold after it has been delivered. This does not include property which "you" have sold under an installation agreement.

## COVERAGE EXTENSIONS

The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown in the "schedule of coverages". If a different "limit" is indicated in the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance when coinsurance conditions are added to this coverage.

1. **Consequential Loss** -- "We" pay for "your" consequential loss of undamaged business personal property. Consequential loss means the loss of value of an undamaged part or parts of a product which becomes unmarketable. It must be unmarketable due to a physical loss to another part or parts of the product caused by a covered peril.

2. **Debris Removal** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

a. extract "pollutants" from land or water; or

b. remove, restore, or replace polluted land or water.

"We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

However, "we" pay up to an additional $50,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

"We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

3. **Emergency Removal** -- "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril. This coverage applies for up to 365 days after the property is first moved, but does not extend past the date on which this policy expires.

4. **Emergency Removal Expenses** -- "We" pay up to $5,000 for "your" expenses to move or store covered property to prevent a loss caused by a covered peril. This coverage applies for up to 365 days after the property is first moved, but does not extend past the date on which this policy expires.

The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

5. **Fraud and Deceit** -- "We" pay up to $5,000 for "theft" of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

a. to persons who falsely represent themselves as the proper persons to receive the property; or

b. by the acceptance of fraudulent bills of lading or shipping receipts.

6. **Damage From Theft** -- "We" cover direct physical damage caused by "theft" or attempted "theft" to:

a. a building that "you" do not own and that contains "your" business personal property; or

b. personal property not owned by "you" within such building and that is used to maintain or service the building or structure or its premises.

This coverage extension only applies to a location where "you" are a tenant and the terms of "your" lease make "you" liable for damage caused by "theft" or attempted "theft".

7. **Off Premises Utility Service Interruption**

a. **Coverage** -- "We" cover direct physical loss or damage caused by the interruption of an off premises utility service when the interruption:

1) results in the direct physical loss or damage to covered property located at a "covered location"; and

2) is a result of direct physical loss or damage by a covered peril to property that is not located at a "covered location" and that is owned by a utility, a landlord, or another supplier who provides "you" with:

a) power or gas;
b) telecommunications, including but not limited to Internet access; or
c) water, including but not limited to waste water treatment.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

b. **Overhead Transmission Lines** -- If the "schedule of coverages" indicates that overhead transmission lines are excluded, coverage under this extension does not include loss to overhead transmission lines that deliver utility service to "you". Overhead transmission lines include, but are not limited to:

1) overhead transmission and distribution lines;
2) overhead transformers and similar equipment; and
3) supporting poles and towers.

c. **Perishable Stock Exclusion** -- Coverage under this extension does not include loss of "perishable stock" due to "spoilage" that results from:

1) complete or partial lack of electrical power; or
2) fluctuation of electrical current.

d. **Applicable Limit** -- The most "we" pay in any one occurrence under this Coverage Extension is $50,000.

## SUPPLEMENTAL COVERAGES

The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown in the "schedule of coverages". If a different "limit" is indicated in the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered. The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

Unless otherwise stated, each supplemental coverage:

a. applies to covered property in or on buildings or structures at a "covered location" or in the open (or in vehicles) within 1,000 feet of a "covered location"; and

b. is not subject to and not considered in applying coinsurance when coinsurance conditions are added to this coverage.

1. **Brands or Labels Expense** -- If covered business personal property is damaged and the damage is caused by a covered peril, "we" have the option to take all or any part of the damaged business personal property at the agreed or appraised value. "You" may stamp salvage or remove any brands or labels from the property or its containers. "You" must not damage the property or containers when "you" remove the brands or labels. "You" must re-label the merchandise or its containers if required by law.

The most "we" pay in any one occurrence for "your" expenses for stamping or removing brands or labels is $50,000.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

2. **Expediting Expenses** -- When a covered peril occurs to covered property, "we" pay for reasonable expenses necessary to expedite permanent repairs or replacement and make temporary repairs to damaged covered property. Expediting expenses include additional labor or overtime, and transportation costs.

   The most "we" pay for all expediting expenses in any one occurrence is $50,000.

3. **Fire Department Service Charges** -- "We" pay up to $25,000 to cover "your" liability, assumed by contract or agreement prior to the loss, for fire department service charges.

   This coverage is limited to charges incurred when the fire department is called to save or protect covered property from a covered peril.

   No deductible applies.

4. **Inventory and Appraisal Expense** -- "We" pay up to $50,000 for reasonable expenses, for the taking of inventory and appraisals, incurred by "you" at "our" request to assist "us" in the determination of the amount of a loss caused by a covered peril.

   "We" do not pay for:

   a. any expenses incurred under the Other Conditions, Appraisal section of this coverage; or

   b. any public adjusters' fees or attorneys' fees.

5. **Ordinance or Law (Undamaged Parts of a Building)** -- When a covered peril occurs to a covered building or structure, "we" pay for the value of undamaged parts of a covered building or structure that is required to be demolished as a result of the enforcement of any ordinance, law, or decree that:

   a. requires the demolition of undamaged parts of a covered building or structure that is damaged or destroyed by a covered peril;

   b. regulates the construction or repair of a building or structure, or establishes building, zoning, or land use requirements at a "covered location"; and

   c. is in force at the time of loss.

   "We" do not cover the costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

   This coverage is part of and not in addition to the applicable "limit" for coverage described under Property Covered.

6. **Ordinance or Law (Increased Cost to Repair and Cost to Demolish and Clear Site)** --

   a. **Increased Cost to Repair** -- When a covered peril occurs to a covered building or structure, "we" cover the:

      1) increased cost to repair, rebuild, or reconstruct damaged portions of a covered building or structure; and
      2) increased cost to repair, rebuild, or reconstruct undamaged portions of a covered building or structure whether or not those undamaged portions need to be demolished;

      as a result of the enforcement of building, zoning, or land use ordinance, law, or decree and is in force at the time when a covered peril occurs to a covered building or structure.

      If a covered building or structure is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by building, zoning, or land use ordinance, law, or decree.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

"We" do not cover the increased cost of construction until the covered building or structure is actually repaired or replaced and unless the repairs or replacement are made as soon as reasonably possible after the loss, not to exceed two years.

b. **Cost to Demolish and Clear Site --** "We" cover the cost to demolish and clear the site of undamaged parts of the covered building or structure that is damaged or destroyed by a covered peril. The demolition must be a result of the enforcement of a building, zoning, or land use ordinance, law, or decree that is in force at the time when a covered peril occurs to a covered building or structure.

c. **We Do Not Cover --** "We" do not cover the costs associated with the enforcement of any ordinance, law, or decree that:

1) requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants"; or

2) "you" were required to comply with before the covered peril occurred to a covered building or structure, even if the building or structure was undamaged and "you" failed to comply with the ordinance, law, or decree.

d. **What We Pay If The Building Is Repaired or Replaced --** If the covered building or structure is repaired or replaced, "we" pay the lesser of:

1) the amount "you" actually spend to demolish and clear the site, plus the actual increased cost to repair, rebuild, or construct the property but not for more than a building or structure of the same height, floor area, and style; or

2) $100,000.

e. **What We Pay If The Building Is Not Repaired or Replaced --** If the covered building or structure is not repaired or replaced, "we" pay the lesser of:

1) the amount "you" actually spend to demolish and clear the site; plus the cost "you" would have incurred to replace the damaged or destroyed property with other property:

a) of like kind, and quality;
b) of the same height, floor area, and style; and
c) used for the same purpose; or

2) $100,000.

7. **Personal Effects --** "We" cover direct physical loss caused by a covered peril to personal effects owned by "you", "your" officers, "your" partners, or "your" employees.

The most "we" pay for loss to personal effects in any one occurrence or at any one "covered location" is $15,000.

8. **Pollutant Cleanup and Removal --** "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period. The expenses are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

"We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants". However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

The most "we" pay for each site or "covered location" is $50,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12 month period of this policy.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

9. **Recharge of Fire Extinguishing Equipment** -- "We" pay up to $50,000 to cover "your" incurred expenses to recharge "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment when the equipment is discharged:

   a. to fight a fire;

   b. as a result of a covered peril; or

   c. as a result of an accidental discharge.

   However, "we" do not pay for "your" expenses to recharge equipment as a result of a discharge during testing or installation.

   If it is less expensive to do so, "we" will pay "your" costs to replace "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment rather than recharge the equipment.

10. **Rewards** -- "We" pay up to $10,000 as a reward for information that leads to a conviction for arson, "theft", or vandalism. The conviction must involve a covered loss caused by arson, "theft", or vandalism.

    The amount "we" pay is not increased by the number of persons involved in providing the information.

11. **Sewer Backup and Water Below the Surface** -- "We" cover direct physical loss caused by:

    a. water that backs up through a sewer or drain; or

    b. water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

The most "we" pay for loss caused by sewer backup and water below the surface in any one occurrence is $25,000.

12. **Trees, Shrubs, and Plants** -- "We" cover direct physical loss (and debris removal expenses) to outdoor trees, shrubs, plants, and lawns at a "covered location". "We" only cover loss caused by:

    a. fire;

    b. lightning;

    c. explosion;

    d. riot or civil commotion;

    e. falling objects; or

    f. vandalism.

    The most "we" pay for loss to trees, shrubs, and plants in any one occurrence is $50,000.

    Coverage under this supplemental coverage does not apply to property held for sale by "you".

13. **Underground Pipes, Pilings, Bridges, and Roadways** -- "We" cover direct physical loss caused by a covered peril to:

    a. pilings, piers, wharves, docks, or retaining walls;

    b. underground pipes, flues, or drains; and

    c. bridges, walkways, roadways, and other paved surfaces.

    The most "we" pay under this Supplemental Coverage in any one occurrence or at any one "covered location" is $250,000.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

## SUPPLEMENTAL MARINE COVERAGES

The following Supplemental Marine Coverages indicate an applicable "limit". This "limit" may also be shown in the "schedule of coverages". If a different "limit" is indicated in the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Marine Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Marine Coverage provided below is separate from, and not part of the applicable "limit" for coverage described under Property Covered. The "limit" available for coverage described under a Supplemental Marine Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Marine Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Marine Coverage cannot be combined or added to the "limit" for any other Supplemental Marine Coverage, Supplemental Coverage, or Coverage Extension including a Supplemental Marine Coverage, Supplemental Coverage, or Coverage Extension that is added to this policy by endorsement.

The following supplemental marine coverages are not subject to and not considered in applying coinsurance when coinsurance conditions are added to this coverage.

1. **Accounts Receivable** -- "We" pay up to $50,000 to cover losses and expenses that "you" incur as a result of a direct physical loss caused by a covered peril to "your" records of accounts receivable.

   Losses and expenses under this coverage means:

   a. all sums due "you" from customers, provided "you" are unable to effect collection;

   b. interest charges on any loan used to offset impaired collections pending "our" payment of such sums;

   c. collection expenses in excess of normal collection costs made necessary because of loss or damage; and

   d. other reasonable expenses incurred by "you" in recreating records of accounts receivable following such loss or damage.

2. **Electrical or Magnetic Disturbance of Computers** — "We" cover direct physical loss to "computers" caused by electrical or magnetic disturbance that results in electrical or magnetic damage to "computers" and damage to, disturbance of, or erasure of electronic records.

   This coverage is part of and not in addition to the applicable "limit" for coverage described under Property Covered.

3. **Power Supply Disturbance of Computers** - - "We" cover direct physical loss to "computers" caused by power supply disturbance such as interruption of power supply, power surge, blackout, or brownout.

   This coverage is part of and not in addition to the applicable "limit" for coverage described under Property Covered.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

4. **Virus and Hacking Coverage** -- "We" cover direct physical loss to covered "computers", "your" "computer" network and "your" Web site caused by a "computer virus" or by "computer hacking". However, "we" do not cover:

   a. loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

   b. loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

   c. theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "computers", "your" computer network, or "your" Web site without any alteration or other physical loss or damage to the records or programs.

      Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

   d. except as provided under the Supplemental Income Coverages section of the Commercial Output Program - Income Coverage Part (if attached to this policy), denial of access to or services from "computers", "your" "computer" network, or "your" Web site.

   The most "we" pay in any one occurrence under this Supplemental Marine Coverage is $25,000.

