Policy Change No. 21-Cancl-01-2016-13

Named Insured: One South Place LP
Policy Number: HEICL-205802-163574-2016
Policy Effective Date: 09/20/2016 - 09/20/2017
Issue Date: 05/19/2017

Effective From: 09/30/2016 at the time of day the policy becomes effective.

**The Insurance is Amended as follows:**
In consideration of a return premium of $-3,278, this policy is terminated at 12:01 AM on September 30, 2016.

NAME AND ADDRESS OF AGENT OR BROKER: COUNTERSIGNED BY:

Housing Insurance Services, Inc.
189 Commerce Court
Cheshire, CT 06410-

_Jaun Marella_

*Authorized Representative*

Date: 05/19/2017

Certified Copy

EXHIBIT

B


**HAI Group**

189 Commerce Court
PO Box 189
Cheshire, CT 06410-0189

203-272-8220 or 800-873-0242
fax 203-271-2265
www.housingcenter.com

May 19, 2017

Mr. Michael Kane
Agent
One South Place LP
Wells Fargo Insurance Services of USA, Inc.
10 S. Wacker, 17th Floor
Chicago, IL 60606-

Re:     Policy Change – HEIC – Liability Direct Policy # HEICL-205802-1635 74-2016

Dear Mr. Kane,

Enclosed please find Endorsement #21-Canc-01-22-2013 amending the policy as described.

If you have any questions or concerns please contact me at (800) 873-0242 extension 436.

Sincerely,

Laura Masella
Underwriter

Enclosures

HAI Group® | 189 Commerce Court, Cheshire, CT 06410 | HAI Group is a registered trademark for a family of companies which includes Housing Authority Risk Retention Group, Inc.; Housing Authority Property Insurance, A Mutual Company; Housing Enterprise Insurance Company, Inc.; and Housing Insurance Services, Inc. (DBA Housing Insurance Agency Services in NY and MI).

# Certified Copy



**189 Commerce Court**
**PO Box 189**
**Cheshire, CT 06410-0189**
**800-873-0242**

HAI Group® | 189 Commerce Court, Cheshire, CT 06410 | HAI Group is a registered trademark for a family of companies which includes Housing Authority Risk Retention Group, Inc.; Housing Authority Property Insurance, A Mutual Company; Housing Enterprise Insurance Company, Inc.; Housing Insurance Services, Inc. (DBA Housing Insurance Agency Services in NY and MI); Housing Specialty Insurance Company, Inc.

HAJA 1004 01 14

# Certified Copy

**COMMERCIAL LIABILITY COVERAGE**
**DECLARATIONS**

## Broad Form Coverage

**Issue Date:** Sep 26, 2016          **Policy Number:** HEICL-205802-163574-2016

| COMPANY | AGENT or BROKER |
|---|---|
| Housing Enterprise Insurance Company, Inc. | Housing Insurance Services, Inc. |
| 189 Commerce Court, Cheshire, Connecticut 06410-0189 | 189 Commerce Court, Cheshire, Connecticut 06410-0189 |

| NAMED INSURED | One South Place LP | | |
|---|---|---|---|
| **MAILING ADDRESS** | 221 Young High Pike | | |
| | Knoxville | TN | 37920-7920 |

| POLICY PERIOD: | FROM | 09/20/2016 | TO | 09/20/2017 | 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS |
|---|---|---|---|---|---|

| The Insured is: | Individual | X | Partnership | | Joint Venture | | Limited Liability Company |
|---|---|---|---|---|---|---|---|
| | Organization (other than a partnership, joint venture, or limited liability company) | | | | | | |

**IN RETURN FOR YOUR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE THE COMMERCIAL LIABILITY COVERAGE AS DESCRIBED IN THIS POLICY.**

### Locations

Location of all premises owned, rented, occupied, or controlled by the Insured, and all known exposures at the beginning of the policy period have been identified, and are shown in the LOCATIONS, CLASSIFICATIONS AND PREMIUMS section of this Declarations.

### Coverages and Limits

See the LIMITS OF LIABILITY section of this declaration.

Certified True Copy
Housing Enterprise Insurance
Company, Inc.
Underwriter:
Manager:
Date:

**FORMS APPLICABLE TO THIS POLICY:** See Schedule of Forms Section of this Declaration.

**PREMIUM:**                                        $3,369

---

This company has executed this policy, but it is valid only if countersigned by our authorized representative.

**Company Officers Signatures:**               **Countersigned**

_President_                                     _By_

_Secretary_                                     09/26/2016
                                                _Date_

**COMMERCIAL LIABILITY COVERAGE** Certified Copy

**DECLARATIONS**

### LIMIITS OF LIABILITY (Broad Form)

| | |
|---|---|
| **Each Occurrence Limit** - the total of damages and payments under:<br><br>**Coverage L** - Bodily Injury Liability/Property Damage Liability<br>**Coverage M** - Medical Payments $5,000. per person<br>**Coverage N** - Products/Completed Work<br>**Coverage O** - Fire Legal Liability $100,000. each occurrence | $1,000,000 |
| **Coverage P - Personal Injury/Advertising Injury Liability** - all Personal Injury and Advertising Injury sustained by one person or organization. | $1,000,000 |
| **General Aggregate - the sum of all damages and payments during a policy period under:**<br><br>**Coverage L** - Bodily Injury Liability/Property Damage Liability<br>**Coverage M** - Medical Payments<br>**Coverage O** - Fire Legal Liability<br>**Coverage P** - Personal Injury/Advertising Injury Liability | $2,000,000 |
| Products/Completed Work Hazard Aggregate<br>**Coverage N** - Products/Completed Work | $2,000,000 |

| | If this box is checked, we do NOT provide coverage for Products/Completed Work (Coverage N). The Products/Completed Work Hazard Aggregate does not apply. |
|---|---|

Non-Owned and Hired Auto Liability Coverage subject to Coverage L Occurrence Limit, not to exceed $1,000,000.

# COMMERCIAL LIABILITY COVERAGE

Certified Copy

## DECLARATIONS

## LOCATIONS, CLASSIFICATIONS AND PREMIUMS

| Location | Classification | Code | Rate | Exposure | Premium |
|---|---|---|---|---|---|
| One South Place<br>1311 Bertie Rand  St<br>Knoxville TN 37920 | Apartment Building-including Products/Completed Work (Rating Basis: Per unit) | 25500 | 45.43 | 24 | $1,090 |
| One South Place<br>1311 Bertie Rand  St<br>Knoxville TN 37920 | Apartment Building-including Products/Completed Work (Rating Basis: Per unit) | 25500 | 45.43 | 24 | $1,090 |
| One South Place<br>1311 Bertie Rand  St<br>Knoxville TN 37920 | Apartment Building-including Products/Completed Work (Rating Basis: Per unit) | 25500 | 45.43 | 24 | $1,090 |

**COMMERCIAL LIABILITY COVERAGE** Certified Copy
**DECLARATIONS**

| Coverage | | | | | Premium |
|---|---|---|---|---|---|
| Non-Owned and Hired Auto Liability | | | | | $99 |

Case 3:17-cv-00241-JRG-HBG   Document 1-3   Filed 06/06/17   Page 7 of 54
PageID #: 117

**COMMERCIAL LIABILITY COVERAGE** Certified Copy
**DECLARATIONS**

## SCHEDULE OF FORMS

| Form Number | Form Title |
|---|---|
| HAJA 1004 01 14 | Policy Jacket |
| HAGL 2001 01 09 | Commercial Liability Coverage Declaration |
| CL-100 ED 1.0 | Common Policy Conditions |
| GL-200 ED 1.0 | Commercial Liability Coverage (Broad Form Coverage) |
| GL-122 ED 2.0 | Non-Owned Auto Liability Coverage/Hired Auto Liability Coverage |
| HAGL 2022 12 13 | Anti-Stacking Endorsement |
| CL-300 ED 1.0 | Amendatory Endorsement |
| GL 1020 09 09 | Other Insurance Amendment |
| GL 0996 10 05 | Auto and Mobile Equipment Amendments |
| GL-224 ED 1.0 | Liability Coverage - Designated Premises |
| GL 0950 12 99 | Known Injury or Damage Amendments |
| GL 0260 01 15 | Certified Act of Terrorism Exclusion |
| GL 0209 10 05 | Asbestos Exclusion |
| GL 0348 06 02 | Exclusion - Wet Rot, Dry Rot, Bacteria, Fungi, or Protists |
| GL 0163 01 08 | Exclusion - War and Military Action |
| GL-894 ED 2.0 | Punitive Damages Exclusion |
| GL-890 ED 1.0 | Lead Liability Exclusion |
| GL 1023 09 09 | Exclusion - Communicable Disease |
| GL 1022 09 09 | Information Distribution and Recording Violations Exclusion |
| CL 0118 01 01 | Amendatory Endorsement - Tennessee |
| GL 0718 10 05 | Additional Insured - Designated Person or Organization |

**COMMERCIAL LIABILITY COVERAGE** Certified Copy
**DECLARATIONS**

### SCHEDULE OF FORMS

### POLICYHOLDER NOTICES
### *** PLEASE READ THE ENCLOSED IMPORTANT NOTICES ***

| | |
|---|---|
| HAPN 4030 12 14 | Important Notice to Policyholders Producers Compensation Disclosure |
| HAPN 1408 02 10 | Policyholder Notice - Exclusion - Communicable Disease |
| HAPN 0012 01 15 | Notice to Policyholders - Terrorism Insurance Excluded |

# Certified Copy

## COMMON POLICY CONDITIONS

1. **Assignment** -- This policy may not be assigned without **our** written consent.

2. **Cancellation** -- **You** may cancel this policy by returning the policy to **us** or by giving **us** written notice and stating at what future date coverage is to stop.

   **We** may cancel this policy, or one or more of its parts, by written notice sent to **you** at **your** last mailing address known to **us**. If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If **we** cancel this policy for nonpayment of premium, **we** will give **you** notice at least 10 days before the cancellation is effective. If **we** cancel this policy for any other reason, **we** will give **you** notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   **Your** return premium, if any, will be calculated according to **our** rules. It will be refunded to **you** with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms** -- A waiver or change of the **terms** of this policy must be issued by **us** in writing to be valid.

4. **Inspections** -- **We** have the right, but are not obligated, to inspect **your** property and operations at any time. This inspection may be made by **us** or may be made on **our** behalf. An inspection or its resulting advice or report does not warrant that **your** property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for **our** benefit only.

5. **Examination of Books and Records** -- **We** may examine and audit **your** books and records that relate to this policy during the policy period and within three years after the policy has expired.

