UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HOUSING ENTERPRISE INSURANCE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:17-CV-241 ) |
| ONE SOUTH PLACE, LP, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER AND JUDGMENT

1.  This case came before the Court on the plaintiff's motion for summary judgment. The Honorable J. Ronnie Greer, having rendered a decision on the matter, and based on said findings, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment is **GRANTED**. The insurance policy at issue in this litigation, the renewal of the commercial property insurance policy No. HEICP-205802-163575-2016 effective from September 20, 2016 to September 20, 2017, is hereby declared **VOID**. The Clerk is **DIRECTED** to close this case.

ENTERED AS A JUDGMENT:

                                                                     s/J. RONNIE GREER
                                                   UNITED STATES DISTRICT JUDGE

   s/ *John L. Medearis*
     District Court Clerk