IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HOUSING ENTERPRISE<br>INSURANCE CO., INC. | )<br>)<br>) |
| Plaintiff and Counter-defendant, | )<br>) |
| vs. | ) No. 3:17-cv-241<br>) |
| ONE SOUTH PLACE, LP, et. al. | )<br>) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that South Ridge Housing, LLC, a defendant and counter-claimant in the captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 2nd day of April, 2019.

        Respectfully submitted,

        ARNETT, DRAPER & HAGOOD, LLP

        By: /s/ Dan D. Rhea
            Dan D. Rhea, Tenn. BPR No. 005927
            Attorney for Defendant,
            South Ridge Housing, LLC

Dan D. Rhea, Atty.
Arnett, Draper & Hagood, LLP
P.O. Box 300
Knoxville, TN 37901-0300
Telephone: 865/546-7000
Fax No.: 865/546-0423
E-Mail: drhea@adhknox.com

1

## CERTIFICATE OF SERVICE

       The undersigned, counsel for the Defendant South Ridge Housing, LLC, hereby certifies that on April 17, 2019, a copy of the foregoing Notice of Appeal was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.
Parties may access this filing through the Court's electronic filing system.

                                By: /s/ Dan D. Rhea
                                      Dan D. Rhea