IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HOUSING ENTERPRISE<br>INSURANCE CO., INC.<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>ONE SOUTH PLACE, LP, et. al.<br><br>    Defendants. | No. 3:17-cv-241 |

NOTICE OF APPEAL

Notice is hereby given that Berkadia Commercial Mortgage, LLC, a defendant in the above-captioned case, pursuant to Rule 3 and Rule 4 of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 2nd day of April, 2019.

This the 2nd day of May, 2019.

                      Respectfully submitted,

                      TROUTMAN SANDERS LLP


                      By: /s/ D. Kyle Deak
                      D. Kyle Deak
                      Admitted *pro hac vice*
                      305 Church at North Hills Street, Suite 1200
                      Raleigh, North Carolina 27609
                      Telephone: (919) 835-4100
                      Email: kyle.deak@troutmans.com

Timothy L. Warnock (BPR No. 12844)
Keane A. Barger (BPR No. 33196)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700 (Telephone)
(615) 320-3737 (Fascimile)
twarnock@rwjplc.com
kbarger@rwjplc.com

*Attorneys for Defendant Berkadia Commercial Mortgage, LLC*

2

## CERTIFICATE OF SERVICE

      The undersigned, counsel for the Defendant Berkadia Commercial Mortgage, LLC, hereby certifies that on May 2, 2019, a copy of the foregoing Notice of Appeal was filed electronically. Notice of the filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.

                                        /s/ D. Kyle Deak
                                        D. Kyle Deak

3

Case 3:17-cv-00241-JRG-HBG     Document 170     Filed 05/02/19     Page 3 of 3     PageID #: 7880