# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 23, 2020

Mr. John L. Medearis
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re:  Case No. 19-5422, *Housing Enterprise Ins Co, Inc v. One South Place, LP, et al*
     Originating Case No. : 3:17-cv-00241

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Maddison R Edelbrock
                                    For Sharday Swain

cc:  Mr. Alan Robert Lyons
     Mr. Dan D. Rhea

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-5422

_____

Filed: March 23, 2020

HOUSING ENTERPRISE INSURANCE COMPANY, INC.

    Plaintiff - Appellee

v.

ONE SOUTH PLACE, LP

    Defendants

and

SOUTH RIDGE HOUSING, LLC

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 01/28/2020 the mandate for this case hereby issues today.

COSTS: None