   The most "we" pay for all covered losses under this Supplemental Marine Coverage during each separate 12-month period of this policy is $50,000.

5. **Fine Arts** -- "We" cover direct physical loss caused by a covered peril to "your" "fine arts" at a "covered location". "We" also cover "your" "fine arts" while:

   a. temporarily on display or exhibit away from a "covered location"; or

   b. in transit between a "covered location" and a location where the "fine arts" will be temporarily on display or exhibit.

   The most "we" pay for loss to "fine arts" in any one occurrence or at any one "covered location" is $100,000.

6. **Off Premises Computers** -- "We" cover direct physical loss caused by a covered peril to "computers" in the custody of "you", "your" officers, "your" partners, or "your" employees, while:

   a. away from a "covered location"; or

   b. in transit between a "covered location" and "you", "your" officers, "your" partners, or "your" employees.

   The most "we" pay in any one occurrence for loss to off premises "computers" is $25,000.

7. **Property on Exhibition** -- "We" cover direct physical loss caused by a covered peril to business personal property while temporarily on display or exhibit at locations "you" do not regularly occupy.

   The most "we" pay in any one occurrence for loss to property on exhibition is $50,000.

8. **Property in Transit** -- "We" cover direct physical loss caused by a covered peril to business personal property while in transit, regardless if the loss involves one or more vehicles, conveyances, containers, trailers, or any combination of these.

Copyright, American Association of Insurance Services, Inc., 2002

a. **Property You Have Sold** -- "We" also cover direct physical loss caused by a covered peril to business personal property that "you" have sold and are shipping at the owner's risk. "We" only pay for loss to business personal property that "you" have sold when the shipment has been rejected by the owner because:

    1) the property is damaged; and
    2) the owner of the property has refused to pay "you".

b. **Rejected Shipments** -- "We" also cover direct physical loss caused by a covered peril to rejected shipments while in due course of transit back to "you" or while awaiting return shipment to "you".

c. **Bills of Lading** -- "You" may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the actual cash value of the covered property.

d. **Perishable Stock** -- "We" do not cover loss to "perishable stock" resulting from a breakdown of refrigeration equipment on any vehicle, conveyance, container, or trailer.

The most "we" pay in any one occurrence for loss to property in transit is $50,000.

9. **Sales Representative Samples** -- "We" cover direct physical loss caused by a covered peril to samples of "your" stock in trade (and containers) and similar property of others.

"We" cover samples of "your" stock in trade while the property is:

a. in the custody of "your" sales representatives and agents;

b. in "your" custody while acting as a sales representative; or

c. in transit between a "covered location" and "your" sales representatives.

The most "we" pay in any one occurrence for loss to samples of "your" stock in trade is $50,000.

10. **Software Storage** -- "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location. Each "software" storage location must be in a separate building which is at least 100 feet away from a "covered location".

The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $50,000.

11. **Valuable Papers** -- "We" pay up to $100,000 for the cost of research or other expenses necessary to reproduce, replace, or restore lost information that results from a direct physical loss caused by a covered peril to "your" "valuable papers".

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

**AAIS**
**CO 1000 10 02**
**Page 18 of 31**

a. **Ordinance or Law** -- Except as provided under Supplemental Coverages - Ordinance or Law, "we" do not pay for loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

"We" do not pay for loss regardless if the loss is caused by or results from the:

1) enforcement of any code, ordinance, or law even if a building or structure has not been damaged; or
2) increased costs that "you" incur because of "your" compliance with a code, ordinance, or law during the construction, repair, rehabilitation, remodeling, or razing of a building or structure, including the removal of debris, following a direct physical loss to the property.

b. **Earth Movement** -- "We" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

"We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

c. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

d. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

e. **War and Military Action** -- "We" do not pay for loss caused by:

1) war, including undeclared war or civil war; or
2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

Copyright, American Association of Insurance Services, Inc., 2002

Case 3:17-cv-00241-JRG-HBG    Document 1-2    Filed 06/06/17    Page 41 of 97
PageID #: 54

# Certified Copy

f. **Flood** -- "We" do not pay for loss caused by "flood". However, "we" do cover the resulting loss if fire, explosion, or sprinkler leakage results.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

g. **Utility Failure** -- Except as provided under Coverage Extensions - Off Premises Utility Service Interruption, "we" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service to a "covered location", however caused, if the failure takes place away from the "covered location".

But if failure of a utility to supply electrical or other utility service to a "covered location" results in a covered peril, "we" cover the loss or damage caused by that covered peril.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

h. **Sewer Backup and Water Below the Surface** -- Except as provided under Supplemental Coverages - Sewer Backup and Water Below the Surface, "we" do not pay for loss caused by or resulting from:

1) water that backs up through a sewer or drain; or
2) water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

But if sewer backup and water below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following excluded causes or events:

a. **Animal Nesting, Infestation, or Discharge** -- "We" do not pay for loss caused by nesting, infestation, discharge, or release of waste products or secretions by animals, including but not limited to, birds, insects, or vermin.

But if nesting, infestation, discharge, or release of waste products or secretions by animals results in a "specified peril" or breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or breakage of building glass.

b. **Collapse** -- "We" do not pay for loss caused by collapse, except as provided under the Other Coverages, Collapse. But if collapse results in a covered peril, "we" cover the loss or damage caused by that covered peril.

This exclusion does not apply to "computers", "mobile equipment", and the Supplemental Marine Coverages.

c. **Computer Virus or Computer Hacking** -- Except as provided under Supplemental Marine Coverages - Virus and Hacking Coverage, "we" do not pay for:

1) any direct or indirect loss or damage; or
2) loss of access, loss of use, or loss of functionality

caused by a "computer virus" or by "computer hacking".

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

d. **Contamination or Deterioration --** "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

But if contamination or deterioration results in a "specified peril" or breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or breakage of building glass.

This exclusion does not apply to loss caused by corrosion, decay, fungus, mildew, mold, rot, or rust to "computers" that results from direct physical damage by a covered peril to the air conditioning system that services "your" "computers".

e. **Criminal, Fraudulent, Dishonest, or Illegal Acts --** "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, joint adventurers; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for "theft" by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

f. **Defects, Errors, and Omissions --** "We" do not pay for loss which results from one or more of the following:

1) an act, error, or omission (negligent or not) relating to:

   a) land use;
   b) the design, specification, construction, workmanship, installation, or maintenance of property;
   c) planning, zoning, development, siting, surveying, grading, or compaction; or
   d) maintenance of property (such as land, structures, or improvements);

   whether on or off a "covered location";

2) a defect, weakness, inadequacy, fault, or unsoundness in materials used in construction or repair, whether on or off a "covered location";
3) the cost to make good an error in design; or
4) a data processing error or omission in programming or giving improper instructions.

In addition, "we" do not pay for loss to business personal property caused by deficiencies or defects in design, specifications, materials, or workmanship, or caused by latent or inherent defects.

But if a defect, error, or omission as described above results in a covered peril, "we" cover the loss or damage caused by that covered peril.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

g. **Electrical Currents** — "We" do not pay for loss caused by arcing or by electrical currents other than lightning. But if arcing or electrical currents other than lightning result in fire, "we" cover the loss or damage caused by that fire.

"We" do cover the direct loss by a covered peril which occurs at "covered locations" as a result of any power interruption or other utility services.

This exclusion does not apply to "computers".

h. **Steam Boiler Explosion** — "We" do not pay for loss caused by an explosion of steam boilers, steam pipes, steam turbines, or steam engines that "you" own or lease or that are operated under "your" control.

But if an explosion of steam boilers, steam pipes, steam turbines, or steam engines results in a fire or combustion explosion, "we" cover the loss or damage caused by that fire or combustion explosion. "We" also cover loss or damage caused by or resulting from the explosion of gas or fuel in a firebox, combustion chamber, or flue.

i. **Increased Hazard** — "We" do not pay for loss occurring while the hazard has been materially increased by any means within "your" knowledge or "your" control.

j. **Loss of Use** — "We" do not pay for loss caused by loss of use, delay, or loss of market.

k. **Mechanical Breakdown** -- "We" do not pay for loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force.

But if a mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force results in a "specified peril", the breakage of building glass, or an elevator collision, "we" cover the loss or damage caused by that "specified peril", breakage of building glass, or elevator collision.

This exclusion does not apply to "computers".

l. **Neglect** -- "We" do not pay for loss caused by "your" neglect to use all reasonable means to save covered property at and after the time of loss.

"We" do not pay for loss caused by "your" neglect to use all reasonable means to save and preserve covered property when endangered by a covered peril.

m. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril" or

2) except as specifically provided under the Supplemental Coverages, Pollutant Cleanup and Removal.

"We" do pay for any resulting loss caused by a "specified peril".

n. **Seepage** — "We" do not pay for loss caused by continuous or repeated seepage or leakage of water or steam that occurs over a period of 14 days or more.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

o. **Settling, Cracking, Shrinking, Bulging, or Expanding** -- "We" do not pay for loss caused by settling, cracking, shrinking, bulging, or expanding of pavements, footings, foundations, walls, ceilings, or roofs. But if settling, cracking, shrinking, bulging, or expanding results in a "specified peril" or the breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or the breakage of building glass.

This exclusion does not apply to "computers" and "mobile equipment".

p. **Smoke, Vapor, or Gas** -- "We" do not pay for loss caused by smoke, vapor, or gas from agricultural smudging or industrial operations.

This exclusion does not apply to "computers" and "mobile equipment".

q. **Smog** -- "We" do not pay for loss caused by smog . But if smog results in a "specified peril" or the breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or the breakage of building glass.

This exclusion does not apply to "computers" and "mobile equipment".

r. **Temperature/Humidity** -- "We" do not pay for loss to:

1) personal property, except as provided under Coverage Extensions - Off Premises Utility Service Interruption; or
2) "perishable stock";

caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature, as described above, results in a "specified peril" or the breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or the breakage of building glass.

"We" do pay for loss to "computers" that results from direct physical damage by a covered peril to the air conditioning system that services "your" "computers".

s. **Wear and Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a "specified peril" or the breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or the breakage of building glass.

t. **Weather** -- "We" do not pay for loss caused by weather conditions if the weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

But if weather conditions result in a covered peril, "we" cover the loss or damage caused by that covered peril.

u. **Voluntary Parting** -- Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

## ADDITIONAL PROPERTY NOT COVERED OR SUBJECT TO LIMITATIONS

1. **Accounts Receivable** -- "We" do not cover loss to accounts receivables that is a result of:

a. an error or omission in bookkeeping, accounting, or billing; or

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

b. "your" discovery of a discrepancy in "your" books or records if an audit or inventory computation is necessary to prove the factual existence of the discrepancy.

2. **Animals** -- "We" do not cover loss to animals, including but not limited to birds and fish, except death or destruction of animals held for sale caused by "specified perils" or breakage of building glass.

3. **Boilers** -- "We" do not cover loss to steam boilers, steam pipes, steam turbines, or steam engines caused by any condition or occurrence within such equipment. "We" do cover loss to such equipment caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

   "We" do not cover loss to hot water boilers or heaters caused by any condition or occurrence within such equipment other than explosion. This exclusion includes bursting, cracking, or rupturing.

4. **Contamination of Perishable Stock Due to Release of Refrigerant** -- "We" do not pay for loss of "perishable stock" due to contamination from the release of a refrigerant, including but not limited to ammonia.

5. **Furs** -- "We" do not cover furs or fur garments for loss by "theft" for more than $10,000 total in any one occurrence.

6. **Glassware/Fragile Articles** -- "We" do not cover breakage of fragile articles such as glassware and porcelains, except as a result of "specified perils" or breakage of building glass.

   This exclusion does not apply to:

   a. glass that is a part of a building or structure;

   b. bottles or other containers held for sale;

   c. lenses of photographic and scientific instruments; or

d. "fine arts" as described under Supplemental Marine Coverages.

7. **Jewelry, Watches, and Precious Stones** -- "We" do not cover more than $10,000 total in any one occurrence for loss by "theft" of jewelry, watches, and precious stones, including but not limited to watch movements, jewels, pearls, and semi-precious stones. This limitation does not apply to items of jewelry, watches, or precious stones worth $100 or less.

8. **Missing Property** -- "We" do not cover missing property when the only proof of loss is unexplained or mysterious disappearance, or shortage discovered on taking inventory, or other instance where there is no physical evidence to show what happened to the property.