Copyright MCMXCIV, American Association of Insurance Services

# Certified Copy

AAIS

-- THIS IS A LEGAL CONTRACT --
PLEASE READ IT CAREFULLY

GL-200
Ed 1.0

## COMMERCIAL LIABILITY COVERAGE
### (BROAD FORM COVERAGE)

The following Table of Contents shows how this Commercial Liability Coverage is organized. It will help **you** locate particular sections of this form.

## TABLE OF CONTENTS

Page

Agreement .......................................................................................................................... 1

Definitions.......................................................................................................................... 2

Principal Coverages
    Coverage L — Bodily Injury/Property Damage.......................................................... 5
    Coverage M — Medical Payments ............................................................................ 5
    Coverage N — Products/Completed Work ................................................................ 5
    Coverage O — Fire Legal Liability ............................................................................ 5
    Coverage P — Personal Injury/Advertising Injury .................................................... 5

Supplemental Coverages...................................................................................................... 5

Defense Coverage ............................................................................................................... 7

Exclusions
    Exclusions That Apply To Bodily Injury, Property Damage, Personal Injury, And/Or
    Advertising Injury ..................................................................................................... 8
    Additional Exclusions That Apply Only To Personal Injury And/Or Advertising Injury............ 10
    Additional Exclusions That Apply Only To Property Damage ................................... 10
    Additional Exclusions That Apply Only To Medical Payments ................................. 11

What Must Be Done In Case Of Loss ................................................................................... 11

How Much We Pay.............................................................................................................. 12

Conditions.......................................................................................................................... 13

Nuclear Energy Liability Exclusion ...................................................................................... 14

Nuclear Energy Liability Exclusion Definitions .................................................................... 15

Common Policy Conditions — These are shown on a separate form.

Endorsements may also apply. They are identified on the **declarations**.
Refer to the Definitions for words that have special meanings. These words are shown in "**bold type**."

## AGREEMENT

Subject to all the **terms**, and in return for **your** payment of the required premium, **we** provide the Commercial Liability Coverage described in this policy.

Policy **terms** that relate to cancellation, changes made to the policy, examination of books and records, inspections and surveys, and assignment or transfer of rights or duties also apply.

Copyright MCMXCIV, American Association of Insurance Services

# Certified Copy

## DEFINITIONS

1. The words **you** and **your** mean the person, persons or organization named as the insured on the **declarations**.

2. The words **we**, **us**, and **our** mean the company providing this coverage.

3. **Advertising injury** means injury (other than **bodily injury**, **property damage**, or **personal injury**) arising out of one or more of the following offenses:

   a. oral or written publication of material:

      1) that slanders or libels a person or organization;
      2) that disparages a person's or organization's goods, products, or services; or
      3) that violates a person's right of privacy.

   b. misappropriation of advertising ideas or style of doing business.

   c. infringement of copyright, title, slogan, trademark, or trade name.

4. **Auto** means a land motor vehicle, a trailer, or a semi-trailer which is designed for use on public roads.

   **Auto** includes attached machinery and equipment.

5. **Basic territory** means the United States of America, its territories and possessions, Canada, and Puerto Rico.

6. **Bodily injury** means bodily harm, sickness, or disease sustained by a person and includes required care and loss of services. **Bodily injury** includes death that results from bodily harm, sickness, or disease. **Bodily injury** does not include mental or emotional injury, suffering, or distress that does not result from a physical injury.

7. **Coverage territory** means:

   a. the **basic territory**;

   b. international waters or airspace, only if the **bodily injury**, **property damage**, **personal injury**, or **advertising injury** occurs in the course of travel to or from the **basic territory**;

   c. the world, if the injury or damage arises out of:

      1) **products you** have made or sold in the **basic territory**; or

      2) the activities of a person who normally resides in the **basic territory**, but is away for a short time on **your** business; and

      provided that the **insured's** liability to pay **damages** has been determined in a suit on the merits in the **basic territory**, or in a settlement that **we** have agreed to.

8. **Damages** means compensation in the form of money for a person who claims to have suffered an injury.

9. **Declarations** means all pages labeled "Declarations," "Supplemental Declarations," or "Schedules," which pertain to this policy.

10. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

11. **Impaired property** means tangible property (other than **products** or **your work**):

    a. whose value has been decreased:

       1) because it includes **products** or **your work** that is, or is believed to be, deficient or dangerous; or
       2) because you failed to carry out the terms of a contract; and

    b. whose value can be restored:

       1) by the repair, replacement, adjustment, or removal of **products** or **your work**; or
       2) by **your** fulfilling the terms of the contract.

12. **Insured** means:

    a. **you** and **your** spouse, but only with respect to the conduct of a business of which **you** are the sole owner, if shown on the **declarations** as an individual;

    b. **you** and all **your** partners or members and their spouses, but only with respect to the conduct of **your** business, if shown on the **declarations** as a partnership or a joint venture; or

    c. **you** and all of **your** executive officers and directors, but only while acting within the scope of their duties, if shown on the **declarations** as an organization (other than a partnership or a joint venture). It also includes **your** stockholders, but only for their liability as such.

Case 3:17-cv-00241-JRG-HBG    Document 1-3    Filed 06/06/17    Page 12 of 54
PageID #: 122

**Insured** also includes:

a. any person or organization, except **your employees**, while acting as **your** real estate manager;

b. if **you** die during the policy period, **your** legal representative while acting within the scope of those duties as such, or a person who has custody of **your** property with respect to liability arising out of the maintenance or use of that property until **your** legal representative is appointed. **Your** legal representative has all **your** rights and duties under this coverage;

c. with respect to the operation, with **your** permission, of mobile equipment:

   1) **your employee** in the course of employment. This does not apply to a fellow **employee** injured in the course of employment;
   2) any other person, including another person or an organization legally liable for the conduct of such person, but only:

      a) for liability arising out of the operation of the equipment; and
      b) if there is no other insurance covering the liability available to them;

   3) no person or organization is an **insured** for **property damage** to property owned by, rented to, in the charge of, or occupied by **you**, or an employer of any person who is an **insured** under paragraph c.

d. **your employees**, for acts within the scope of their employment by **you** (this does not include **your** executive officers). None of these **employees** are **insureds** for:

   1) **bodily injury**, **personal injury**, and **advertising injury** to **you** or to a fellow **employee**; or
   2) **property damage** to property owned by, rented to, or loaned to **employees**, or any of **your** partners or members and their spouses (if **you** are a joint venture or a partnership).

e. any organization (other than a joint venture or a partnership) newly acquired or formed by **you**, and in which **you** have a majority interest.

   Such an organization is not an **insured**:

   1) if there is other similar insurance available to it;
   2) after 90 days immediately following that

acquisition or formation or the end of the policy period, whichever is earlier;

   3) for **bodily injury** or **property damage** that occurred prior to the acquisition or formation; or
   4) for **personal injury** or **advertising injury** arising out of an offense committed prior to the acquisition or formation.

No person or organization is an **insured** with respect to the conduct of a current or past partnership or joint venture that is not named on the **declarations** as an **insured**.

13. **Leased worker** means a person whom **you** lease from a labor leasing firm under a contract or agreement to perform duties related to the conduct of **your** business. **Leased worker** does not include a **temporary worker**.

14. **Limit** means the amount of coverage that applies.

15. **Loading or unloading** means the movement of property:

   a. starting with after it is removed from the point where it has been accepted for transit by **auto**, aircraft, or watercraft;

   b. continuing while it is in or on such vehicle; and

   c. ending when it has been removed from the vehicle at its point of destination.

   **Loading or unloading** includes movement by:

   a. a hand truck; or

   b. any mechanical device only when attached to the vehicle.

16. **Occurrence** means an accident and includes repeated exposure to similar conditions.

17. **Personal injury** means injury (other than **bodily injury**, **property damage**, or **advertising injury**) arising out of one or more of the following offenses:

   a. oral or written publication of material:

      1) that slanders or libels a person or organization;
      2) that disparages a person's or an organization's goods, products, or services; or
      3) that violates a person's right of privacy;

Case 3:17-cv-00241-JRG-HBG    Document 1-3    Filed 06/06/17    Page 13 of 54
PageID #: 123

b. false arrest, detention, or imprisonment;

c. malicious prosecution; or

d. wrongful entry into, wrongful eviction from, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies. This offense must be committed by or on behalf of the owner, landlord, or lessor of the room, dwelling, or premises.

18. **Products/completed work hazard --**

a. **Products hazard** means **bodily injury** or **property damage** occurring away from premises **you** own or rent and arising out of **products** after physical possession of the **products** has been relinquished to others.

b. **Completed work hazard** means **bodily injury** or **property damage** occurring away from premises **you** own or rent and arising out of **your work**. It does not include work that has not been completed, or that has not been abandoned.

**Your work** is deemed completed at the earliest of the following times:

1) when all work specified in **your** contract has been done;
2) when all **your work** to be done at a job site has been completed if **your** contract includes work at more than one site; or
3) when **your work** at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same job site.

Work which requires further service, maintenance, correction, repair, or replacement because of defect or deficiency, but which is otherwise complete, shall be deemed completed.

c. Neither of these hazards include **bodily injury** or **property damage** arising out of:

1) the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle, created by **loading or unloading;**
2) the presence of tools, uninstalled equipment, or abandoned or unused materials; or
3) products or work for which the classification on the **declarations** specifies "including Products/Completed Work."

19. **Products** means goods or products manufactured, sold, handled, distributed, or disposed of by **you,** others trading under **your** name, or a person or organization whose business or assets **you** have acquired.

**Products** includes:

a. warranties or representations made at any time with respect to the fitness, quality, durability, or performance of **products;**
b. containers (other than vehicles), materials, parts, or equipment furnished in connection with such **products;** and
c. providing or failure to provide warnings or instructions.

**Products** does not include:

a. vending machines or other property that is rented to or placed for the use of others, but not sold; or
b. real property.

20. **Property damage** means:

a. physical injury or destruction of tangible property; or
b. the loss of use of tangible property whether or not it is physically damaged. Loss of use is deemed to occur at the time of the **occurrence** that caused it.

21. **Temporary worker** means a person who is furnished to **you** as a temporary substitute for an **employee.**

22. **Terms** are all provisions, limitations, exclusions, conditions, and definitions that apply to the Commercial Liability Coverage.

23. **Your work** means:

a. work or operations performed by **you** or on **your** behalf;
b. materials, parts, and equipment supplied for such work or operations;
c. written warranties or representations made at any time regarding quality, fitness, durability, or performance of any of the foregoing; and
d. providing or failing to provide warnings or instructions.

# Certified Copy

## PRINCIPAL COVERAGES

**We** provide insurance for the following coverages indicated by a specific **limit** or premium charge on the **declarations**.

### COVERAGE L -- BODILY INJURY LIABILITY PROPERTY DAMAGE LIABILITY

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **bodily injury** or **property damage** to which this insurance applies. The **bodily injury** or **property damage** must be caused by an **occurrence** which takes place in the **coverage territory**, and the **bodily injury** or **property damage** must occur during the policy period.