   This exclusion does not apply to property in the custody of carriers for hire.

9. **Personal Property in the Open** -- "We" do not cover loss to personal property in the open caused by rain, snow, ice, or sleet.

   This exclusion does not apply to "mobile equipment" or to property in the custody of carriers for hire.

10. **Stamps, Tickets, and/or Letters of Credit** -- "We" do not cover more than $5,000 total in any one occurrence for loss by "theft" to stamps, tickets (such as lottery tickets held for sale), or letters of credit.

11. **Unauthorized or Fraudulent Transfer** -- Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not cover loss of, or loss caused by the transfer or delivery of covered property from a "covered location" or "your" "computer" to a person or place outside of a "covered location" on the basis of unauthorized or fraudulent instructions, including but not limited to instructions transmitted:

   a. by a computer, whether or not owned by "you", or

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

b. via any telecommunications transmission method.

12. **Valuable Papers** -- "We" do not cover loss to "valuable papers" caused by errors or omissions in processing or copying.

## OTHER COVERAGES

1. **Collapse** -- "We" pay for loss caused by direct physical loss involving collapse as described in a., b., and c. below.

   a. Collapse of a building or structure, any part of a building or structure, or personal property inside a building or structure, if the collapse is caused by one or more of the following:

      1) "specified perils" or breakage of building glass all only as insured against in this Coverage Part;
      2) hidden decay, unless "you" know of the presence of the decay prior to the collapse;
      3) hidden insect or vermin damage, unless "you" know of the damage prior to the collapse;
      4) weight of people or personal property;
      5) weight of rain that collects on a roof; or
      6) use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

      However, if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a peril listed in 1) through 5) above, "we" will pay for the loss or damage even if the use of defective material or methods in construction, remodeling, or renovation, contributes to the collapse.

   b. The following property is covered for loss involving collapse only if the collapse is of a building or structure or any part of a building or structure and is caused by one or more of the causes listed above in 1.a. or collapse caused by "specified perils" or breakage of building glass all only as insured against in this Coverage Part:

      1) outdoor radio or television antennas (and satellite dishes) and their lead-in wiring, masts, or towers;
      2) awnings, gutters, and down spouts;
      3) yard fixtures;
      4) outdoor swimming pools;
      5) fences;
      6) bulkheads, piers, wharves, and docks;
      7) beach or diving platforms or appurtenances;
      8) retaining walls that are not part of buildings; and
      9) bridges, walkways, roadways, and other paved surfaces.

   c. Collapse means a sudden and unexpected falling in or caving in of a building or structure or any portion of a building or structure with the result that the building or portion of the building cannot be occupied for its intended purpose.

   d. The following are not considered to be in a state of collapse:

      1) a building or structure that is standing or any portion of a building that is standing even if it displays evidence of bending, bulging, cracking, expansion, leaning, sagging, settling, or shrinkage;
      2) a building or structure or any portion of a building structure in danger of falling in or caving; and
      3) a portion of a building or structure that is standing even if it has separated from another portion of the building or structure.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

2. **Tearing Out and Replacing** -- When "we" cover buildings or structures and a loss caused by water, other liquids, powder, or molten material is covered, "we" also pay the cost of tearing out and replacing any part of the covered building or structure to repair damage to the system or appliance from which the water or other substance escapes.

"We" also pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage results in discharge of any substance from an automatic fire protection system; or is directly caused by freezing.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice);

   b. give notice to the police when the act that causes the loss is a crime; and

   c. give notice to the credit card company if the loss involves a credit card.

2. **Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. "We" will pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. However "we" will not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3. **Proof of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title or occupancy of the covered property during the policy period;

   e. detailed estimates for repair or replacement of covered property; and

   f. an inventory of damaged and undamaged covered property showing in detail the quantity, description, cost, actual cash value, and amount of the loss. "You" must attach to the inventory copies of all bills, receipts, and related documents that substantiate the inventory.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by the Commercial Output Program coverages.

## VALUATION

1. **Replacement Cost** -- The value of covered property will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

   The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

   Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced. "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

   This replacement cost provision does not apply to paragraphs 3. through 13. below.

2. **Actual Cash Value** -- When Actual Cash Value is indicated on the "schedule of coverages" for covered property, the value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) except as provided in paragraphs 3. through 13. below.

3. **Fine Arts** -- The value of "fine arts" will be based on the fair market value at the time of loss.

4. **Glass** -- The value of glass will be based on the cost of safety glazing material where required by code, ordinance, or law.

5. **Hardware** -- The following is the value of "hardware":

   a. **Hardware That Is Replaced** -- The value of "hardware" that is replaced will be based on the cost of replacing the "hardware" with new equipment that is functionally comparable to the "hardware" that is being replaced.

   b. **Hardware That Is Not Replaced** -- The value of "hardware" that is not repaired or replaced will be based on the actual cash value at the time of loss (with a deduction for depreciation).

   c. **Partial Loss** -- In no event will "we" pay more than the reasonable cost of restoring partially damaged "hardware" to its condition directly prior to the damage.

6. **Software** -- The following is the value of "software":

   a. **Programs and Applications** -- The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.

   If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

b. **Proprietary Programs** -- The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

c. **Data Records** -- The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.

d. **Media** -- The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

7. **Merchandise Sold** -- The value of merchandise that "you" have sold but not delivered will be based on the selling price less all discounts and unincurred expenses.

8. **Manufactured Stock** -- The value of stock manufactured by "you" will be based on the price that such stock would have been sold for, less all discounts and unincurred expenses.

9. **Pair or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

10. **Loss to Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

11. **Tenant's Improvements** -- The value of lost or damaged tenant's improvements and the loss of undamaged tenant's improvements due to the cancellation of a lease will be based on the replacement cost if repaired or replaced at "your" expense within 24 months.

The value of lost or damaged tenant's improvements and the loss of undamaged tenant's improvements due to the cancellation of a lease will be based on a portion of "your" original cost if not repaired or replaced within 24 months. This portion is determined as follows:

a. divide the number of days from the date of the loss to the expiration date of the lease by the number of days from the date of installation to the expiration date of the lease; and

b. multiply the figure determined in 11.a. above by the original cost.

If "your" lease contains a renewal option, the expiration of the lease in this procedure will be replaced by the expiration of the renewal option period.

Lost or damaged tenant's improvements and the loss of undamaged tenant's improvements due to the cancellation of a lease are not covered if repaired or replaced at another's expense.

12. **Valuable Papers** -- The value of "valuable papers" will be based on their actual cash value at the time of loss.

13. **Accounts Receivable** -- The value of accounts receivable will be based on the total sum of accounts receivable due. From this total "we" will deduct:

a. all amounts due from the records of accounts receivable that are not lost;

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

b. all amounts due that can be established by other means;

c. all amounts due that "you" have collected from the records that are lost;

d. all unearned interest and service charges; and

e. an amount to allow for bad debts.

If a loss occurs and "you" cannot establish the actual accounts receivable due, it will be determined as follows:

a. "We" will determine the total of the average monthly accounts receivable amounts for the 12 month period that directly precedes the month in which the loss occurred.

b. "We" will adjust the total for any normal variance in the accounts receivable amount for the month in which the loss occurred.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount stated on the "schedule of coverages" in any one occurrence. The deductible applies to the loss before application of any coinsurance or reporting provisions.

3. **Earthquake Period** -- All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single event. This 168-hour period is not limited by the policy expiration.

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., 6., and 7. under How Much We Pay and coinsurance provisions (if applicable), "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to covered property.

5. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6. **Insurance Under More Than One Policy** -- "You" may have another policy subject to the same plan, "terms", conditions, and provisions as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   If there is another policy covering the same loss, other than that described above, "we" will pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" will not pay more than the applicable "limit".

7. **Automatic Increase** -- The "limit" on the "schedule of coverages" or the Scheduled Locations Endorsement is automatically increased annually by the annual percentage shown on the "schedule of coverages" or Scheduled Locations Endorsement for Automatic Increase.

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

**AAIS**
**CO 1000 10 02**
**Page 29 of 31**

## LOSS PAYMENT

1. **Our Options** – In the event of loss covered by this coverage form, "we" have the following options:

   a. pay the value of the lost or damaged property;

   b. pay the cost of repairing or replacing the lost or damaged property;

   c. rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

   d. take all or any part of the property at the agreed or appraised value.

   "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** -- "We" will adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy. An insured loss will be payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property of Others** – Losses to property of others may be adjusted with and paid to:

   a. "you" on behalf of the owner; or

   b. the owner.

   If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

## OTHER CONDITIONS

In addition to the "terms" which are contained in other sections of the Commercial Output Program coverages, the following conditions apply.

1. **Appraisal** – If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

2. **Benefit to Others** -- Insurance under the Commercial Output Program coverages will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Control of Property** -- The Commercial Output Policy coverages are not affected by any act or neglect beyond "your" control.

5. **Death** -- If "you" die, "your" rights and duties will pass to "your" legal representative but only while acting within the scope of duties as "your" legal representative. Until "your" legal representative is appointed, anyone having proper temporary custody of "your" property will have "your" rights and duties but only with respect to that property.

6. **Liberalization** -- If a revision of a form or endorsement which broadens Commercial Output Program coverages without additional premium is adopted during the policy period, or within six months before this coverage is effective, the broadened coverage will apply.

7. **Misrepresentation, Concealment, or Fraud** -- These Commercial Output Program coverages are void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein; or

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

8. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

9. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property, but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

10. **Restoration of Limits** -- Except as indicated under Supplemental Coverages - Pollutant Cleanup and Removal and Supplemental Marine Coverages - Virus and Hacking Coverage, any loss "we" pay under the Commercial Output Program coverages does not reduce the "limits" applying to a later loss.

11. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" will not pay for a loss if "you" impair this right to recover.

    "You" may waive "your" right to recover from others in writing before a loss occurs.

12. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of the Commercial Output Program coverages have been complied with; and

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

AAIS
CO 1000 10 02
Page 31 of 31

b. the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by the law.

13. **Territorial Limits** -- "We" cover property while in the United States of America, its territories and possessions, Canada, and Puerto Rico.

However, "we" do cover foreign shipments as described under Overseas Transit.

14. **Mortgage Provisions** -- If a mortgagee (mortgage holder) is named in this policy, loss to building property will be paid to the mortgagee and "you" as their interest appears. If more than one mortgagee is named, they will be paid in order of precedence.

The insurance for the mortgagee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the mortgagee does not continue in effect if the mortgagee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" will notify the mortgagee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 30 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the mortgagee if "you" fail to pay the premium.

If "we" pay the mortgagee for a loss where "your" insurance may be void, the mortgagee's right to collect that portion of the mortgage debt from "you" then belongs to "us". This does not affect the mortgagee's right to collect the remainder of the mortgage debt from "you".

As an alternative, "we" may pay the mortgagee the remaining principal and accrued interest in return for a full assignment of the mortgagee's interest and any instruments given as security for the mortgage debt.

If "we" choose not to renew this policy, "we" will give written notice to the mortgagee at least ten days before the expiration date of this policy.

15. **Vacancy - Unoccupancy** -- "We" do not pay for loss caused by attempted "theft"; breakage of building glass; sprinkler leakage (unless "you" have protected the system against freezing); "theft"; vandalism; or water damage occurring while the building or structure has been:

a. vacant for more than 60 consecutive days; or

b. unoccupied for more than:

   1) 60 consecutive days; or
   2) the usual or incidental unoccupancy period for a "covered location";

   whichever is longer.

The amount "we" will pay will be reduced by 15% for any loss by a covered peril, not otherwise excluded above, if the building or structure is vacant or unoccupied, as described above.

Unoccupied means that the customary activities or operations at a "covered location" are suspended, but business personal property has not been removed. The building or structure will be considered vacant and not unoccupied when the occupants have moved, leaving the building or structure empty or containing only limited business personal property. Buildings or structures under construction are not considered vacant or unoccupied.

CO 1000 10 02

Copyright, American Association of Insurance Services, Inc., 2002

# Certified Copy

AAIS
CO 1227 05 02
Page 1 of 3

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## SCHEDULED LOCATIONS ENDORSEMENT

### PROPERTY COVERED

The following provision is added to Property Covered.

**Scheduled Locations** -- Coverage provided by the Commercial Output Program coverages applies only to the "covered locations" described on the Location Schedule.