### COVERAGE M -- MEDICAL PAYMENTS

1. **We** pay the medical expenses defined below for **bodily injury** caused by an accident:

    a. on premises **you** own or rent;

    b. on ways adjacent or next to premises **you** own or rent; or

    c. arising out of **your** operations.

2. **We** pay such expenses regardless of fault but only if:

    a. they arise out of an accident that occurred in the **coverage territory** and during the policy period; and

    b. they are incurred and reported within one year of the accident.

3. Medical expenses means the reasonable and necessary expenses for:

    a. medical, surgical, x-ray, and dental services, including prosthetic devices and eye glasses;

    b. ambulance, hospital, professional nursing, and funeral services; and

    c. first aid at the time of an accident.

### COVERAGE N -- PRODUCTS/COMPLETED WORK

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **bodily injury** or **property damage** arising out of the **products/completed work hazard** to which this insurance applies. The **bodily injury** or **property damage** must be caused by an **occurrence** which takes place in the **coverage territory**, and the **bodily injury** or **property damage** must occur during the policy period.

### COVERAGE O -- FIRE LEGAL LIABILITY

**We** pay for **property damage** to buildings, or parts thereof, which **you** rent from another, or which are loaned to **you**, if the **property damage** is caused by fire for which **you** are legally liable. Buildings include fixtures permanently attached thereto.

All of the exclusions otherwise applicable to **property damage** do not apply to this coverage. However, **we** do not cover:

1. liability arising under any contract or agreement to indemnify any person or organization for damage by fire to the premises; or

2. liability arising out of **property damage**:

    a. which is expected by, directed by, or intended by the **insured**; or

    b. that is the result of intentional and malicious acts of the **insured**.

### COVERAGE P -- PERSONAL INJURY LIABILITY ADVERTISING INJURY LIABILITY

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **personal injury** or **advertising injury** to which this insurance applies.

1. **We** cover:

    a. **personal injury** arising out of an offense committed in the course of your business, excluding advertising, publishing, broadcasting, or telecasting done by **you** or on **your** behalf; and

    b. **advertising injury** arising out of an offense committed in the course of advertising **your** goods, products, or services.

2. The **personal injury** or **advertising injury** offense must be committed:

    a. within the **coverage territory**; and

    b. during the policy period.

## SUPPLEMENTAL COVERAGES

Subject to all the **terms** of the Principal Coverages, **we** provide the following supplemental coverages. They do not increase the **limits** stated for the Principal Coverages.

# Certified Copy

## CONTRACTUAL LIABILITY

1. **We** cover **bodily injury** or **property damage** liability which is assumed under the following contracts or agreements:

   a. lease of premises;

   b. easement or license agreement (this does not include an agreement in connection with any construction or demolition operation within 50 feet of a railroad);

   c. promise to indemnify a municipality if required by an ordinance (this does not apply in connection with work done for the municipality);

   d. sidetrack agreement;

   e. elevator maintenance agreement; or

   f. any part of any other contract or agreement relating to the conduct of **your** business (including an indemnification of a municipality in connection with work performed for a municipality) under which **you** assume tort liability to pay **damages** because of **bodily injury** or **property damage**. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

2. This coverage does not apply to that part of any contract or agreement:

   a. that indemnifies any person or organization for **bodily injury** or **property damage** arising out of operations within 50 feet of railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass, or crossing;

   b. that indemnifies an architect, engineer, or surveyor for injury or damage arising out of:

      1) preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs, or specifications; or
      2) giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

   c. under which the **insured**, if an architect, engineer, or surveyor, assumes liability for injury or damage arising out of the **insured's** rendering or failing to render professional services, including those listed in 2.b.1) above, and supervisory, inspection, or engineering services; or

   d. that indemnifies any person or organization for damage by fire to premises rented or loaned to **you.**

## INCIDENTAL MEDICAL MALPRACTICE INJURY

1. **We** cover **bodily injury** arising out of the rendering or failure to render the following services:

   a. medical, surgical, dental, x-ray, or nursing services or treatment, or the furnishing of food or beverages in connection therewith; or

   b. the furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

2. This coverage does not apply to:

   a. expenses incurred by an **insured** for first aid to others at the time of an accident;

   b. an **insured** or an **employee** engaged in the business or occupation of providing any of the services described under 1.a. and 1.b. above; or

   c. injury caused by an indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described in 1.a. and 1.b. above.

## MOBILE EQUIPMENT

**We** pay all sums for which an **insured** is legally liable for **bodily injury** or **property damage** resulting from mobile equipment, including attached equipment and machinery.

1. This coverage applies only to land motor vehicles that meet one or more of the following criteria:

   a. Those which are used only on premises owned by or rented to **you** (premises includes adjoining ways).

   b. Those which are designed primarily for use off public roads.

   c. Those which travel on crawler treads.

   d. Those which are self-propelled and designed or used only to afford mobility to the following types of equipment, which must be a part of or be permanently attached to such vehicle:

# Certified Copy

1) power cranes, shovels, loaders, diggers, or drills;
2) concrete mixers (this does not include the mix-in-transit type); and
3) graders, scrapers, rollers, and other road construction or repair equipment.

e. Those which are not self-propelled, but are used primarily to afford mobility to the following types of equipment permanently attached thereto:

1) air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment);
2) geophysical exploration, lighting, and well servicing equipment; and
3) cherry pickers and similar devices used to raise or lower workers.

2. This coverage does not apply to self-propelled vehicles with the following types of permanently attached equipment:

a. equipment designed primarily for snow removal, street cleaning, road maintenance other than road construction, or resurfacing;

b. cherry pickers and similar devices used to raise or lower workers;

c. air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment); or

d. geophysical exploration, lighting, and well servicing equipment.

**We** cover **bodily injury** or **property damage** arising out of the operation of any of the equipment listed in paragraphs 2.b., 2.c., and 2.d. above.

**We** will provide any liability, uninsured motorists, no fault, or other coverages required by any motor vehicle insurance law. **We** will provide the required **limits** for such required coverage.

## DEFENSE COVERAGE

Payments under this coverage are in addition to the **limits** for the Commercial Liability Coverage.

1. **We** have the right and duty to defend a suit seeking **damages** which may be covered under the Commercial Liability Coverage. **We** may make investigations and settle claims or suits **we** decide are appropriate.

Suit includes any alternative dispute resolution proceeding involving **bodily injury, property damage, personal injury,** or **advertising injury** to which:

a. **you** must submit; or

b. **you** submit with **our** consent.

2. **We** do not have to provide defense after **we** have paid an amount equal to the **limit** as the result of:

a. a judgment; or

b. a written settlement agreed to by **us.**

3. If **we** defend a suit, **we** will pay:

a. The costs taxed to the **insured.**

b. The expenses incurred by **us.**

c. The actual loss of earnings by the **insured** for the time spent away from work at **our** request. **We** pay up to $100 per day.

d. The necessary expenses incurred by the **insured** at **our** request.

e. Pre-judgment interest awarded against the **insured** on that part of the judgment **we** pay. If **we** offer to pay the **limit, we** will not pay any pre-judgment interest based on that period of time after the offer.

f. The interest which accrues beginning with entry of a judgment and ending when **we** tender, deposit in court, or pay up to **our limit.**

g. The cost of appeal bonds or bonds for the release of attachments up to **our limit. We** are not required to apply for or furnish such bonds.

h. The cost, up to $500, for bail bonds required of an **insured** because of an accident or traffic violation arising out of the use of a vehicle to which Coverage L applies. **We** are not required to apply for or furnish such bonds.

## EXCLUSIONS

**We** do not pay for a loss if one or more of the following excluded events apply to the loss, regardless

Case 3:17-cv-00241-JRG-HBG    Document 1-3    Filed 06/06/17    Page 17 of 54
PageID #: 127

of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded event.

**EXCLUSIONS THAT APPLY TO BODILY INJURY, PROPERTY DAMAGE, PERSONAL INJURY, AND/OR ADVERTISING INJURY**

1. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** liability which is assumed by the **insured** under a contract or an agreement.

   This exclusion does not apply to:

   a. liability that an **insured** would have had in the absence of the contract or agreement; or

   b. **bodily injury** or **property damage** covered under Contractual Liability Coverage, provided that the **bodily injury** or **property damage** occurs after the effective date of the contract or agreement.

2. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** that arises out of the rendering or the failure to render a professional service, except as covered under Incidental Medical Malpractice Injury Coverage.

3. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** that arises out of the use of mobile equipment in, or in the practice or preparation for, racing, speed, pulling or pushing, demolition, or stunt activities or contests.

4. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** that arises out of transporting mobile equipment by an **auto** owned by, operated by, rented to, or loaned to any **insured.**

5. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, and **advertising injury** that arises out of the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, **loading or unloading** of an **auto**, aircraft, watercraft, or mobile equipment owned by, operated by, rented to, or loaned to any **insured**.

   This exclusion does not apply to:

   a. **bodily injury** or **property damage** that arises out of **autos** or mobile equipment covered under Mobile Equipment Coverage;

   b. the parking of an **auto** on premises owned by, rented to, or controlled by **you** or on the ways immediately adjoining if the **auto** is not owned by or rented to or loaned to **you** or the **insured**;

   c. liability assumed under a contract covered under Contractual Liability Coverage for the ownership, maintenance, or use of an aircraft or a watercraft;

   d. watercraft, if it is on shore on premises owned by, rented to, or controlled by **you**; or

   e. watercraft, if it is not owned by **you** and is:

      1) less than 26 feet in length; and
      2) not being used to carry persons or property for a charge.

6. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** for which any **insured** may be held liable by reason of:

   a. causing or contributing to the intoxication of a person;

   b. the furnishing of alcoholic beverages to a person under the influence of alcohol or under the legal drinking age; or

   c. a law or regulation relating to the sale, gift, distribution, or use of alcoholic beverages.

   This exclusion applies if **you** are in the business of manufacturing, distributing, selling, or serving alcoholic beverages.

7. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** that arises out of war. War includes undeclared war, civil war, insurrection, rebellion or revolution, or an act or a condition of war.

8. **We** do not pay for **bodily injury** or **property damage**:

   a. which is expected by, directed by, or intended by the **insured**; or

   b. that is the result of intentional and malicious acts of the **insured**.

   This exclusion does not apply to **bodily injury** that arises out of the use of reasonable force to protect people or property.

Case 3:17-cv-00241-JRG-HBG    Document 1-3    Filed 06/06/17    Page 18 of 54
PageID #: 128

# Certified Copy

9. **We** do not pay for **bodily injury** or **property damage** included within the **products/completed work hazard** except as covered under Coverage N.