### ADDITIONAL COVERAGES

The following Additional Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for an Additional Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for an Additional Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered. The "limit" available for coverage described under an Additional Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for an Additional Coverage and the "limit" for coverage described under Property Covered.

Unless otherwise stated, each additional coverage:

a.  applies to loss caused by a covered peril;

b.  is not subject to and not considered in applying coinsurance when coinsurance conditions are added to this coverage; and

c.  does not extend coverage to personal property at fairs or exhibitions.

1.  **Newly Built or Acquired Buildings** -- "We" cover direct physical loss to "your" buildings or structures:

    a.  being built at "covered locations" or while being built at other than "covered locations"; or

    b.  that "you" acquire during the policy period.

    This additional coverage applies for 120 days from the date "you" acquire or begin to construct the building or structure or until "you" report the property to "us", whichever occurs first. This coverage does not go beyond the end of the policy period.

    "You" must pay any additional premium due from the date construction is started or from the date "you" acquire the property.

    The most "we" pay in any one occurrence for each newly built or acquired building or structure is $500,000.

2.  **Business Personal Property - Acquired Locations** -- "We" cover direct physical loss to "your" business personal property at locations that "you" acquire during the policy period.

    This coverage applies for 120 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first. This coverage does not go beyond the end of the policy period.

    "You" must pay any additional premium due from the date "you" acquire the location.

# Certified Copy

AAIS
CO 1227 05 02
Page 2 of 3

The most "we" pay in any one occurrence for business personal property at each location "you" acquire is $250,000.

3. **Locations "You" Elect Not To Describe —** "We" cover direct physical loss to "your" building property and business personal property at locations that are not described on the Location Schedule.

   The "limit" provided under this additional coverage cannot be combined or added to the "limits" for Newly Acquired Buildings and Personal Property - Acquired Locations.

   The most "we" pay in any one occurrence for each unscheduled location is $50,000.

4. **Newly Built or Acquired Locations - Income Coverage —** If the Commercial Output Program - Income Coverage Part is attached to this policy, "we" extend "your" coverage for earnings and extra expense to include direct physical loss to "your" covered property while at any location being built or at locations that "you" acquire during the policy period.

   If a loss occurs at a location being built and the loss delays the start of "your" "business", the "restoration period" starts from the time "your" "business" would have begun had no loss occurred.

   This coverage applies for 120 days from the date the location is acquired or construction begins or until "you" report the location to "us", whichever occurs first. This coverage does not go beyond the end of the policy period.

   "You" must pay any additional premium due from the date construction is started or "you" acquire the location.

   The most "we" pay in any one occurrence for loss of earnings and incurred extra expense at each newly acquired or built location is $250,000.

## HOW MUCH WE PAY

The following provisions are added to How Much We Pay if a coinsurance percentage is indicated on the "schedule of coverages".

1. **Coinsurance, Property Coverage Part —** "We" pay only a part of the loss if the "limit" is less than the value of the covered property at the time of the loss multiplied by the coinsurance percentage. "Our" part of the loss is determined using the following steps:

   a. multiply the value of the covered property at the time of the loss by the coinsurance percentage;

   b. divide the "limit" for covered property by the result determined in a. above;

   c. multiply the total amount of loss, after the application of any deductible, by the result determined in b. above.

   "We" pay the amount determined in c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

   If there is more than one "limit" indicated on the "schedule of coverage", this procedure applies separately to each covered property for which a "limit" is shown.

   If there is only one "limit" indicated on the "schedule of coverage", this procedure applies to the total of all covered property to which the "limit" applies.

2. **Coinsurance, Income Coverage Part —** If the Commercial Output Program - Income Coverage Part is attached to this policy, "we" pay only a part of the loss if the "limit" is less than the coinsurance percentage multiplied by the sum of "your" net income (net profit or loss before income taxes) and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy (whichever is later), normally earned by "your" "business".

Case 3:17-cv-00241-JRG-HBG    Document 1-2    Filed 06/06/17    Page 56 of 97
PageID #: 69

# Certified Copy

"Our" part of the loss is determined using the following steps:

a. multiply the coinsurance percentage by the sum of "your" net income and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy;

b. divide the "limit" by the figure determined in a. above;

c. multiply the total amount of loss by the figure determined in b. above.

"We" pay the amount determined in c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

If there is more than one "limit" indicated on the "schedule of coverage" for the Income Coverage Part, this procedure applies separately to each "limit".

Coinsurance does not apply to coverage for extra expense.

**CO 1227 05 02**
Copyright, American Association of Insurance Services, 2002

# Certified Copy

AAIS
CO 1293 11 03
Page 1 of 4

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## LIMITED FUNGUS AND RELATED PERILS COVERAGE

This policy is amended to include the following "terms". All other "terms" of the policy apply, except as amended by this endorsement.

## DEFINITIONS

The following definition is added:

"Fungus or related perils" means:

a. a fungus, including but not limited to mildew and mold;

b. a protist, including but not limited to algae and slime mold;

c. wet rot;

d. dry rot;

e. a bacterium; or

f. a chemical, matter, or compound produced or released by a fungus, a protist, wet rot, dry rot, or a bacterium, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

## PERILS EXCLUDED

1. The following exclusion is added under Perils Excluded, item 1:

   **Fungus or Related Perils --**

   a. Except as provided under the Limited Fungus and Related Perils Property and Income Coverage in this endorsement, "we" do not pay for loss, cost, or expense caused by or relating to the existence of or any activity of "fungus or related perils".

But if "fungus or related perils" results in a "specified peril", we cover loss or damage caused by that "specified peril".

b. This exclusion does not apply to:

   1) loss that results from fire or lightning; or
   2) collapse caused by hidden decay, to the extent that such loss is covered under Other Coverages, Collapse.

2. Under Perils Excluded, the exclusion for Contamination Or Deterioration and Seepage are deleted and replaced by the following:

   a. **Contamination Or Deterioration --** "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

   But if contamination or deterioration results in a "specified peril" or breakage of building glass, "we" cover the loss or damage caused by that "specified peril" or breakage of building glass.

   This exclusion does not apply to loss caused by corrosion, decay, or rust to "computers" that results from direct physical damage by a covered peril to the air conditioning system that services "your" "computers".

   b. **Seepage --** "We" do not pay for loss caused by continuous or repeated seepage or leakage of water or steam or the presence of moisture, humidity, or vapor that occurs over a period of 14 days or more.

Copyright, American Association of Insurance Services, Inc., 2003

# Certified Copy

## COVERAGE EXTENSIONS

The following coverage is added to Coverage Extensions:

**Limited Fungus And Related Perils Property Coverage --**

1. **Coverage --** "We" pay for direct physical loss to covered property caused by or relating to the existence of or any activity of "fungus or related perils".

2. **Coverage Limitation --** "We" only cover loss caused by "fungus or related perils":

   a. when the "fungus or related peril" is the result of:

      1) a "specified peril" other than fire or lightning; or
      2) "flood" (if the Flood Endorsement applies to the affected location);

      that occurs during the policy period; and

   b. if all reasonable steps were taken to protect the property from additional damage at and after the time of the occurrence.

3. **Blanket Limit --** If Blanket Limit is indicated on the Limited Fungus and Related Perils Schedule, the most "we" pay for all losses at all "covered locations" is $15,000, unless another "limit" is indicated on the schedule. The Blanket Limit applies regardless of the number of claims made.

   The Blanket Limit applies regardless of the number of locations or buildings insured under this policy.

   The Blanket Limit is the most that "we" pay for the total of all loss or damage arising out of all occurrences of "specified perils", other than fire or lightning, or "flood" (if applicable) during each separate 12-month period beginning with the inception date of this policy.

4. **Location Limit --** If Location Limit is indicated on the Limited Fungus and Related Perils Schedule, the most "we" pay for all losses at each location described on the Limited Fungus and Related Perils Schedule is $15,000, unless another "limit" is indicated on the schedule. The Location Limit applies regardless of the number of claims made at a described location.

   The Location Limit is the most that "we" pay at each location for the total of all loss or damage arising out of all occurrences of "specified perils" other than fire or lightning or "flood" (if applicable) during each separate 12-month period beginning with the inception date of this policy.

5. **If The Policy Period Is Extended --** If the policy period is extended for an additional period of less than 12 months, this additional period will be considered part of the preceding period for the purpose of determining the Blanket Limit or Location Limit.

6. **Recurrence And Continuation of Fungus Or Related Perils --** The Blanket Limit or Location Limit is the most that "we" pay with respect to a specific occurrence of a loss which results in "fungus or related perils" even if such "fungus or related perils" recur or continue to exist during this or any future policy period.

7. **Limit Applies To Other Costs Or Expenses --** The Blanket Limit or Location Limit also applies to any cost or expense to:

   a. clean up, contain, treat, detoxify, or neutralize "fungus or related perils" on covered property or remove "fungus or related perils" from covered property;

   b. remove and replace those parts of covered property necessary to gain access to "fungus or related perils"; and

Copyright, American Association of Insurance Services, Inc., 2003

# Certified Copy

c. test for the existence or level of "fungus or related perils" following the repair, replacement, restoration, or removal of damaged property if it is reasonable to believe that "fungus or related perils" are present.

8. **Loss Caused In Total Or In Part By Fungus Or Related Perils --** The "terms" of this coverage extension do not apply to covered loss or damage to covered property that is not caused, in total or in part, by "fungus or related perils" except to the extent that "fungus or related perils" causes an increase in the loss. When "fungus or related perils" cause an increase in such a loss, that increase is subject to the "terms" of this coverage.

## SUPPLEMENTAL COVERAGES

The following provision is added under the Supplemental Coverages, Ordinance or Law (Undamaged Parts of a Building) and Ordinance or Law (Increased Cost to Repair and Cost to Demolish and Clear Site):

**We Do Not Pay --** "We" do not pay for:

1. loss or increased cost caused by the enforcement of any ordinance, law, or decree that requires the reconstruction, repair, replacement, remodeling, remediation, or razing of property due to the existence of or any activity of "fungus or related perils"; or

2. costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "fungus or related perils".

## INCOME COVERAGE EXTENSIONS

Coverage provided under the Income Coverage Part - Coverage Extensions, if applicable, is amended by the following provision.

**Limited Fungus And Related Perils Income Coverage --**

1. **Coverage --** Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by "fungus or related perils".

2. **Coverage Limitation --** "We" only cover loss of earnings and/or extra expense caused by "fungus or related perils":

   a. when the "fungus or related peril" is the result of:

      1) a "specified peril" other than fire or lightning; or
      2) "flood" (if the Flood Endorsement applies to the affected location);

      that occurs during the policy period; and

   b. if all reasonable steps were taken to protect the property from additional damage at and after the time of the occurrence.

3. **Time Limitation --**

   a. "We" will pay up to 30 days (unless otherwise indicated on the Limited Fungus and Related Perils Schedule) for loss of earnings and/or extra expense if a loss which resulted in "fungus or related perils" does not in itself interrupt "your" "business", but such interruption is necessary due to the loss or damage to property caused by "fungus or related perils". The days need not be successive.

Copyright, American Association of Insurance Services, Inc., 2003

# Certified Copy

b. If a covered "business" interruption was caused by loss or damage other than "fungus or related perils" but remediation of "fungus and related perils" lengthens the "restoration period", "we" will pay up to 30 days (unless otherwise indicated on the Limited Fungus and Related Perils Schedule) for loss of earnings and/or expense sustained during the delay (regardless of when such delay for remediation occurs during the "restoration period"). The days need not be successive.

## OTHER COVERAGES

The "terms" of the Limited Fungus And Related Perils Property and Income Coverages do not increase or decrease the coverages under Other Coverages:

1. Collapse; or

2. Tearing Out and Replacing.

## OTHER CONDITIONS

The conditions described under Restoration Of Limits do not apply to the coverages provided under this endorsement.

**CO 1293 11 03**

Copyright, American Association of Insurance Services, Inc., 2003

# Certified Copy

## LIMITED FUNGUS AND RELATED PERILS SCHEDULE
## BLANKET LIMIT

(The information required below may be indicated
on the "schedule of coverages".)