10. **We** do not pay for:

    a. **bodily injury** or **property damage** arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants:

    1) at or from any premises, site, or location which is, or was at any time, owned by, occupied by, rented to, or loaned to any **insured**, unless the **bodily injury** or **property damage** arises from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located;

    2) at or from any premises, site, or location which is or was at any time used by or for any **insured** or others, for the handling, storage, disposal, processing, or treatment of waste;

    3) which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any **insured** or any person or organization for whom any **insured** may be legally responsible; or

    4) at or from any premises, site, or location where any **insured** or any contractor or subcontractor, directly or indirectly under **your** control, is working:

       a) if the pollutants are brought on or to the premises, site, or location in connection with such work by such **insured**, unless the **bodily injury** or **property damage** arises from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located; or

       b) if the work is to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to or assess the effects of pollutants.

    b. any loss, cost, or expense arising out of any:

    1) request, demand, or order that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of pollutants; or

    2) claim or suit by or on behalf of any governmental authority relating to testing for, monitoring, cleaning up, removing, containing,

treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of pollutants.

Pollutants means:

a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

11. **We** do not pay for:

    a. **bodily injury** or **personal injury** to an **employee** of the **insured** if it occurs in the course of employment by the **insured**; or

    b. consequential injury to a spouse, child, parent, brother, or sister of such injured **employee**.

    This exclusion applies where the **insured** is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for **damages** arising out of paragraph 11.a. or 11.b. above.

    This exclusion does not apply to liability assumed by the **insured** under a contract covered under Contractual Liability Coverage.

12. **We** do not pay for **bodily injury** or **personal injury** if benefits are provided or are required to be provided by the **insured** under a workers' compensation, disability benefits, occupational disease, unemployment compensation, or like law.

13. **We** do not pay for **bodily injury** or **personal injury** that arises out of any:

    a. refusal to employ;

    b. termination of employment;

    c. coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, sexual misconduct, or other employment-related practices, policies, acts, or omissions; or

    d. consequential **bodily injury** or **personal injury** as a result of 13.a., 13.b., and 13.c. above.

GL-200 Ed 1.0                                    -- 9 --                                    AAIS

# Certified Copy

This exclusion applies where the **insured** is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for **damages** arising out of paragraph 13.a., 13.b., 13.c., or 13.d. above.

## ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO PERSONAL INJURY AND/OR ADVERTISING INJURY

1. **We** do not pay for **personal** or **advertising injury** arising out of willful violation of an ordinance, statute, or regulation by an **insured** or with the **insured's** consent.

2. **We** do not pay for **personal** or **advertising injury** arising out of:

   a. oral or written publication of material done by or at the direction of an **insured** who knew it was false; or

   b. oral or written publication of the same or similar material by or on behalf of an **insured** that took place prior to the policy.

3. **We** do not pay for **advertising injury** arising out of breach of contract, other than misappropriation of advertising ideas under an implied contract.

4. **We** do not pay for **advertising injury** arising out of the failure of goods, products, or services to conform with advertised quality or performance.

5. **We** do not pay for **advertising injury** arising from an offense committed by an **insured** whose business is advertising, broadcasting, publishing, or telecasting.

6. **We** do not pay for **advertising injury** arising out of wrong descriptions of the price of an **insured's** goods, products, or services.

7. **We** do not pay for:

   a. **personal injury** or **advertising injury** arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants at any time; or

   b. any loss, cost, or expense arising out of any:

      1) request, demand, or order that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of pollutants; or

      2) claim or suit by or on behalf of any govern-mental authority relating to testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing or in any way responding to or assessing the effects of pollutants.

Pollutants means:

a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

## ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO PROPERTY DAMAGE

1. **We** do not pay for **property damage** to property owned by, occupied by, or rented to **you**, except as covered under Coverage O.

2. **We** do not pay for **property damage** to premises **you** sell, give away, or abandon, if the **property damage** arises out of any part of those premises. This exclusion does not apply if the premises are **your work** and were not occupied, rented, or held for rental by **you.**

3. **We** do not pay for **property damage** to property used by or loaned to **you.** This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

4. **We** do not pay for **property damage** to either business or non-business personal property in the care, custody, or control of the **insured.** This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

5. **We** do not pay for **property damage** to that specific part of real property on which work is being performed by:

   a. **you**; or

   b. a contractor or subcontractor working directly or indirectly on **your** behalf,

   if the **property damage** arises out of such work. This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

GL-200 Ed 1.0      -- 10 --      AAIS

6. **We** do not pay for **property damage** to that specific part of any property that must be restored, repaired, or replaced because of faults in **your work**. This exclusion does not apply to:

   a. **property damage** covered under the **products/completed work hazard;** or

   b. liability assumed under a sidetrack agreement.

7. **We** do not pay for **property damage** to **products** if the damage arises out of the **products** or their parts.

8. **We** do not pay for **property damage** to **your work** if the **property damage** arises out of **your work** and is included in the **products/completed work hazard.** This exclusion does not apply if damage to the work or the part of the work out of which the damage arises is performed by a subcontractor on **your** behalf.

9. **We** do not pay for **property damage** to property that has not been physically injured or destroyed, or to **impaired property,** that arises out of:

   a. a delay or failure to perform a contract by **you** or one acting on **your** behalf; or

   b. a defect, deficiency, inadequacy, or unsafe condition in **your work** or **products.**

   This exclusion does not apply to the loss of use of other property resulting from sudden and accidental physical injury to or destruction of **your work** or **products** after having been put to its intended use.

   **We** do not pay for any loss or expense incurred by **you** or anyone else arising out of the loss of use, disposal, withdrawal, recall, inspection, repair, replacement, adjustment, or removal of (including any expenses involved in the withdrawal or recall) of **your work, products,** or **impaired property.** This applies when the loss of use, disposal, withdrawal, recall, inspection, repair, replacement, adjustment, or removal was because of a known or suspected defect, deficiency, or unsafe condition.

## ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO MEDICAL PAYMENTS

These exclusions apply in addition to the other exclusions that apply to **bodily injury.**

1. **We** do not pay for medical expenses for **bodily injury** to an **insured.**

2. **We** do not pay for medical expenses for **bodily injury** to a person hired by or on behalf of any **insured** to do work for:

   a. an **insured;** or

   b. a tenant of an **insured.**

3. **We** do not pay for medical expenses for **bodily injury** to a person injured on that part of the premises owned by or rented to **you** that the person normally occupies.

4. **We** do not pay for medical expenses for **bodily injury** to a person injured while taking part in athletic activities.

5. **We** do not pay for medical expenses for **bodily injury** included in the **products/completed work hazard.**

6. **We** do not pay for medical expenses for **bodily injury** to **your** members if **you** are a club.

7. **We** do not pay for medical expenses for **bodily injury** to a guest of a hotel, motel, or tourist court owned or operated by **you** or on **your** behalf.

8. **We** do not pay for medical expenses for **bodily injury** to a person if benefits are provided or required to be provided under any workers' compensation, nonoccupational disability, occupational disease, or like law.

9. **We** do not pay for medical expenses for **bodily injury** to a:

   a. student or camper enrolled in a program of any facility owned or operated by **you** or on **your** behalf; or

   b. patient or inmate being treated or detained in a facility owned or operated by **you** or on **your** behalf.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice --**

   a. In the case of an **occurrence,** or if an **insured** becomes aware of anything that indicates that there might be a claim under the Commercial Liability Coverage, **you** must arrange for prompt notice to be given to **us** or **our** agent. Notice to **our** agent is notice to **us.**

   b. The notice to **us** must state:

1) the **insured's** name;
2) the **policy** number;
3) the time, the place, and the circumstances of the **occurrence**, or the situation that indicates that there might be a claim; and
4) the names and addresses of all known and potential claimants and witnesses.

2. **Cooperation** -- All **insureds** involved with an **occurrence** or an offense must cooperate with **us** in performing all acts required by the Commercial Liability Coverage.

3. **Volunteer Payments** -- An **insured** must not make payments or assume obligations or other costs except at the **insured's** own cost. This does not apply to first aid to others at the time of **bodily injury.**

4. **Other Duties** --

   a. If a claim is made or suit is brought, the **insured** must:

      1) promptly send to **us** copies of all legal papers, demands, and notices; and
      2) at **our** request, assist in:

         a) a settlement;
         b) the conduct of suits. This includes the attendance at trials or hearings;
         c) the enforcing of rights against all parties who may be liable to an **insured** for the injury or damage;
         d) the securing of and giving of evidence; and
         e) obtaining the attendance of all witnesses.

   b. In the case of a medical payments loss:

      1) the injured person (or one acting on such person's behalf) must:

         a) give **us** written proof of claim (under oath if requested) as soon as practicable; and
         b) give **us** permission to get copies of the medical records;

      2) the injured person must submit to medical exams by doctors chosen by **us** when and as often as **we** may reasonably require.

## HOW MUCH WE PAY

1. The **limits**, shown on the **declarations** and subject to the following conditions, are the most **we pay** regardless of the number of:

   a. **insureds** under the Commercial Liability Coverage;
   b. persons or organizations who sustain injury or damage; or
   c. claims made or suits brought.

The payment of a claim under Coverage M does not mean that **we** admit **we** are liable under other coverages.

2. The General Aggregate Limit is the most **we** will pay during a policy period for the sum of:

   a. all **damages** under Coverage L, except **damages** due to **bodily injury** or **property damage** included under Coverage N;
   b. all medical expenses under Coverage M;
   c. all **damages** under Coverage O; and
   d. all **damages** under Coverage P.

3. The Products/Completed Work Hazard Aggregate Limit is the most **we** will pay during a policy period for **damages** due to **bodily injury** or **property damage** included under Coverage N.

4. The Each Occurrence Limit, subject to the General Aggregate Limit and the Products/Completed Work Hazard Aggregate Limit, is the most **we** will pay for the total of:

   a. **damages** under Coverages L, N, and O; and
   b. medical expenses under Coverage M.

   due to all **bodily injury** and **property damage** arising out of a single **occurrence.**

5. The Coverage P Limit, subject to the General Aggregate Limit, is the most **we** pay due to all **personal injury** and **advertising injury** sustained by one person or organization.

6. Subject to the Each Occurrence Limit and the General Aggregate Limit, **our limit** for **property damage** covered under Coverage O is $50,000 for each **occurrence** unless otherwise shown on the **declarations.**

7. Subject to the General Aggregate Limit and the Each Occurrence Limit, the Coverage M Limit is the most that **we** will pay under Coverage M for all medical expenses because of **bodily injury** sustained by any one person.