### PROPERTY COVERAGE EXTENSION

Limited Fungus And Related Perils
Property Coverage

| | Limit |
|---|---|
| The most "we" pay for all losses at all covered locations is: | $15,000. |

### INCOME COVERAGE EXTENSION

Limited Fungus And Related Perils
Income Coverage

| | |
|---|---|
| Time Limitation: | 30 days. |

CO 1080 11 03

Copyright, American Association of Insurance Services, Inc., 2003

# Certified Copy

 HAI Group

Insured Name: **One South Place LP**
Policy Number: **HEICP-205802-163575-2016**
Endorsement Effective Date: **09/20/2016**

---

This endorsement changes the policy.
**PLEASE READ THIS CAREFULLY**

## HOUSING PLUS

The following amends the provisions of the Commercial Output Program - Property Coverage Part.

---

## SUPPLEMENTAL COVERAGES

1. In **Fire Department Service Charges**, the $25,000 limitation for the amount "we" pay is deleted. This means that payments under this coverage are included within full "limit" of the covered property involved in the fire department's service call.

2. The following Supplemental Coverages are added:

   a. **Housing Additional Property Insurance**

   **Housing Additional Property Insurance**

   "We" pay for direct physical loss of or damage to Business Personal Property caused by a covered peril.

   The most "we" pay in any one occurrence under this Supplemental Coverage is $25,000. but not more than $5,000 for computer laptops, notebooks, handhelds and similar equipment.

   This "limit" is in addition to any other "limit" for Business Personal Property.

   b **Key and Lock Replacement** - In the event that your keys or master keys, are lost, or damaged by a covered peril, "we" pay the necessary costs to:

   1) provide new keys;

   2) lock adjustment made necessary for new keys; and

   3) replace locks or lock cylinders.

   The most "we" will pay in any one occurrence under this Supplemental Coverage is $5,000.

   The most "we" pay for all covered losses under this Supplemental Coverage during each separate 12-month period of this policy is $25,000. We will pro-rate this amount for Policy Periods different than 12 months.

   The Deductible applicable to this Coverage Extension is $500.

   c. **Money**

   1) "We" cover loss caused by "theft", disappearance, or destruction of "money", "securities", bullion, and lottery tickets that "you" own, hold, or for which "you" are legally liable, while:

      a) inside buildings at "covered locations" or premises of a bank; or

      b) while in transit to "covered locations" or banks, in the custody of your authorized employees.

# Certified Copy

The most "we" will pay in any one occurrence under this Supplemental Coverages is:

a) $10,000 while inside buildings at "covered locations" or banks; and

b) $5,000 while in transit to "covered locations" or banks, in the custody of your authorized employees.

As respects this Supplemental Coverage, an occurrence means an act or event or a series of related acts or events without regard to the number of persons involved in causing the loss.

2) "We" cover loss caused by:

a) your acceptance in good faith of:

   i) money orders issued by any post office, express company or bank that were not paid upon presentation; and

   ii) counterfeit currency, meaning imitations of actual valid currency intended to deceive and be taken for the original.

b) Forgery or alteration of any check, draft, promissory note, bill of exchange or similar promise of payment in "money" that you issued or was issued by someone impersonating you.

The most "we" pay in any one occurrence under this Supplemental Coverage is $5.000.

d. **Tenant Move Back**

In the event of direct physical loss or damage to property at "covered locations", that is caused by or resulting from a covered peril, and such loss or damage requires that your tenants move to a temporary location, we will pay for the following expenses that you incur to move those tenants back:

(1) Packing, transporting and unpacking of tenant's property; and

(2) The net cost to reestablish the tenants' utility and telephone services, after any refunds due to the tenants;

but only such expenses that you incur within 60 days of the date that the damaged premises has been repaired or rebuilt.

The most we will pay under this Coverage Extension at each "covered location" is $15,000.

## SUPPLEMENTAL INCOME COVERAGES

The following is added to Supplemental Income Coverages

7. Earnings, "rents", and extra expense for any location listed on the Schedule of Locations that does not carry scheduled business income limits.
The most we will pay for any single location for a covered loss to business income that is not specifically scheduled as business income limits on the Schedule of Locations is 1% of the combined building and business personal property limit for that location, or $25,000 (whichever is the lesser). In no case will we pay more than the amount of the loss presented.

This Supplemental Coverage is subject to a maximum limit of 1,000,000 for any one occurrence, regardless of the number of locations involved in that single occurrence. This Supplemental Coverage is subject to an aggregate limit of $1,000,000 which applies to all losses at all locations during each separate 12 month period of this policy; this is limited to the expiration date.

**Example 1** – Single Locations – no Scheduled Limit Provided

There is no specific business income coverage scheduled on the Schedule of Locations for that insured building. The combined limit for building and business personal for the insured building is $1,000,000. The waiting period for this loss is 72 hours. The amount of loss due to covered cause after the waiting period is $100,000.
Step (1) $1,000,000 x .01 = 10,000
Step (2) Since $10,000 is the lesser, we will pay $10,000
**Example 2** – Single Location – Scheduled Limit provided
The Business Income limit for the building listed on the Schedule of Coverages is $100,000 . The combined limit for building and business personal for the insured building is $1,000,000. The waiting period for this loss is 72 hours. The amount of loss

# Certified Copy

due to covered cause after the waiting period is $100,000.

We will pay $100,000 since that is the limit insured less the loss of income during the waiting period.
**Example 3** – Multiple Locations – No Scheduled Limit provided
 The amount of loss due to covered cause is $100,000 at each of 4 locations. There is no specific business income coverage scheduled on the "Schedule of Locations" for any of the insured buildings.  The waiting period for this loss is 72 hours. The combined limit for building and business personal for each insured building due to covered cause after the waiting period is as follows:

Building 1 (combined B & BPP)          $50,000,000
Building 1 (combined B & BPP)          $25,000,000
Building 1 (combined B & BPP)          $20,000,000

Building 1 (combined B & BPP)          $20,000,000

Step (1)      B1  $50,000,000 x .01 =  $ 500,000
              B2  $25,000,000 x .01 =  $ 250,000
              B3  $20,000,000 x .01 =  $ 200,000
              B4  $20,000,000 x .01 =  $ 200,000

Step (2)      B1   Loss = $25,000
              B2   Loss = $25,000
              B3   Loss = $25,000
              B4   Loss = $25,000
                             $100,000

$25,000 per location is the lesser of 1% combined building & business personal property or $25,000 per location.  The total amount for all (4) locations less the per occurrence deductible is $100,000.

All other terms and conditions under this policy remain the same.

# Certified Copy

**AAIS**
**CO 1232 04 02**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

## LOSS PAYABLE OPTIONS

If indicated on the Loss Payable Schedule, the following conditions apply to the property described on the schedule. The following conditions apply in addition to the policy "terms" which are contained in other sections of the Commercial Output Program coverages.

**LOSS PAYABLE**
Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

**LENDER'S LOSS PAYABLE**
Any loss will be payable to "you" and the loss payee described on the schedule as interests appear. If more than one loss payee is named, they will be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 30 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

**CONTRACT OF SALE**
Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

The loss payee shown on the schedule is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

**CO 1232 04 02**
Copyright, American Association of Insurance Services, 2002

# Certified Copy

**AAIS**
**CO 1072 04 02**

## LOSS PAYABLE SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]     Loss Payable

[ ]     Lender's Loss Payable

[ ]     Contract of Sale

## SCHEDULE

| Location | Covered Property | Name and Address of Loss Payee |
|---|---|---|
| 1311 Bertie Rand St | | Wells Fargo Bank, N.A. as Master Servicer D1118-02W 1525 West WT Harris Blvd. Charlotte, NC 28262 |

Schedule Continued On Next Page

Case 3:17-cv-00241-JRG-HBG   Document 1-2   Filed 06/06/17   Page 67 of 97
PageID #: 80

# Certified Copy

This endorsement changes the
Commercial
Property Coverages provided by this policy.

CO 1072 04 02

**-- PLEASE READ THIS CAREFULLY --**

Designated Interests
1311 Bertie Rand  St, Knoxville, TN 37920
1311 Bertie Rand  St, Knoxville, TN 37920

212285

CO 1072 04 02

Page 2 of 2

AAIS

Copyright MCMXCI, American Association of Insurance Services

# Certified Copy

**AAIS**
**CO 1072 04 02**

## LOSS PAYABLE SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]     Loss Payable

[ ]     Lender's Loss Payable

[ ]     Contract of Sale

## SCHEDULE

| Location | Covered Property | Name and Address of Loss Payee |
|---|---|---|
| 1311 Bertie Rand St | | Assistant Secretary for Housing Federal Housing 451 7th Street SW |
| | | Washington, DC  20410 |

Schedule Continued On Next Page

**CO 1072 04 02**

Copyright, American Association of Insurance Services, 2002
188996

**Certified Copy**

**AAIS**

This endorsement changes the
Commercial
Property Coverages provided by this policy.

CO 1072 04 02

**-- PLEASE READ THIS CAREFULLY --**

Designated Interests

1311 Bertie Rand  St, Knoxville, TN 37920

1311 Bertie Rand  St, Knoxville, TN 37920

188996

CO 1072 04 02

**Page 2 of 2**

**AAIS**

Copyright MCMXCI, American Association of Insurance Services

# Certified Copy

**AAIS**
**CO 1072 04 02**

## LOSS PAYABLE SCHEDULE

(The entries required to complete this endorsement
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]    Loss Payable

[ ]    Lender's Loss Payable

[ ]    Contract of Sale

## SCHEDULE

| Location | Covered Property | Name and Address of Loss Payee |
|---|---|---|
| 1311 Bertie Rand St | | Wells Fargo Affordable Housing ISAA ATIMA 301 South College Street MAC D10530047 Charlotte, NC 282880173 |

Schedule Continued On Next Page

# Certified Copy

This endorsement changes the
Commercial
Property Coverages provided by this policy.

**-- PLEASE READ THIS CAREFULLY --**

Designated Interests

1311 Bertie Rand  St, Knoxville, TN 37920

1311 Bertie Rand  St, Knoxville, TN 37920

193700

Copyright MCMXCI, American Association of Insurance Services

# Certified Copy

## COMMERCIAL OUTPUT PROGRAM
## INCOME COVERAGE PART

Coverage provided under this coverage part is also subject to the "terms" and conditions in the Commercial Output Program - Property Coverage Part under the sections titled Agreement, Definitions, Property Not Covered, Perils Covered, Perils Excluded, What Must Be Done In Case Of Loss, Loss Payment, and Other Conditions.

## COVERAGE OPTIONS

One of the following described coverage options applies when that option is indicated on the "schedule of coverages":

1. Earnings, "rents", and extra expense.

2. Earnings and extra expense.

3. "Rents" and extra expense.

4. Extra expense only.

If option 1. above is selected, the term Earnings includes "rents". When Option 3. is indicated, the term Earnings means only "rents".

## COVERAGE

"We" provide the following coverage unless the coverage is excluded or subject to limitations.

"We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted by direct physical loss of or damage to property at a "covered location" or in the open (or in vehicles) within 1,000 feet thereof as a result of a covered peril.

If "you" lease, rent, or do not own the building "you" occupy, for the purposes of determining an Income Coverage loss, "your" location is the space that "you" lease, rent, or occupy, including but not limited to:

1. all passageways to "your" location within the building; and

2. "your" business personal property in the open (or in a vehicle) within 1,000 feet.

## EARNINGS

"We" cover "your" actual loss of net income (net profit or loss before income taxes) that would have been earned or incurred and continuing operating expenses normally incurred by "your" "business", including but not limited to payroll expense.

The net sales value of goods that would have been produced is included in net income for manufacturing risks.

## EXTRA EXPENSE

"We" cover only the extra expenses that are necessary during the "restoration period" that "you" would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a covered peril.

"We" cover any extra expense to avoid or reduce the interruption of "business" and continue operating at a "covered location", replacement location, or a temporary location. This includes expenses to relocate and costs to outfit and operate a replacement or temporary location.

"We" will also cover any extra expense to reduce the interruption of "business" if it is not possible for "you" to continue operating during the "restoration period".

# Certified Copy

To the extent that they reduce a loss otherwise payable under this Coverage Part, "we" will cover any extra expenses to:

1. repair, replace, or restore any property; and

2. research, replace, or restore information on damaged "valuable papers" or "data records".

## EXCLUSIONS AND LIMITATIONS

The following exclusions apply in addition to the exclusions and limitations in the Commercial Output Program - Property Coverage Part.