# Certified Copy

8. The General Aggregate Limit and the Products/Completed Work Hazard Aggregate Limit apply separately to each consecutive 12-month period beginning with the inception date of the Commercial Liability Coverage shown on the **declarations**. They also apply separately to any remaining policy period of less than 12 months, unless the Commercial Liability Coverage has been extended after it was written. In that case, the additional period will be considered part of the last preceding period for the purpose of determining **limits**.

## CONDITIONS

1. **Bankruptcy** — Bankruptcy or insolvency of an **insured** does not relieve **us** of **our** obligations under Commercial Liability Coverage.

2. **Insurance Under More Than One Policy** — (Applies to all coverages except Coverage M — Medical Payments.)

   a. Insurance under this Commercial Liability Coverage is primary except as provided under paragraph 2.c. below, or unless otherwise stated. The amount of **our** liability is not reduced because of other insurance which applies to the loss on other than a primary basis.

   b. If the other insurance is also primary, **we** will share in the loss as follows:

      1) If the other insurance provides for contribution by equal shares, **we** will pay equal amounts with other insurers until:

         a) the lowest applicable **limit** under any one policy is reached; or
         b) the full amount of the loss is paid.

         If part of the loss remains unpaid, **we** will pay an equal share with the other insurers until the full amount of the loss is paid, or until **we** have paid **our limit** in full.

      2) If the other insurance does not provide for contribution by equal shares, **we** will pay, up to **our limit**, no more than that proportion of the loss to which the applicable **limit** under this policy for such loss bears to the total applicable **limit** for all insurance against the loss.

   c. Insurance under this Commercial Liability Coverage is excess over any other insurance:

      1) if the other insurance, whether primary,

excess, contingent, or on any other basis, provides:

      a) fire, extended coverage, builders' risk, installation risk, or similar coverage for **your work**; or
      b) fire insurance for premises rented to **you**; or

   2) if the other insurance applies to any loss arising out of the maintenance or use of aircraft, **autos**, or watercraft which may be covered by this policy.

   d. When this insurance is excess over any other insurance:

      1) **we** will have no duty to defend any claim or suit that any other insurer has a duty to defend. If no other insurer defends, **we** will do so. However, **we** will be entitled to the **insured's** rights against all those other insurers.
      2) **we** will pay **our** share of the amount of loss, if any, that exceeds the sum of:

         a) the total amount that all such other insurance would pay for the loss in the absence of this insurance; and
         b) the total of all deductibles and self-insured amounts required by such other insurance.

         **We** will share the remaining loss with any other insurance that is not described in this excess insurance provision and was not bought specifically to apply in excess of the **limits** shown on the **declarations** of this Commercial Liability Coverage.

3. **Misrepresentation, Concealment or Fraud** -- This coverage is void as to **you** and any other **insured** if before or after a loss:

   a. **you** have or any **insured** has willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) the **insured's** interest herein;

   b. there has been fraud or false swearing by **you** or any other **insured** with regard to a matter that relates to this insurance or the subject thereof.

4. **Motor Vehicle Financial Responsibility Certification** -- When Commercial Liability Coverage is certified as proof of financial responsibility for the

Case 3:17-cv-00241-JRG-HBG    Document 1-3    Filed 06/06/17    Page 23 of 54
PageID #: 133

future under the provisions of any motor vehicle financial responsibility law, the insurance provided for **bodily injury** liability or **property damage** liability will comply with the provisions of the law to the extent of the coverage and **limits** of insurance required by that law.

5. **Premium** -- If the premium is shown on the **declarations** as a deposit premium, **we** will compute the final earned premium at the end of each audit period shown on the **declarations**. If it is more than the deposit premium paid by **you**, **we** will bill **you** for the difference. If the final earned premium is less than the deposit premium paid by **you**, **we** will return the difference to **you**. **You** must maintain records of the information that is necessary for computing the premium. Copies of the records must be sent to **us** at the end of the audit period or when requested by **us**.

6. **Separate Insureds** -- Coverage provided under the Commercial Liability Coverage applies separately to each **insured** against whom claim is made or suit is brought. This does not affect the **limits** stated under How Much We Pay.

7. **Subrogation** -- If **we** pay under the Commercial Liability Coverage, **we** may require from an **insured** an assignment of any right of recovery. **We** are not liable under the Commercial Liability Coverage if any **insured** has impaired **our** right to recover. An **insured** may waive its right to recover, in writing, before an **occurrence** takes place.

8. **Suit Against Us** -- No suit may be brought against **us** unless:

   a. all the **terms** of the Commercial Liability Coverage have been complied with; and

   b. the amount of the **insured's** liability has been determined by:

      1) a final judgment against an **insured** as a result of a trial; or
      2) a written agreement by the **insured**, the claimant, and **us**.

   No person has a right under the Commercial Liability Coverage to join **us** or implead **us** in actions that are brought to determine an **insured's** liability.

## NUCLEAR ENERGY LIABILITY EXCLUSION

This insurance does not apply:

1. under any liability coverage, to **bodily injury** or **property damage**:

   a. with respect to which an **insured** under the policy is also an **insured** under a Nuclear Energy Liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an **insured** under any such policy but for its termination upon exhaustion of its **limit** of liability; or

   b. resulting from the **hazardous properties** of **nuclear material** and with respect to which:

      1) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereto; or
      2) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America or any agency thereof, under any agreement entered into by the United States of America or any agency thereof, with any person or organization.

2. under any Medical Payments coverage, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

3. under any liability coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if:

   a. the **nuclear material**:

      1) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured**; or
      2) has been discharged or dispersed therefrom;

   b. the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, stored, processed, transported, or disposed of by or on behalf of an **insured**; or

   c. the **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions, or

Case 3:17-cv-00241-JRG-HBG    Document 1-3    Filed 06/06/17    Page 24 of 54
PageID #: 134

# Certified Copy

Canada, this exclusion (c.) applies only to **property damage** to such **nuclear facility** and any property thereat.

## DEFINITIONS

The following definitions apply to the Nuclear Energy Liability Exclusion:

1. **Hazardous Properties** — These include radioactive, toxic, or explosive properties.

2. **Nuclear Material** — This means **source material, special nuclear material,** or **by-product material.**

3. **Source Material, Special Nuclear Material, By-product Material** — These have the meanings given them in the Atomic Energy Act of 1954, or in any law amendatory thereof.

4. **Spent Fuel** — This means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor.**

5. **Waste** — This means any **waste** material:

   a. containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content; and

   b. resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility.**

6. **Nuclear Facility** — This means:

   a. any **nuclear reactor.**

   b. any equipment or device designed or used for:

      1) separating the isotopes of uranium or plutonium;
      2) processing or utilizing **spent fuel**; or
      3) handling, processing, or packaging **waste.**

   c. any equipment or device used for the processing, fabricating, or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium-233 or any combination thereof, or more than 250 grams of uranium-235.

   d. any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of **waste**;

   and includes the site on which any of the foregoing is located, all operations conducted on such sites, and all premises used for such operations.

7. **Nuclear Reactor** — This means any apparatus designed or used:

   a. to sustain nuclear fission in a self-supporting chain reaction; or

   b. to contain a critical mass of fissionable material.

8. **Property Damage** — This includes all forms of radioactive contamination of property.

# Certified Copy

**AAIS**
**GL-122 Ed 2.0**
**Page 1 of 2**

This endorsement changes the Commercial
Liability Coverages provided by this policy
-- PLEASE READ THIS CAREFULLY --

## NON-OWNED AUTO LIABILITY COVERAGE
## HIRED AUTO LIABILITY COVERAGE

Insurance is provided only with respect to each of the following coverages when an additional premium charge is shown on the "declarations".

The Commercial Liability Coverage is amended as follows:

## PRINCIPAL COVERAGES

### NON-OWNED AUTO LIABILITY

Coverage L is extended to apply to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" in "your" business by a person other than "you".

### HIRED AUTO LIABILITY

Coverage L is extended to apply to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by "you" or "your" "employees" in the course of "your" business.

## DEFINITIONS

1. With respect to the coverage provided by this endorsement, the definition of "insured" is deleted and replaced by the following:

   a. "Insured" means:

      1) "you";
      2) any other person using a "hired auto" with "your" permission;
      3) with respect to a "non-owned auto", "your" partners, "your" executive officers, or "your" managers (if "you" are a limited liability company), but only while the "non-owned auto" is used in "your" business; and

      4) any other person or organization, but only with respect to their liability because of acts or omissions of an "insured" under 1.a.1), 1.a.2), and 1.a.3) above.

   b. None of the following is an "insured":

      1) any person engaged in the business of his or her employer for "bodily injury" to any fellow "employee" of such person injured in the course of employment, or consequential injury to a spouse, child, parent, brother, or sister of such fellow "employee", or for an obligation to fully or partially reimburse a third party for "damages" because of the injury;
      2) any partner, executive officer, or manager (if "you" are a limited liability company), with respect to an "auto" owned by such partner, officer, or manager or a member of his or her household;
      3) any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" operated by "you"; and
      4) the owner or lessee (of whom "you" are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee.

   No person or organization is an "insured" with respect to the conduct of a current or past partnership, joint venture, or limited liability company that is not named on the "declarations" as an "insured".

2. With respect to the coverage provided by this endorsement, the following definitions are added:

# Certified Copy

AAIS
GL-122 Ed 2.0
Page 2 of 2

a. "Auto business" means the business or occupation of selling, repairing, servicing, storing, or parking "autos".

b. "Hired auto" means an "auto" "you" lease, hire, or borrow on an occasional or infrequent basis. It does not include an "auto" "you" lease, hire, or borrow from:

1) any of "your" "employees" or members of their households; or
2) any of "your" partners, executive officers, or managers (if "you" are a limited liability company) or members of their households.

c. "Non-owned auto" means any "auto" "you" do not own, lease, hire, or borrow which is used in connection with "your" business. If "you" are a partnership, a "non-owned auto" does not include any "auto" owned by any partner.

## EXCLUSIONS

1. With respect to the coverage provided by this endorsement, the exclusions relating to "bodily injury" or "property damage" that arises out of "autos", aircraft, watercraft, mobile equipment, or "motorized vehicles" do not apply.

2. With respect to the coverage provided by this endorsement, the exclusion relating to rendering or failing to render professional services does not apply.

3. With respect to the coverage provided by this endorsement, the exclusion relating to liquor liability does not apply.

4. With respect to the coverage provided by this endorsement, the exclusion relating to "bodily injury" to an "employee" is replaced by the following:

"We" do not pay for:

a. "bodily injury" to an "employee" of the "insured" if it occurs in the course of employment by the "insured"; or

b. consequential injury to a spouse, child, parent, brother, or sister of such injured "employee".

This exclusion applies where the "insured" is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third person for "damages" arising out of paragraph 4.a. or 4.b. above.