1. **Finished Stock** -- "We" do not cover loss caused by or resulting from loss or damage to stock manufactured by "you" which is ready to pack, ship, or sell. This includes loss caused by or resulting from the time required to reproduce such stock. This does not apply to stock manufactured and held for sale at retail outlets that "you" own and that are insured under this Coverage Part.

2. **Leases, Licenses, Contracts, or Orders** -- "We" do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

   However, "we" do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of "your" "business".

   "We" do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the "restoration period".

3. **Strikes, Protests, and Other Interference** -- "We" do not cover any increase in loss due to interference by strikers or other persons at a "covered location". This applies to interference with rebuilding, repairing, or replacing the property or with resuming "your" "business".

## INCOME COVERAGE EXTENSIONS

The following Income Coverage Extensions indicate an applicable "limit" or limitation. This "limit" or limitation may also be shown on the "schedule of coverages". If a different "limit" or limitation is indicated on the "schedule of coverages", that "limit" or limitation will apply instead of the "limit" or limitation shown below.

The following Income Coverage Extensions are part of and not in addition to the applicable Income Coverage "limit".

1. **Interruption by Civil Authority** -- "We" extend "your" coverage for earnings and extra expense to include loss sustained while access to "covered locations" or a "dependent location" is specifically denied by an order of civil authority. This order must be a result of direct physical loss of or damage to property, other than at a "covered location" and must be caused by a covered peril. Unless otherwise indicated on the "schedule of coverages", this Income Coverage Extension is limited to 30 consecutive days from the date of the order.

2. **Period of Loss Extension After Business Resumes** -- "We" extend "your" coverage for earnings to cover loss from the date the covered property that incurred the loss is rebuilt, repaired, or replaced and "business" is resumed or tenantability is restored until:

   a. the end of 90 consecutive days (unless otherwise indicated on the "schedule of coverages"); or

   b. the date "you" could reasonably resume "your" "business" to the conditions that would generate the earnings amount or "rents" that would have existed had no loss or damage occurred,

   whichever is earlier.

   Loss of earnings or "rents" must be caused by direct physical loss of or damage to property at a "covered location" or in the open (or in vehicles) within 1,000 feet thereof as a result of a covered peril.

# Certified Copy

## SUPPLEMENTAL INCOME COVERAGES

Unless otherwise indicated, the following Supplemental Income Coverages apply separately to each "covered location".

The following Supplemental Income Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Unless otherwise indicated, a "limit" for a Supplemental Income Coverage provided below is separate from, and not part of, the applicable Income Coverage "limit". The "limit" available for coverage described under a Supplemental Income Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Income Coverage and the Income Coverage "limit".

The "limit" provided under a Supplemental Income Coverage cannot be combined or added to the "limit" for any other Supplemental Income Coverage.

1.  **Computer Virus and Hacking --**

    a.  **Coverage --** Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by a "computer virus" or by "computer hacking" that results in:

        1)  direct physical loss or damage to covered "computers", "your" computer network, or "your" Web site; or
        2)  denial of access to or services from "your" "computer", "your" computer network, or "your" Web site.

    b.  **Exclusions --** "We" do not cover loss of earnings or extra expenses under this Supplemental Income Coverage that results from:

        1)  loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;
        2)  loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered; or
        3)  theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "computers", "your" computer network, or "your" Web site without any alteration or other physical loss or damage to the records or programs.

        Confidential information includes, but is not limited to customer information, processing methods, or trade secrets.

    c.  **Waiting Period --** Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 12 hours following the direct physical loss of or damage to "your" "computers", "your" computer network, or "your" Web site. This waiting period does not apply to extra expenses that "you" incur.

    d.  **Applicable Limit --** The most "we" pay in any one occurrence under this Supplemental Income Coverage is $25,000.

        The most "we" pay for all covered losses under this Supplemental Income Coverage during each 12-month period of this policy is $75,000.

# Certified Copy

2. **Dependent Locations** -- Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses that "you" incur during the "restoration period" when "your" "business" is interrupted by direct physical loss of or damage, caused by a covered peril, to property at a "dependent location".

   The most "we" pay in any one occurrence under this Supplemental Income Coverage is $100,000.

3. **Off Premises Utility Service Interruption** --

   a. **Coverage** -- Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses that "you" incur during the "restoration period" when "your" "business" is interrupted due to the interruption of an off premises utility services when the interruption is a result of direct physical loss or damage by a covered peril to property that is not located at a "covered location" and that is owned by a utility, a landlord, or another supplier who provides "you" with:

      1) power or gas;
      2) telecommunications, including but not limited to Internet access; or
      3) water, including but not limited to waste water treatment.

   b. **Overhead Transmission Lines** -- If the "schedule of coverages" indicates that overhead transmission lines are excluded, coverage under this Supplemental Income Coverage does not include loss to overhead transmission lines that deliver utility service to "you". Overhead transmission lines include, but are not limited to:

      1) overhead transmission and distribution lines;
      2) overhead transformers and similar equipment; and
      3) supporting poles and towers.

   c. **Waiting Period** -- Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 12 hours following the direct physical loss of or damage to the property owned by a utility, a landlord, or another supplier. This waiting period does not apply to extra expenses that "you" incur.

   d. **Applicable Limit** -- The most "we" pay in any one occurrence under this Supplemental Income Coverage is $10,000.

4. **Pollutant Cleanup and Removal** -- When there is a loss to a "covered location" caused by a covered peril, coverage for earnings is extended to loss of earnings during the "restoration period" due to the increased time of interruption of "your" "business" caused by the enforcement of any ordinance, law, or decree that requires "you" to extract "pollutants" from land or water at the "covered location".

   This Supplemental Income Coverage only applies if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" into the land or water at the "covered locations" is caused by a covered peril and occurs during the policy period.

   Coverage for earnings is not extended to loss of earnings during the "restoration period" due to the increased time of interruption of "your" "business" caused by the enforcement of any ordinance, law, or decree that requires "you" to test, evaluate, observe, or record the existence, level, or effects of "pollutants". However, "we" cover the increased period of interruption when testing is necessary for the extraction of "pollutants" from land or water.

   The ordinance, law, or decree must be in force at the time of loss.

   The most "we" pay in any one occurrence or at any one location under this Supplemental Income Coverage is $25,000.

# Certified Copy

5. **Contract Penalty** -- Coverage for earnings is extended to cover contract penalties that "you" are assessed or are required to pay because "you" are unable to complete a project or fill an order in accordance with contract terms or conditions.

"Your" inability to complete a project or fill an order on time must be a direct result of physical loss of or damage to covered property caused by a covered peril at a "covered location".

The most "we" pay in any one occurrence under this Supplemental Income Coverage is $25,000.

The most "we" pay for all covered losses under this Supplemental Income Coverage during each 12-month period of this policy is $100,000.

6. **Property In Transit, On Exhibition, or In The Custody Of Sales Representatives** -- Coverage for earnings is extended to loss of earnings during the "restoration period" when "your" "business" is interrupted as a result of a direct physical loss, caused by a covered peril, to property in transit, on exhibition, or in the custody of sales representatives as described under the Supplemental Marine Coverages in Commercial Output Program - Property Coverage Part.

The most "we" pay in any one occurrence under this Supplemental Income Coverage is $10,000.

## WHAT MUST BE DONE IN CASE OF LOSS

Other "terms" relating to What Must Be Done In Case Of Loss also apply. These "terms" are described in the Commercial Output Program - Property Coverage Part.

**Intent to Continue Business** -- If "you" intend to continue "your" "business", "you" must resume all or part of "your" "business" as soon as possible.

## VALUATION

1. **Earnings** -- In determining an earnings loss "we" consider:

   a. the experience of "your" "business", before the loss and the probable experience during the time of interruption had no loss occurred;

   b. "your" continuing operating expenses normally incurred by "your" "business", including but not limited to payroll expense necessary to resume "business" to a similar level of service that existed before the occurrence of direct physical loss or damage; and

   c. pertinent sources of information and reports including:

      1) "your" accounting procedures and financial records;
      2) bills, invoices, and other vouchers;
      3) contracts, deeds, and liens;
      4) reports on feasibility and status; and
      5) records documenting "your" budget and marketing objectives and results.

"We" do not pay for any increase in loss due to "your" failure to use reasonable efforts to resume all or part of "your" "business". This includes making use of other locations and property to reduce the loss.

If "your" "business" is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume "your" "business" as soon as possible.

Only as regards coverage described under Dependent Locations in the Income Coverage Extensions, "we" will reduce the amount of "your" loss of earnings to the extent "you" can resume "your" "business" by using other available sources of materials or outlets for "your" products.

# Certified Copy

2. **Extra Expense** -- In determining extra expenses that "you" have incurred, "we" consider the salvage value of any property bought for temporary use during the "restoration period" and it will be deducted from the amount of loss determined for extra expense.

## HOW MUCH WE PAY

Other "terms" relating to How Much We Pay also apply. These "terms" are described in the Commercial Output Program - Property Coverage Part.

"We" pay no more than the Income Coverage "limit" indicated on the "schedule of coverages" for any one loss. Payment for earnings, extra expense, and "rents" combined does not exceed the "limit".

## LOSS PAYMENT

See the Commercial Output Program - Property Coverage Part.

## OTHER CONDITIONS

The following condition applies as it relates to this Coverage Part, other "terms" also apply. These "terms" are described in the Commercial Output Program - Property Coverage Part.

**Appraisal** -- If "you" and "we" do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, and operating expenses, or the amount of loss, either party may demand that these amounts be determined by appraisal in accordance with the provisions described in the Commercial Output Program - Property Coverage Part under Other Conditions, Appraisal.

**CO 1001 04 02**
Copyright, American Association of Insurance Services, 2002

# Certified Copy

**AAIS**
**CO 1281 04 02**
**Page 1 of 2**

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## WAITING PERIOD -- INCOME COVERAGE

As specified below, this endorsement amends the provisions of the Commercial Output Program -- Income Coverage Part.

## DEFINITIONS

The Definition of "restoration period" is deleted and replaced by the following:

"Restoration period" means:

1. The time it should reasonably take to resume "your" "business" to a similar level of service beginning:

   a. for earnings, after the first 72 hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss of or damage to property at a "covered location" that is caused by a covered peril; and

   b. for extra expenses, immediately following the direct physical loss of or damage to property at a "covered location" that is caused by a covered peril.

   The "restoration period" ends on the date the property should be rebuilt, repaired, or replaced or the date business is resumed at a new permanent location. This is not limited by the expiration date of the policy.

2. The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

   a. regulates the construction, use, or repair of any property; or

   b. requires the demolition of any property, in part or in whole, not damaged by a covered peril.

   The ordinance, law, or decree must be in force at the time of loss.

3. Only as regards coverage described under Dependent Locations in the Coverage Extensions, "restoration period" also means the time it should reasonably take to resume "your" "business" to a similar level of service beginning:

   a. for earnings, after the first 72 hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss of or damage to property at a "covered location" that is caused by a covered peril; and

   b. for extra expenses, immediately following the direct physical loss of or damage to property at a "covered location" that is caused by a covered peril.

   The "restoration period" for "dependent locations" ends on:

   a. the date the property at the "dependent location" should be rebuilt, repaired, or replaced; or

   b. the date business is resumed at a new permanent location.

   This is not limited by the expiration date of the policy.

# Certified Copy

**AAIS**
**CO 1281 04 02**
**Page 2 of 2**

## COVERAGE EXTENSION

The following coverage extension is deleted and replaced by the following:

**Interruption by Civil Authority** -- "We" extend "your" coverage for earnings and extra expense to include loss sustained while access to "covered locations" or a dependent location is specifically denied by an order of civil authority. This order must be a result of direct physical loss of or damage to property, other than at a "covered location" and must be caused by a covered peril.

Unless otherwise indicated on the "schedule of coverages", this coverage extension begins:

1. for earnings, 72 hours after the time the order is issued and ends 30 consecutive days and 72 hours from the date of the order; and

2. for extra expense, immediately after the time the order is issued, and ends 30 consecutive days and 72 hours from the date of the order.

## SUPPLEMENTAL COVERAGES

The waiting period described under Off Premises Utility Service Interruption is not deleted and replaced by the provisions of this endorsement.

If the Interruption of Web Site endorsement is attached to the Commercial Output Program -- Income Coverage Part, the described waiting period under Interruption of Web Site is not deleted and replaced by the provisions of this endorsement.