This exclusion does not apply to:

a. liability assumed by the "insured" under a contract covered under Incidental Contractual Liability Coverage or Contractual Liability Coverage; or

b. "bodily injury" arising out of and in the course of domestic employment by the "insured" unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

## ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO PROPERTY DAMAGE

With respect to the coverage provided by this endorsement, the exclusions in this section are deleted and replaced by the following:

1. "We" do not pay for "property damage" to property owned or being transported by, or rented, leased, or loaned to the "insured".

2. "We" do not pay for "property damage" to property in the care, custody, or control of the "insured".

GL-122 Ed 2.2
Copyright MCMXCVII
American Association of Insurance Services

# Certified Copy

 **HAI Group**

Insured Name: **One South Place LP**
Policy Number: **HEICL-205802-163574-2016**
Endorsement Effective Date:  **09/20/2016**

---

This endorsement changes the policy
**PLEASE READ THIS CAREFULLY**

## ANTI-STACKING
## ENDORSEMENT

The following change is made to:

---

## CONDITIONS

---

The following condition is added:

9. **Two or More Coverage Forms or Policies Issued by Us –**

1. If this Coverage Form and any other Coverage Form or policy issued to you by us or any of our affiliated companies apply to the same "occurrence" or offense, the maximum limit of insurance under all the Coverage Forms or policies will not exceed the highest applicable limit of insurance available under any one Coverage Form or policy.
2. The maximum aggregate for all Loss (including Defense Costs) under this Coverage Form and any other Coverage Form or policy issued to you by us or any of our affiliated companies combined on account of the same "occurrence" or offense shall not exceed the largest single applicable limit of liability under any one Coverage Form or policy.

3. The aggregate limit under this Policy shall be reduced, and may be exhausted by payments under this Coverage Form and any other Coverage Form or policy issued to you by us or any of our affiliated companies.
4. This condition does not apply to any other Coverage Form or policy issued by us or any of our affiliated companies specifically to apply as excess insurance over this Coverage Form.

**Copyright HAI Group 2013**

Page **1** of **1**

# Certified Copy

## AMENDATORY ENDORSEMENT

The reference to words that have special meaning is deleted and replaced by the following:

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

**CL-300  Ed 1.0**

Copyright MCMXCIV, American Association of Insurance Services

# Certified Copy

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## OTHER INSURANCE AMENDMENT

The policy is amended as follows. All other "terms" of the policy apply, except as amended by this endorsement.

## CONDITIONS

Item 2.c. under Conditions is deleted and replaced by the following:

c. Insurance under this Commercial Liability Coverage is excess over any other insurance:

   1) if the other insurance, whether primary, excess, contingent, or on any other basis, provides:

      a) fire, extended coverage, builders' risk, installation risk, or similar coverage for "your work"; or

      b) fire insurance for premises rented to "you";

   2) if the other insurance applies to any loss arising out of the maintenance or use of aircraft, "autos", or watercraft which may be covered by this policy; or

   3) if the other insurance is primary insurance and is available to "you" to cover liability arising out of the:

      a) premises or operations;

      b) completed work; or

      c) products;

   for which "you" have been added as an additional insured by endorsement to the policy.

**GL 1020 09 09**

Copyright, American Association of Insurance Services, Inc., 2009

# Certified Copy

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## AUTO AND MOBILE EQUIPMENT AMENDMENTS

When the Commercial Liability Coverage is
provided by form GL-200 or GL 0200, coverage
is amended as follows:

## DEFINITIONS

1. The definition of "auto" is deleted and
   replaced by the following:

   "Auto" means:

   a. a land motor vehicle, a trailer, or a semi-
      trailer which is designed for use on public
      roads. "Auto" includes attached
      machinery and equipment; or

   b. any other land vehicle that is subject to a
      compulsory or financial responsibility law
      or other motor vehicle insurance law in
      the state where it is licensed or
      principally garaged.

2. The definition of "insured" is deleted and
   replaced by the following:

   "Insured" means:

   a. "you" and "your" spouse, but only with
      respect to the conduct of a business of
      which "you" are the sole owner, if shown
      on the "declarations" as an individual;

   b. "you" and all "your" partners or members
      and their spouses, but only with respect
      to the conduct of "your" business, if
      shown on the "declarations" as a
      partnership or a joint venture;

   c. "you" and all "your" members and
      managers, but only while acting within
      the scope of their duties, if shown on the
      "declarations" as a limited liability
      company; or

   d. "you" and all of "your" executive officers
      and directors, but only while acting within
      the scope of their duties, if shown on the
      "declarations" as an organization (other
      than a partnership, joint venture, or
      limited liability company). It also includes
      "your" stockholders, but only for their
      liability as such.

   "Insured" also includes:

   a. any person or organization, except "your"
      "employees", while acting as "your" real
      estate manager;

   b. if "you" die during the policy period,
      "your" legal representative while acting
      within the scope of those duties as such,
      or a person who has custody of "your"
      property with respect to liability arising
      out of the maintenance or use of that
      property until "your" legal representative
      is appointed. "Your" legal representative
      has all "your" rights and duties under this
      coverage;

   c. "your" "employees", for acts within the
      scope of their employment by "you" (this
      does not include "your" managers if "you"
      are a limited liability company or "your"
      executive officers if "you" are an
      organization other than a limited liability
      company). None of these "employees"
      are "insureds" for:

      1) "bodily injury", "personal injury", and
         "advertising injury" to "you" or to a
         fellow "employee"; or

      2) "property damage" to property owned
         by, rented to, or loaned to
         "employees", or any of "your"
         partners or members and their
         spouses (if "you" are a joint venture
         or a partnership), or any of "your"
         members (if "you" are a limited
         liability company); and

Copyright, American Association of Insurance Services, Inc., 2005

# Certified Copy

d. any organization (other than a joint venture, partnership, or limited liability company) newly acquired or formed by "you", and in which "you" have a majority interest.

Such an organization is not an "insured":

1) if there is other similar insurance available to it;
2) after 90 days immediately following that acquisition or formation or the end of the policy period, whichever is earlier;
3) for "bodily injury" or "property damage" that occurred prior to the acquisition or formation; or
4) for "personal injury" or "advertising injury" arising out of an offense committed prior to the acquisition or formation.

No person or organization is an "insured" with respect to the conduct of a current or past partnership, joint venture, or limited liability company that is not named on the "declarations" as an "insured".

## SUPPLEMENTAL COVERAGES

Under Supplemental Coverages, Mobile Equipment is deleted and replaced by the following:

### MOBILE EQUIPMENT

"We" pay all sums, for which an "insured" is legally liable for "bodily injury" or "property damage", resulting from mobile equipment, including attached equipment and machinery, subject to the following provisions.

1. This coverage applies only to land motor vehicles that meet one or more of the following criteria:

   a. Those which are used only on premises owned by or rented to "you" (premises includes adjoining ways).

b. Those which are designed primarily for use off public roads.

c. Those which travel on crawler treads.

d. Those which are self-propelled and designed or used only to afford mobility to the following types of equipment, which must be a part of or be permanently attached to such vehicle:

   1) power cranes, shovels, loaders, diggers, or drills;
   2) concrete mixers (this does not include the mix-in-transit type); or
   3) graders, scrapers, rollers, and other road construction or repair equipment.

e. Those which are not self-propelled, but are used primarily to afford mobility to the following types of equipment permanently attached thereto:

   1) air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment);
   2) geophysical exploration, lighting, and well servicing equipment; or
   3) cherry pickers and similar devices used to raise or lower workers.

2. This coverage does not apply to:

   a. self-propelled vehicles with the following types of permanently attached machinery and equipment:

      1) equipment designed primarily for snow removal, street cleaning, road maintenance other than road construction, or resurfacing;
      2) cherry pickers and similar devices used to raise or lower workers;
      3) air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment); or
      4) geophysical exploration, lighting, and well servicing equipment.

Copyright, American Association of Insurance Services, Inc., 2005

# Certified Copy

However, coverage does apply to "bodily injury" or "property damage" arising out of the operation of any of the machinery and equipment listed in paragraphs 2.a.2), 2.a.3), and 2.a.4) above.

b. a land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

However, coverage does apply to "bodily injury" or "property damage" arising out of the operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as mobile equipment as described under Mobile Equipment Coverage if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

3. The definition of "insured" is amended to include the following provisions with respect to the operation, with "your" permission, of mobile equipment that is covered under the "terms" of this Supplemental Coverage:

a. "insured" also includes:

1) any person, other than "your" "employee", while operating the mobile equipment with "your" permission; and

2) any person or organization legally liable for the conduct of such person in paragraph 3.a.1) above, but only for liability arising out of the operation of the mobile equipment and only if there is no other insurance covering this liability available to that person or organization.

b. "insured" does not include any person or organization for "property damage" to property owned by, rented to, in the charge of, or occupied by:

1) "you"; or

2) an employer of any person who is an "insured" under paragraph 3.a. above.

## EXCLUSIONS

Exclusion 5., under Exclusions That Apply To Bodily Injury, Property Damage, Personal Injury, And/Or Advertising Injury is deleted and replaced by the following:

5. "We" do not pay for "bodily injury", "property damage", "personal injury", or "advertising injury" that arises out of the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, "loading or unloading" of an "auto", aircraft, watercraft, or mobile equipment owned by, operated by, rented to, or loaned to any "insured".

This exclusion does not apply to:

a. "bodily injury" or "property damage" that arises out of mobile equipment covered under Mobile Equipment Coverage;

b. the parking of an "auto" on premises owned by, rented to, or controlled by "you" or on the ways immediately adjoining if the "auto" is not owned by or rented to or loaned to "you" or the "insured";

c. liability assumed under a contract covered under Contractual Liability Coverage for the ownership, maintenance, or use of an aircraft or a watercraft;

d. watercraft, if it is on shore on premises owned by, rented to, or controlled by "you"; or

Copyright, American Association of Insurance Services, Inc., 2005

# Certified Copy

e.  watercraft, if it is not owned by "you" and is:

1) less than 26 feet in length; and
2) not being used to carry persons or property for a charge.

## CONDITIONS

Motor Vehicle Financial Responsibility Certification is deleted.

**GL 0996 10 05**

Copyright, American Association of Insurance Services, Inc., 2005

# Certified Copy

**AAI**

| This endorsement changes the Commercial Liability Coverages provided by this policy<br>**– PLEASE READ THIS CAREFULLY –** |

**GL-224**
**Ed 1.0**

## LIABILITY COVERAGE – DESIGNATED PREMISES

### SCHEDULE

(The information required below may be shown on a separate schedule or supplemental **declarations**.)