**CO 1281 04 02**
Copyright, American Association of Insurance Services, 2002

# Certified Copy



**HACP 2045 09 13**

Insured Name:       **One South Place LP**
Policy Number:      **HEICP-205802-163575-2016**
Endorsement Effective Date: **09/20/2016**

---

This endorsement changes the policy
**-- PLEASE READ THIS CAREFULLY –**

## FLOOD ENDORSEMENT

### ADDITIONAL DEFINITIONS

1. "Aggregate limit" means the amount of coverage that applies to all losses at each "covered location" during each separate 12 month period of this policy; this is limited to the expiration or anniversary date.

2. "Occurrence limit" means the amount of coverage that applies to a loss in any one occurrence at each "covered location."

3. "Catastrophe limit" means the amount of coverage that applies to all losses at all "covered locations" during each separate 12 month period of this policy; this is limited to the expiration or anniversary date.

### PERILS COVERED

**Blanket Flood Coverage** — When blanket flood coverage is indicated on the schedule of coverages, "we" cover direct physical loss to any "covered location" on the location schedule caused by "flood" unless specifically excluded or wholly or partially located in a Special Flood Hazard Area as defined by FEMA on the effective date of this policy.

### PERILS EXCLUDED

Under Perils Excluded, the exclusion for Flood is deleted.

### HOW MUCH WE PAY

The following are added to How Much We Pay:

1. **Deductible** — "We" pay only that part of "your" loss over the flood deductible indicated on the schedule of coverages in any one occurrence.

   This deductible replaces any other deductible for the peril of "flood". The flood deductible will be calculated as the greater of 10% of the flood limit offered for that policy or the policy deductible indicated on the schedule of coverages form.

2. **Limits That Apply To Blanket Flood Coverage** — When blanket flood coverage is indicated on the schedule of coverages, the following "limits" apply to loss to covered property caused by "flood", subject to the provisions under Loss Settlement Terms:

# Certified Copy

HACP 2045 09 13



Insured Name:
Policy Number:
Endorsement Effective Date:

---

a. The most "we" pay for loss caused by "flood" in any one occurrence at a "covered location" is the "occurrence limit" indicated on the schedule of coverages.

b. The most "we" pay for loss caused by "flood" at a "covered location" during a 12 month period is the "aggregate limit" indicated on the schedule of coverages.

c. The most "we" pay for all losses caused by "flood" at all "covered locations" during a 12 month period is the "catastrophe limit" indicated on the schedule of coverages.

3. **Excess Insurance And Other Insurance —** "You" may purchase insurance in excess of the applicable "limit" for flood coverage. "You" may also use insurance under this endorsement as excess insurance over another policy. When you use insurance under this endorsement as excess over another policy, the limits under this endorsement will apply after the deductible and limits for any other policy and deductible under the endorsement have been exhausted. Such excess or other insurance will not be considered in applying Insurance Under More Than One Policy nor will it be considered in the application of any pro rata or apportionment provision.

# Certified Copy

 **HAI Group**

**HACP 2044 11 13**

Insured Name: **One South Place LP**
Policy Number: **HEICP-205802-163575-2016**
Endorsement Effective Date: **09/20/2016**

---

This endorsement changes the policy
**PLEASE READ THIS CAREFULLY**

## DEFINITION OF FLOOD

The following amends the provisions of the Commercial Output Program – Property Coverage Part.

## DEFINITIONS

Item 13. "Flood" is deleted in its entirety and replaced with the following language:

13. "Flood" means:
    a. General and temporary condition where normally dry land and/or property is partially or completely inundated due to:
    1) Flood, surface waters, waves, inland or tidal waters, rising, overflowing, or breaking of boundaries of rivers, lakes, streams, ponds or similar natural or man-made bodies of water; or
    2) Waves, tidal waves, tsunamis, **storm surge**; or
    3) Unusual or rapid accumulation or runoff of surface waters from any source; or
    4) Mudslides or mudflows which are caused by "flood"; or
    5) Spray, whether wind driven or not from any of the water referred to in Items 1, 2, 3 or 4; or
    6) Waterbourne material carried or otherwise moved by any of water or mud referred to in Items 1, 2, 3, 4 or 5.

    All other terms and conditions under this policy remain the same

## PERILS EXCLUDED

Item 1.f. "Flood" is deleted in its entirety and replaced with the following language:

**Flood** - "We" do not cover loss caused by directly or indirectly by "flood". Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at same time as, or after the excluded causes or events.

---

**HACP 2044 11 13**      **Copyright HAI Group 2013**      Page 1 of 1

# Certified Copy

AAIS
CO 1221 04 02
Page 1 of 2

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## EARTHQUAKE ENDORSEMENT

Provisions under this endorsement do not apply to "mobile equipment" and the Supplemental Marine Coverages. Unless described on the Earthquake Schedule, this endorsement does not apply to "computers".

## ADDITIONAL DEFINITIONS

1. "Aggregate limit" means the amount of coverage that applies to loss at each location during each separate 12-month period of this policy; this is limited to the expiration or anniversary date.

2. "Occurrence limit" means the amount of coverage that applies to loss in any one occurrence at each location.

3. "Catastrophe limit" means the amount of coverage that applies to all losses at all locations during each separate 12-month period of this policy; this is limited to the expiration or anniversary date.

## PERILS COVERED

Volcanic eruption means the eruption, explosion, or effusion of a volcano.

**Scheduled Earthquake Coverage** -- When scheduled earthquake coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to property and locations described on the Earthquake Schedule.

**Blanket Earthquake Coverage** -- When blanket earthquake coverage is indicated on the "schedule of coverages", "we" cover direct physical loss to covered property at "covered locations" caused by earthquake and volcanic eruption.

## PERILS EXCLUDED

Under Perils Excluded, Earth Movement is replaced by the following:

**Earth Movement or Volcanic Eruption** -- "We" do not pay for loss caused by:

1. earthquake or volcanic eruption that begins before the inception date of this coverage;

2. blasting (other than volcanic explosion); and

3. landslide, mine subsidence, mudflow, or mudslide even if caused by earthquake or volcanic eruption.

## HOW MUCH WE PAY

The following are added to How Much We Pay:

1. **Deductible** -- "We" pay only that part of "your" loss over the earthquake deductible indicated on the "schedule of coverages" in any one occurrence. The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

   This deductible replaces any other deductible for the perils of earthquake and volcanic eruption.

2. **Limits That Apply To Scheduled Earthquake Coverage** -- When scheduled earthquake coverage is indicated on the "schedule of coverages", the following "limits" apply to loss to covered property caused by earthquake and volcanic eruption, subject to the provisions under Loss Settlement Terms:

# Certified Copy

a. The most "we" pay for loss caused by earthquake and volcanic eruption in any one occurrence at a location described on the Earthquake Schedule is the "occurrence limit" indicated on the schedule.

b. The most "we" pay for loss caused by earthquake and volcanic eruption at a location described on the Earthquake Schedule during a 12-month period is the "aggregate limit" indicated on the schedule.

c. The most "we" pay for all losses caused by earthquake and volcanic eruption at all locations described on the Earthquake Schedule during a 12-month period is the "catastrophe limit" indicated on the "schedule of coverages".

3. **Limits That Apply To Blanket Earthquake Coverage** -- When blanket earthquake coverage is indicated on the "schedule of coverages", the following "limits" apply to loss to covered property caused by earthquake and volcanic eruption, subject to the provisions under Loss Settlement Terms:

a. The most "we" pay for loss caused by earthquake and volcanic eruption in any one occurrence at a "covered location" is the "occurrence limit" indicated on the "schedule of coverages".

b. The most "we" pay for loss caused by earthquake and volcanic eruption at a "covered location" during a 12-month period is the "aggregate limit" indicated on the "schedule of coverages".

c. The most "we" pay for all losses caused by earthquake and volcanic eruption at all "covered locations" during a 12-month period is the "catastrophe limit" indicated on the "schedule of coverages".

4. **Excess Insurance** -- "You" may purchase insurance in excess of the applicable "limit" for earthquake coverage. Such excess insurance will not be considered in applying Insurance Under More Than One Policy nor will it be considered in the application of any pro rata or apportionment provision.

---

**CO 1221 04 02**
Copyright, American Association of Insurance Services, 2002

# Certified Copy

HACP 2050 09 14

Insured Name:
Policy Number:
Endorsement Effective Date:

This endorsement changes the policy
**– PLEASE READ THIS CAREFULLY –**

## EARTHQUAKE ENDORSEMENT

This endorsement amends the provisions of the Commercial Output Program – Property Coverage Part. The following applies with respect to loss or damage to a building or structure identified in the Location Schedule as being subject to this endorsement.

### ADDITIONAL DEFINITIONS

1. "Aggregate limit" means the amount of coverage that applies to loss at each location during each separate 12-month period of this policy; this is limited to the expiration or anniversary date.

2. "Occurrence limit" means the amount of coverage that applies to loss in any one occurrence at each location.

3. "Catastrophe limit" means the amount of coverage that applies to all losses at all locations during each separate 12-month period of this policy; this is limited to the expiration or anniversary date.

### PERILS COVERED

When a location is shown on the Location Schedule as being subject to this endorsement, covered perils for that location include (unless otherwise excluded):

1. Earthquake; and

2. Volcanic eruption – for the purpose of this endorsement, volcanic eruption means the eruption, explosion, or effusion of a volcano.

All earthquakes or volcanic eruptions that occur within a continuous 168-hour period shall be

considered a single occurrence. This 168-hour period is not limited by the policy expiration.

**Scheduled Earthquake Coverage** – When scheduled earthquake coverage is indicated on the schedule of coverages, "we" cover direct physical loss caused by earthquake and/or volcanic eruption to covered property at locations described on the Location Schedule as being subject to this endorsement.

**Blanket Earthquake Coverage** – When blanket earthquake coverage is indicated on the schedule of coverages, "we" cover direct physical loss caused by earthquake and/or volcanic eruption to covered property at all "covered locations".

### PERILS EXCLUDED

Under Perils Excluded, paragraph 1.b. Earth Movement is replaced by the following:

b. **Earth Movement or Volcanic Eruption** – "We" do not pay for loss caused by:

1. earthquake or volcanic eruption that begins before the inception date of this coverage;

2. blasting (other than volcanic eruption);

3. landslide, mine subsidence, mudflow, or mudslide even if caused by earthquake or volcanic eruption; and

4. sinking, rising or shifting of earth,

Copyright, HAI Group 2014
Includes copyrighted material of American Association of Insurance Services, Inc.
used with their permission.

whether natural or man-made, unless caused by earthquake or volcanic eruption that begins before the inception date of this coverage.

## ADDITIONAL PROPERTY NOT COVERED OR SUBJECT TO LIMITATIONS

**Masonry Veneer** – "We" do not pay for loss to exterior masonry veneer (other than stucco) on wood frame walls caused by earthquake or volcanic eruption. The value of masonry veneer will not be included in the value of covered property or the amount of loss when applying:

1. the deductible that applies to this endorsement; or

2. the coinsurance, if applicable, to the Commercial Output Program coverages.

However, "we" will cover masonry veneer when described as included on the Location Schedule or when it is less than 10% of the exterior wall area.

## HOW MUCH WE PAY

The following are added to How Much We Pay:

1. **Deductible** – "We" pay only that part of "your" loss over the earthquake/volcanic eruption deductible indicated on the schedule of coverages in any one occurrence. The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

   This deductible applies separately to:

   a. each building or structure;

   b. business personal property in each building or structure; and

   c. business personal property in the open (or in vehicles) on or within 1,000 feet of a "covered location".

   This deductible replaces any other deductible for the perils of earthquake and/or volcanic eruption.

2. **Limits That Apply To Covered Property** – Subject to the Loss Settlement Terms provision, the following "limits" apply to loss to covered property caused by earthquake and/or volcanic eruption:

   a. The most "we" pay for loss caused by earthquake and/or volcanic eruption in any one occurrence at a location described on the Location Schedule as being subject to this endorsement is the "occurrence limit" shown on the schedule.

   b. The most "we" pay for loss caused by earthquake and/or volcanic eruption at a location described on the Location Schedule as being subject to this endorsement during a 12 month period is the "aggregate limit" shown on the schedule.

   c. The most "we" pay for all losses caused by earthquake and/or volcanic eruption at all locations described on the Location Schedule as being subject to this endorsement during a 12 month period is the "catastrophe limit" shown on the schedule.