Premises: Per all premises shown on the Commercial Liability Schedule – HAGL 2001

The Commercial Liability Coverage is amended as follows:

### EXCLUSIONS

**EXCLUSIONS THAT APPLY TO BODILY INJURY, PROPERTY DAMAGE, PERSONAL INJURY, AND/OR ADVERTISING INJURY**

The following exclusions are added:

**We** do not pay for **bodily injury** or **property damage** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage):

1. that arises out of the ownership, maintenance, or use of the premises other than those described above; or

2. that arises out of operations that are necessary or incidental to the ownership, maintenance, or use of premises other than those described above.

**GL-224 Ed 1.0**

**AAIS**

Copyright MCMXCIV, American Association of Insurance Services

# Certified Copy

**AAIS**
**GL 0950 12 99**
**Page 1 of 2**

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## KNOWN INJURY OR DAMAGE AMENDMENTS

The Commercial Liability Coverage is amended as follows:

1.  Under Definitions, the following definition is added:

    "Designated insured" means:

    a.  "you" and "your" spouse, but only with respect to the conduct of a business of which "you" are the sole owner, if "you" are shown on the "declarations" as an individual;

    b.  "you" and all "your" partners or members and their spouses, but only with respect to the conduct of "your" business, if "you" are shown on the "declarations" as a partnership or a joint venture;

    c.  "you" and all "your" members and managers, but only while acting within the scope of their duties, if "you" are shown on the "declarations" as a limited liability company; and

    d.  "you" and all "your" executive officers and directors, but only while acting within the scope of their duties, if "you" are shown on the "declarations" as an organization (other than a partnership, joint venture, or limited liability company). It also includes "your" stockholders, but only for their liability as such; or

    e.  any "employee" who is authorized to give or receive notice of an "occurrence" or a claim.

2.  Under Principal Coverages, Coverage L and, if applicable, Coverage N are amended by the addition of the following:

    This insurance applies only to:

    a.  "Bodily injury" or "property damage" which is not a continuation of, resumption of, or change in "bodily injury" or "property damage" that was known by a "designated insured" prior to the inception date of the policy period. If a "designated insured" knew, as stated under the Knowledge of Bodily Injury or Property Damage Condition, prior to the inception date of the policy period, that "bodily injury" or "property damage" had occurred, any continuation of, resumption of, or change in such "bodily injury" or "property damage" will be deemed to have been known by the "designated insured" prior to the inception date of the policy period.

    b.  "Bodily injury" or "property damage" that occurs during the policy period and which is not a continuation of, resumption of, or change in "bodily injury" or "property damage" which was known by a "designated insured", as stated under the Knowledge of Bodily Injury or Property Damage Condition, to have occurred prior to the inception date of this policy period, will include any continuation of, resumption of, or change in such "bodily injury" or "property damage" after the end of this policy period.

3.  Under Defense Coverage, the following is added:

    "We" have no duty to defend a suit or claim seeking "damages" because of "bodily injury" or "property damage" which was known by a "designated insured", as stated under the Knowledge of Bodily Injury or Property Damage Condition, prior to the inception date of the policy period.

# Certified Copy

4. Under Conditions, the following condition is added:

**Knowledge of Bodily Injury or Property Damage** — Knowledge of "bodily injury" or "property damage" will be deemed to have occurred at the earliest of the following times:

a. when a suit, claim, or demand for "damages" alleging "bodily injury" or "property damage" is received by any "designated insured";

b. when any "designated insured" reports the "bodily injury" or "property damage" to "us" or any other insurer; or

c. when any "designated insured" becomes aware of anything that indicates that "bodily injury" or "property damage" may have occurred or is occurring.

---

**GL 0950 12 99**
Copyright, American Association of Insurance Services, 2000

# Certified Copy

AAIS
GL 0260 01 15
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## CERTIFIED ACT OF TERRORISM EXCLUSION

1. The following definition is added.

   "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

   a. to be an act of terrorism;

   b. to be a violent act or an act that is dangerous to human life, property, or infrastructure;

   c. to have resulted in damage:

      1) within the United States; or
      2) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

   d. to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

   e. to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

2. The following exclusion is added.

   **CERTIFIED ACT OF TERRORISM EXCLUSION**

   "We" will not pay for any injury or damage caused directly or indirectly by a "certified act of terrorism". Such injury or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

   ---

   **GL 0260 01 15**

Copyright, American Association of Insurance Services, Inc., 2015

# Certified Copy

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## ASBESTOS EXCLUSION

The Commercial Liability Coverage is amended
as follows:

## EXCLUSIONS

The following exclusions are added:

"We" do not pay for:

1. "bodily injury" arising out of the actual,
   alleged, or threatened ingestion, inhalation,
   or absorption of asbestos, asbestos
   products, asbestos fibers, or asbestos dust;

2. "property damage" arising out of the actual,
   alleged, or threatened contact with, existence
   of, exposure to, or presence of asbestos,
   asbestos products, asbestos fibers, or
   asbestos dust;

3. "personal injury" or "advertising injury", if
   provided by the Commercial Liability
   Coverage, arising out of the actual, alleged,
   or threatened ingestion of, inhalation of,
   absorption of, contact with, existence of,
   exposure to, or presence of asbestos,
   asbestos products, asbestos fibers, or
   asbestos dust; or

4. any loss, cost, or expense arising out of the
   testing for, monitoring, cleaning up,
   removing, containing, treating, detoxifying,
   neutralizing, or in any way responding to or
   assessing the effects of asbestos, asbestos
   products, asbestos fibers, or asbestos dust
   by any "insured" or any other person or
   organization.

GL 0209 10 05

Copyright, American Association of Insurance Services, Inc., 2005

# Certified Copy

AAIS
GL 0348 06 02
Page 1 of 1

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## EXCLUSION -- WET ROT, DRY ROT, BACTERIA, FUNGI, OR PROTISTS

The Commercial Liability Coverage is amended as follows:

1. The following exclusions are added:

   a. "We" do not pay for actual or alleged "bodily injury" or "property damage" (or "personal injury" or "advertising injury", when provided by this policy) that results directly or indirectly from ingestion of, inhalation of, physical contact with, or exposure to:

      1) wet rot; dry rot; a bacterium; a fungus, including but not limited to mildew and mold; or a protist, including but not limited to algae and slime mold; or

      2) a chemical, matter, or a compound produced or released by wet rot, dry rot, a bacterium, a fungus, or a protist, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

   b. "We" do not pay for any loss, cost, or expense arising out of any request, demand, or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of:

      1) wet rot; dry rot; a bacterium; a fungus, including but not limited to mildew and mold; or a protist, including but not limited to algae and slime mold; or

      2) a chemical, matter, or a compound produced or released by wet rot, dry rot, a bacterium, a fungus, or a protist, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

   c. "We" do not pay for any loss, cost, or expense arising out of any claim or suit by or on behalf of any governmental authority relating to testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of:

      1) wet rot; dry rot; a bacterium; a fungus, including but not limited to mildew and mold; or a protist, including but not limited to algae and slime mold; or

      2) a chemical, matter, or a compound produced or released by wet rot, dry rot, a bacterium, a fungus, or a protist, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

2. However, exclusion 1.a. above does not apply to:

   a. "bodily injury" that results from a fungus cultivated or harvested for human consumption or a food-borne or beverage-borne bacterium that causes illness commonly known as food poisoning (Food-borne or beverage-borne bacteria that cause illness commonly known as food poisoning include but are not limited to Staphylococcus aureus, Salmonella, Clostridium perfringens, Campylobacter, Listeria monocytogenes, Vibro parahaemolyticus, Bacillus cereus, and Escherichia coli.); or

   b. "bodily injury" suffered by an "employee" of an "insured" while performing duties in connection with the "insured's" farming operations, but only to the extent that "bodily injury" to an "insured's" "employees" is covered by this policy.

GL 0348 06 02
Copyright, American Association of Insurance Services, 2002

# Certified Copy

**AAIS**
**GL 0163 01 08**
**Page 1 of 1**

This endorsement changes the Commercial
Liability Coverage provided by this policy
**-- PLEASE READ THIS CAREFULLY --**

## EXCLUSION -- WAR AND MILITARY ACTION

The Commercial Liability Coverage is amended as follows:

### EXCLUSIONS

The exclusion relating to injury or damage that arises out of war is deleted and
replaced by the following:

"We" do not pay for "bodily injury" or "property damage" (or "personal injury" or
"advertising injury", if provided by the Commercial Liability Coverage) caused
directly or indirectly by the following:

a. war, including undeclared or civil war; or

b. warlike action by a military force, including action in hindering or defending
   against an actual or expected attack, by any government, sovereign, or other
   authority using military personnel or other agents; or

c. insurrection, rebellion, revolution, usurped power, or action taken by
   governmental authority in hindering or defending against any of these.

GL 0163 01 08

Copyright, American Association of Insurance Services, Inc., 2008

# Certified Copy

This endorsement changes the Commercial
Liability coverages provided by this policy
— PLEASE READ THIS CAREFULLY —

## PUNITIVE DAMAGES EXCLUSION

The Commercial Liability Coverage is amended as follows:

## EXCLUSIONS

The following exclusion is added:

"We" do not pay for punitive, exemplary, or vindictive "damages".

GL-894  Ed 2.0

Copyright MCMXCV, American Association of Insurance Services

# Certified Copy

| This endorsement changes the Commercial Liability Coverages provided by this policy |
| :---: |
| -- PLEASE READ THIS CAREFULLY -- |

GL-890
Ed 1.0

## LEAD LIABILITY EXCLUSION

The Commercial Liability Coverage is amended as follows:

### EXCLUSIONS THAT APPLY TO ALL COVERAGES

The following are added:

**We** do not pay for:

1. actual or alleged **bodily injury** arising out of the ingestion, inhalation or absorption of lead in any form;

2. actual or alleged **property damage** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage) arising out of any form of lead;

3. any loss, cost or expense arising out of any request, demand or order that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead; or

4. any loss, cost or expense arising out of any claim or suit by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

GL-890  Ed 1.0

**AAIS**

Copyright MCMXCII, American Association of Insurance Services

# Certified Copy

**AAIS**
**GL 1023 09 09**
**Page 1 of 1**

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## EXCLUSION -- COMMUNICABLE DISEASE

The Commercial Liability Coverage is amended
as follows. All other "terms" of the policy apply,
except as amended by this endorsement.

## EXCLUSIONS

The following exclusions are added:

1. "We" do not pay for "bodily injury" or
   "property damage" (or "personal injury" or
   "advertising injury", if provided by the
   Commercial Liability Coverage) that arises
   out of the actual or alleged transmission of a
   communicable disease by:

   a. a person;

   b. an "insured's" property, including
      "products"; or

   c. the property of others in the care,
      custody, or control of an "insured".

   This exclusion applies even if the claim or
   suit against any "insured" alleges
   negligence or other improper action in the:

   a. failure to report the communicable
      disease to proper authorities;

   b. failure to prevent the spread of the
      communicable disease;

   c. hiring, supervising, training, employing,
      or monitoring of others who may be
      infected with and spread a
      communicable disease; or

   d. testing or failure to test for a
      communicable disease.