## OTHER CONDITIONS

**Excess Insurance** – "You" may purchase insurance in excess of the amount(s) stated in the schedule of coverages. Such excess insurance will not be considered in applying **Insurance Under More Than One Coverage** nor will it be considered in the application of any pro rata or apportionment provision.

HACP 2050 09 14            Page 2 of 2

Copyright, HAI Group 2014
Includes copyrighted material of American Association of Insurance Services, Inc. used with their permission.

# Certified Copy

## SPOILAGE COVERAGE PART
### BLANKET COVERAGE

Coverage provided under this coverage part is also subject to the "terms" and conditions in the Commercial Output Program - Property Coverage Part under the sections titled Agreement, Definitions, Property Not Covered, What Must Be Done In Case Of Loss, How Much We Pay, Loss Payment, and Other Conditions.

Reference to Spoilage Schedule or schedule in this coverage part means the Spoilage Schedule or the "schedule of coverages".

## COVERAGE

"We" cover direct physical loss of "perishable stock" due to "spoilage" caused by a covered peril described below and while at a "covered location".

## PERILS COVERED

"We" cover risks of direct physical loss caused by the following perils unless the loss is caused by a peril that is excluded.

1.  **Breakdown, Malfunction, or Failure (Equipment Breakdown)** -- "We" cover changes in temperature or humidity resulting from an "accident" to "covered equipment" at a "covered location" including but not limited to the refrigeration system or the equipment or apparatus controlling the refrigeration system.

2.  **Refrigerant Contamination (Equipment Breakdown)** -- "We" cover loss of "perishable stock" due to refrigerant contamination from the release of refrigerant, including but not limited to ammonia, and caused by or resulting from an "accident" to "covered equipment" at a "covered location".

3.  **Refrigerant Contamination (Other Causes of Loss)** -- Except as noted above in 2., "we" cover loss of "perishable stock" due to refrigerant contamination from the release of refrigerant, including but not limited to ammonia.

4.  **Power Disruption (Equipment Breakdown)** -- "We" cover changes in temperature or humidity resulting from:

    a.  complete or partial lack of electrical power; or

    b.  fluctuation of electrical current

    caused by or resulting from an "accident" to "covered equipment" owned by a utility who provides "you" with electrical power.

5.  **Power Disruption (Other Causes of Loss)** -- Except as noted above in 4., "we" cover changes in temperature or humidity resulting from:

    a.  complete or partial lack of electrical power; or

    b.  fluctuation of electrical current

    due to conditions beyond "your" control.

## COVERAGE EXTENSION

When the Commercial Output Program - Income Coverage Part is made a part of this policy, "we" also cover loss of earnings and/or the necessary extra expenses that "you" incur caused by a peril described above under Perils Covered.

# Certified Copy

## PERILS EXCLUDED

Only as regards Spoilage Coverage, Perils Excluded is deleted and replaced by the following:

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Earth Movement** -- "We" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

      "We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.

   b. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

      "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   c. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

   d. **War and Military Action** -- "We" do not pay for loss caused by:

      1) war, including undeclared war or civil war; or

      2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

      3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

      With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

   e. **Water** -- "We" do not pay for loss by water. This means:

      1) flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not;

      2) water that backs up through a sewer or drain; and

# Certified Copy

3) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into a building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

If fire, explosion, or sprinkler leakage results, "we" do cover the resulting loss.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following excluded causes or events:

    a. **Disconnection or Deactivation** -- "We" do not pay for loss caused by the disconnection of the refrigeration system from the source of power, or the deactivation of electrical power caused by turning off a switch or other device used to control the electrical current or power.

    b. **Glass Breakage** -- "We" do not pay for loss caused by the breakage of any glass that is a permanent part of the refrigeration system.

    c. **Inability to Provide Sufficient Power** -- "We" do not pay for loss caused by:

        1) the inability of an electrical utility company or other power source to provide sufficient power due to governmental order or lack of fuel; or
        2) the lack of generating capacity at the "covered location" to meet demand.

    d. **Neglect** -- "We" do not pay for loss caused by "your" neglect to use all reasonable means to save covered property at and after the time of loss.

    "We" do not pay for loss caused by "your" neglect to use all reasonable means to save and preserve covered property when endangered by a covered peril.

    e. **Wear and Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

"We" do cover any resulting loss caused by:

1) a "specified peril";
2) breakage of building glass; or
3) an "accident" to "covered equipment".

## SPOILAGE VALUATION

When selling price is indicated in the Spoilage Schedule, the value of "perishable stock" will be based on the selling price less all discounts and unincurred expenses.

If selling price is not indicated, the valuation of "perishable stock" will be based on the applicable valuation as indicated in the Commercial Output Program - Property Coverage Part.

## HOW MUCH WE PAY

The following provisions are added to How Much We Pay:

1. **Spoilage Deductible** -- "We" pay only that part of "your" "spoilage" loss over the deductible amount indicated for Spoilage Deductible in any one occurrence.

2. **Loss Settlement Terms** -- Subject to the applicable provisions under How Much We Pay and coinsurance provisions (if applicable), "we" pay the lesser of:

    a. the amount determined under Spoilage Valuation;

    b. the cost to replace the "perishable stock" with material of like kind and quality to the extent practicable; or

    c. the applicable "limit" indicated on the Spoilage Schedule.

# Certified Copy

**AAIS**
**CO 1005 04 02**
**Page 4 of 4**

## ADDITIONAL CONDITIONS

The following are added to Other Conditions:

1. **Refrigeration Maintenance or Service Agreement** -- "We" do not cover losses occurring at "covered locations" if "you" do not notify "us" as soon as reasonably possible when:

   a. "you" voluntarily discontinue or terminate; or

   b. "you" know of any suspension, termination, cancellation, or impairment of

   an applicable refrigeration maintenance or service agreement.

   This condition applies only when a refrigeration maintenance or service agreement is indicated in the Spoilage Schedule. This additional condition does not apply when factors away from "covered locations" result in the complete or partial lack of electrical power or fluctuation of electrical current at a "covered location".

**CO 1005 04 02**
Copyright, American Association of Insurance Services, 2002

# Certified Copy

**AAIS**
**CL 0118 01 01**
**Page 1 of 2**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

## AMENDATORY ENDORSEMENT
### TENNESSEE

1. Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

   **Cancellation or Nonrenewal** — "You" may cancel this policy by returning the policy to "us" or by giving "us" a written notice and stating at what future date coverage is to stop.

   "We" may cancel or not renew this policy, or one or more of its parts, by written notice mailed or delivered to "you" and "your" agent at the addresses shown in the policy. The notice will state the reason for cancellation or nonrenewal and the time that the cancellation is to take effect. Proof of mailing will be sufficient proof of notice.

   If this policy has been in effect less than 60 days, "we" may cancel for any reason.

   If this policy has been in effect 60 days or more, or if it is a renewal of a policy issued by "us", "we" may cancel this policy only on its annual anniversary date unless one or more of the following reasons apply:

   a. nonpayment of premium, including nonpayment of any additional premiums, calculated in accordance with "our" current rating manual, justified by a physical change in the insured property or a change in its occupancy or use;

   b. "your" conviction of a crime having as one of its necessary elements an act increasing any hazard insured against;

   c. discovery of fraud or material misrepresentation on the part of either of the following:

      1) "you" or "your" representative in obtaining the insurance; or

      2) "you" in pursuing a claim under the policy;

   d. failure to comply with written loss control recommendations;

   e. material change in the risk which increases the risk of loss after insurance coverage has been issued or renewed;

   f. determination by the Commissioner that the continuation of the policy would jeopardize "our" solvency or would place "us" in violation of the insurance laws of this state or any other state;

   g. "your" violation or breach of any policy "terms" or conditions; or

   h. such other reasons that are approved by the Commissioner.

   If "we" cancel this policy, "we" will give "you" and "your" agent notice at least ten days before cancellation is effective.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

   If "we" decide not to renew this policy, "we" will give "you" and "your" agent notice at least 60 days before the expiration date of the policy.

   Notice of nonrenewal is not required if "we" have offered to issue a renewal policy, or "you" have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

# Certified Copy

2. Under Common Policy Conditions, the following condition is added:

   **Renewal** — If "we" decide to renew this policy subject to:

   a. an increase in premium rates or factors in excess of 25%; or

   b. reduction of "limits" or elimination of coverages;

   "we" will give notice stating the new "terms" at least 60 days prior to the expiration date. "Our" notice will be mailed or delivered to "you" at the address on the policy, and to "your" agent.

---

**CL 0118 01 01**

Copyright, American Association of Insurance Services, 2001

# Certified Copy
This endorsement changes
the policy

## PLEASE READ THIS CAREFULLY

| Named Insured | One South Place LP |
|---|---|
| Policy Number | HEICP-205802-163575-2016 |
| Effective Date | 09/20/2016 |

## MORTGAGEE SCHEDULE

This schedule provides information required by Form CO 1000 10 02, Commercial Output Program - Property Coverage Part, Other Condition 14 - Mortgagee Provisions.

**Name of Mortgagee and Mailing Address**
Wells Fargo Bank, N.A. as Master Servicer D1118-02W, 1525 West WT Harris Blvd.,  Charlotte, NC 28262

**Building Property - Location Address**
One South Place, 1311 Bertie Rand  St, Knoxville, TN 37920

One South Place, 1311 Bertie Rand  St, Knoxville, TN 37920

One South Place, 1311 Bertie Rand  St, Knoxville, TN 37920

# Certified Copy

This endorsement changes
the policy

## PLEASE READ THIS CAREFULLY

| | |
|---|---|
| Named Insured | One South Place LP |
| Policy Number | HEICP-205802-163575-2016 |
| Effective Date | 09/20/2016 |

## MORTGAGEE SCHEDULE

This schedule provides information required by Form CO 1000 10 02, Commercial Output Program - Property Coverage Part, Other Condition 14 - Mortgagee Provisions.

Name of Mortgagee and Mailing Address
Wells Fargo Affordable Housing, ISAA ATIMA, 301 South College Street MAC D10530047 Charlotte, NC 282880173

Building Property - Location Address
One South Place,1311 Bertie Rand St, Knoxville, TN 37920

One South Place,1311 Bertie Rand St, Knoxville, TN 37920

One South Place,1311 Bertie Rand St, Knoxville, TN 37920

# Certified Copy

 HAI Group

## NOTICE TO POLICYHOLDERS

### Terrorism Insurance Excluded

This Notice has been prepared in conjunction with the implementation of changes related to terrorism coverage under your policy.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in the terrorism endorsement in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

The Terrorism Risk Insurance Program (TRIP) has been extended through December 31, 2020.

Before your policy was issued, as required by TRIP, we gave you written opportunity to accept or reject coverage for certified acts of terrorism, as defined by that law. You subsequently rejected terrorism coverage by signing the form we provided.

We want you to be aware that:

1. Your rejection of terrorism coverage means that you have no coverage for certified acts of terrorism, whether done by citizens of this or citizens of foreign countries, as stated in the terrorism exclusion endorsement that is part of your policy.

2. Acts of terrorism are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States.

# Certified Copy

---

## IMPORTANT NOTICE TO POLICYHOLDERS PRODUCERS
## COMPENSATION DISCLOSURE

**THIS NOTICE DOES NOT AMEND ANY PROVISION OF OR AFFORD ANY COVERAGE UNDER YOUR POLICY. YOU SHOULD REVIEW Y O U R ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AN D TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY PROVISIONS AND THIS NOTICE, TH E PROVISIONS OF YOUR POLICY PREVAIL. PLEASE CO N T AC T YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS.**

HAI Group is a registered trademark for our family of insurance companies

Housing Insurance Services (HIS) represents our insurance companies and in such capacity will provide services to you relating to your insurance coverage.

HIS will receive compensation from the insurance company if you choose to purchase the proposed coverage.

In many cases, HIS will obtain proposals from other insurers offering coverage in connection with the insurance programs. You may obtain more information about the compensation expected to be received by HIS, and the compensation expected to be received based in whole or in part on any alternative quotes by requesting such information from HIS – Agency Operations Department, at 203-272-8220 or 1-800-873-0242.

Copyright HAI Group 2014