2. "We" do not pay for any loss, cost, or
   expense arising out of any:

   a. request, demand, or order that any
      "insured" or others test for, monitor,
      report, clean up, remove, contain, treat,
      detoxify, disinfect, sterilize, neutralize, or
      in any way respond to, assess the
      effects of, or eliminate a communicable
      disease or the conditions to which a
      communicable disease is attributed; or

   b. claim or suit by or on behalf of any
      governmental body or authority relating
      to testing for, monitoring, reporting,
      cleaning up, removing, containing,
      treating, detoxifying, disinfecting,
      sterilizing, neutralizing, or in any way
      responding to, assessing the effects of,
      or eliminating a communicable disease
      or the conditions to which a
      communicable disease is attributed.

GL 1023 09 09

Copyright, American Association of Insurance Services, Inc., 2009

# Certified Copy

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## INFORMATION DISTRIBUTION AND RECORDING VIOLATIONS EXCLUSION

The Commercial Liability Coverage is amended as follows. All other "terms" of
the policy apply, except as amended by this endorsement.

## EXCLUSIONS

The following exclusion is added:

"We" do not pay for "bodily injury" or "property damage" (or "personal injury" or
"advertising injury", if provided by the Commercial Liability Coverage) arising
directly or indirectly out of violations of or alleged violations of:

a. the Telephone Consumer Protection Act of 1991 (TCPA), including any
   amendments thereto, and any similar federal, state, or local laws,
   ordinances, statutes, or regulations;

b. the CAN-SPAM Act of 2003, including any amendments thereto, and any
   similar federal, state, or local laws, ordinances, statutes, or regulations;

c. the Fair Credit Reporting Act (FCRA), including any amendments thereto,
   such as the Fair and Accurate Credit Transaction Act (FACTA), and any
   similar federal, state, or local laws, ordinances, statutes, or regulations; or

d. any other federal, state, or local law, regulation, statute, or ordinance that
   restricts, prohibits, or otherwise pertains to the collecting, communicating,
   recording, printing, transmitting, sending, disposal, or distribution of material
   or information.

GL 1022 09 09

Copyright, American Association of Insurance Services, Inc., 2009

# Certified Copy

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## AMENDATORY ENDORSEMENT
### TENNESSEE

1. Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

   **Cancellation or Nonrenewal** — "You" may cancel this policy by returning the policy to "us" or by giving "us" a written notice and stating at what future date coverage is to stop.

   "We" may cancel or not renew this policy, or one or more of its parts, by written notice mailed or delivered to "you" and "your" agent at the addresses shown in the policy. The notice will state the reason for cancellation or nonrenewal and the time that the cancellation is to take effect. Proof of mailing will be sufficient proof of notice.

   If this policy has been in effect less than 60 days, "we" may cancel for any reason.

   If this policy has been in effect 60 days or more, or if it is a renewal of a policy issued by "us", "we" may cancel this policy only on its annual anniversary date unless one or more of the following reasons apply:

   a. nonpayment of premium, including nonpayment of any additional premiums, calculated in accordance with "our" current rating manual, justified by a physical change in the insured property or a change in its occupancy or use;

   b. "your" conviction of a crime having as one of its necessary elements an act increasing any hazard insured against;

   c. discovery of fraud or material misrepresentation on the part of either of the following:

      1) "you" or "your" representative in obtaining the insurance; or

   2) "you" in pursuing a claim under the policy;

   d. failure to comply with written loss control recommendations;

   e. material change in the risk which increases the risk of loss after insurance coverage has been issued or renewed;

   f. determination by the Commissioner that the continuation of the policy would jeopardize "our" solvency or would place "us" in violation of the insurance laws of this state or any other state;

   g. "your" violation or breach of any policy "terms" or conditions; or

   h. such other reasons that are approved by the Commissioner.

   If "we" cancel this policy, "we" will give "you" and "your" agent notice at least ten days before cancellation is effective.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

   If "we" decide not to renew this policy, "we" will give "you" and "your" agent notice at least 60 days before the expiration date of the policy.

   Notice of nonrenewal is not required if "we" have offered to issue a renewal policy, or "you" have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

# Certified Copy

2. Under Common Policy Conditions, the following condition is added:

   **Renewal** — If "we" decide to renew this policy subject to:

   a. an increase in premium rates or factors in excess of 25%; or

   b. reduction of "limits" or elimination of coverages;

   "we" will give notice stating the new "terms" at least 60 days prior to the expiration date. "Our" notice will be mailed or delivered to "you" at the address on the policy, and to "your" agent.

**CL 0118 01 01**
Copyright, American Association of Insurance Services, 2001

# Certified Copy

This endorsement changes the Commercial
Liability Coverage provided by this policy
**-- PLEASE READ THIS CAREFULLY --**

## ADDITIONAL INSURED
### DESIGNATED PERSON OR ORGANIZATION

(Entries required to complete the Schedule
will be shown below or on the "declarations".)

### SCHEDULE

**Person or Organization designated as Additional Insured:**
Wells Fargo Affordable Housing
ISAA ATIMA, Charlotte, NC  282880173
**Designated Interests:**  1311 Bertie Rand  St, Knoxville, TN  37920

Schedule Continued On Next Page

The Commercial Liability Coverage is amended as follows:

Under Definitions, the definition of "insured" is amended to include each person
or organization shown in the Schedule as an additional insured, but only with
respect to such person's or organization's liability for "bodily injury" or "property
damage" (or "personal injury" or "advertising injury", if provided by the
Commercial Liability Coverage) caused, in whole or in part, by "your" acts or
omissions or the acts or omissions of those acting on "your" behalf:

1.  in the performance of "your" ongoing work;

2.  in connection with "your" premises; or

3.  in connection with other designated interests, if shown in the Schedule.

GL 0718 10 05

Copyright, American Association of Insurance Services, Inc., 2005
193700

**AAIS**
**GL 0718 10 05**

This endorsement changes the Commercial
Liability Coverage provided by this policy
**-- PLEASE READ THIS CAREFULLY --**

~~Certified Copy~~

**Policy Number:** HEICL-205802-163574-2016

**Policy Effective Date:** 09/20/2016

<u>Designated Interests</u>

1311 Bertie Rand  St, Knoxville, TN 37920

1311 Bertie Rand  St, Knoxville, TN 37920

# Certified Copy

AAIS
GL 0718 10 05

This endorsement changes the Commercial
Liability Coverage provided by this policy
**-- PLEASE READ THIS CAREFULLY --**

## ADDITIONAL INSURED
### DESIGNATED PERSON OR ORGANIZATION

(Entries required to complete the Schedule
will be shown below or on the "declarations".)

### SCHEDULE

**Person or Organization designated as Additional Insured:**
Wells Fargo Bank, N.A. as Master Servicer D1118-02W
1525 West WT Harris Blvd., Charlotte, NC 28262
**Designated Interests:** 1311 Bertie Rand St, Knoxville, TN 37920

Schedule Continued On Next Page

The Commercial Liability Coverage is amended as follows:

Under Definitions, the definition of "insured" is amended to include each person
or organization shown in the Schedule as an additional insured, but only with
respect to such person's or organization's liability for "bodily injury" or "property
damage" (or "personal injury" or "advertising injury", if provided by the
Commercial Liability Coverage) caused, in whole or in part, by "your" acts or
omissions or the acts or omissions of those acting on "your" behalf:

1. in the performance of "your" ongoing work;

2. in connection with "your" premises; or

3. in connection with other designated interests, if shown in the Schedule.

GL 0718 10 05

Copyright, American Association of Insurance Services, Inc., 2005
212285

Certified Copy

**AAIS**
**GL 0718 10 05**

This endorsement changes the Commercial
Liability Coverage provided by this policy
**-- PLEASE READ THIS CAREFULLY --**

**Policy Number:**  HEICL-205802-163574-2016

**Policy Effective Date:**  09/20/2016

Designated Interests

1311 Bertie Rand  St, Knoxville, TN 37920

1311 Bertie Rand  St, Knoxville, TN 37920

---

**GL 0718 10 05**          Copyright, American Association of Insurance Services, Inc., 2005          **Page 2 of 2**

# Certified Copy

HAPN 4030 12 14

---

## IMPORTANT NOTICE TO POLICYHOLDERS PRODUCERS
## COMPENSATION DISCLOSURE

THIS NOTICE DOES NOT AMEND ANY PROVISION OF OR AFFORD ANY COVERAGE UNDER YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY PROVISIONS AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS.

HAI Group is a registered trademark for our family of insurance companies

Housing Insurance Services (HIS) represents our insurance companies and in such capacity will provide services to you relating to your insurance coverage.

HIS will receive compensation from the insurance company if you choose to purchase the proposed coverage.

In many cases, HIS will obtain proposals from other insurers offering coverage in connection with the insurance programs. You may obtain more information about the compensation expected to be received by HIS, and the compensation expected to be received based in whole or in part on any alternative quotes by requesting such information from HIS – Agency Operations Department, at 203-272-8220 or 1-800-873-0242.

# Certified Copy

## POLICYHOLDER NOTICE

## EXCLUSION - COMMUNICABLE DISEASE

This Notice provides information about changes to the terms of your policy. No coverage is provided by this Notice, nor does it replace any provisions of your policy. You should read your policy and review your declarations page for complete information regarding the coverages you are provided. If there are any discrepancies between your policy and this Notice, THE PROVISIONS OF THE POLICY GOVERN.

If your policy includes endorsement GL 1023, there is no coverage for bodily injury, property damage, personal injury, or advertising injury that arises out of the actual or alleged transmission of a communicable disease by a person, an insured's property (including products), or the property of others in the care, custody, or control of an insured. Coverage is also excluded for any loss, cost, or expense arising out of any request, demand, order, claim, or suit that results from a communicable disease or the conditions to which a communicable disease is attributed.

# Certified Copy

HAPN 0012 01 15

 HAI Group

# NOTICE TO POLICYHOLDERS

## Terrorism Insurance Excluded

This Notice has been prepared in conjunction with the implementation of changes related to terrorism coverage under your policy.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in the terrorism endorsement in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

The Terrorism Risk Insurance Program (TRIP) has been extended through December 31, 2020.

Before your policy was issued, as required by TRIP, we gave you written opportunity to accept or reject coverage for certified acts of terrorism, as defined by that law. You subsequently rejected terrorism coverage by signing the form we provided.

We want you to be aware that:

1. Your rejection of terrorism coverage means that you have no coverage for certified acts of terrorism, whether done by citizens of this or citizens of foreign countries, as stated in the terrorism exclusion endorsement that is part of your policy.

2. Acts of terrorism are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States.